# EXHIBIT A

```
                                                                    1

 1               UNITED STATES DISTRICT COURT
                 EASTERN DISTRICT OF NEW YORK
 2

 3   ------------------------------------X
     THONG, et. al.,
 4
                 Plaintiffs,        :  08-CV-03469
 5                                     (TCP)
        -against-                   :  United States Courthouse
 6                                     Central Islip, New York
     MAJOONGMOOL CORPORATION, et al.,
 7                                  :  March 12, 2009
                 Defendants.           9:30 a.m.
 8   ------------------------------------X

 9   BEFORE:
             HONORABLE THOMAS C. PLATT
10           UNITED STATES DISTRICT COURT JUDGE

11

12   APPEARANCES:

13   For the Plaintiff:      JOHN HAN, ESQ.
                             Covington & Burling, LLP
14                           620 Eighth Avenue
                             New York, New York 10018-1405
15

16
     For Defendants:         DIANE H. LEE, ESQ.
17                           158-14 Northern Boulevard
                             Flushing, New York 11358
18
                             MICHAEL D. YIM, ESQ.
19                           122 West 27th Street
                             New York, New York 10001
20

21

22   Court Reporter:         STEPHANIE PICOZZI
                             United States District Court
23                           100 Federal Plaza
                             Central Islip, New York 11722
24                           (631) 712-6104

25        Proceedings recorded by computerized stenography.
                    Transcript produced by CAT.
```

```
                                                                    5
 1              THE COURT:  The other which, as far as you know,
 2   they still have?
 3              MR. HAN:  That's exactly right.  The managers of
 4   the salon have represented that there is an intent to sell
 5   the second salon as well.
 6              THE COURT:  You want a restraining order?
 7              MR. HAN:  That's exactly right.
 8              THE COURT:  Do you have that restraining order
 9   prepared?
10              MR. HAN:  Yes, we do, your Honor.  I have a copy
11   right here.
12              THE COURT:  Have you given a copy to defendant?
13              MR. HAN:  May I approach?
14              THE COURT:  Please.
15              Have you given her a copy?
16              MR. HAN:  Yes.
17              THE COURT:  This is an Order to Show Cause.
18              MR. HAN:  Yes, your Honor.  There is a temporary
19   restraining order included in the Order to Show Cause.
20              THE COURT:  When did you serve this?
21              MR. HAN:  We served this Monday.  We put it in
22   the mail and served it Monday evening so I assume it was
23   received Tuesday morning.
24              THE COURT:  I can't counsel you how to practice
25   law but if I were seeking to restrain the sale of assets,
```

6

1  I wouldn't do it by mail.  You have nothing to show they
2  received it.
3      MR. HAN:  I'm sorry.  We actually gave defense
4  counsel a copy of the Order to Show Cause on Monday when
5  we were in court.
6      THE COURT:  This is not completely -- you don't
7  have dates in here.  How is he supposed to know or they
8  supposed to know when this is returnable?
9      MR. HAN:  We included it with a cover letter and
10 other documents.
11     THE COURT:  There is nothing in this Order to
12 Show Cause about the restraining of the interests in the
13 business.  No date in here as to when you are going to
14 have a hearing on this.
15     MR. HAN:  I'm sorry.  I couldn't quite hear you.
16     THE COURT:  Look, when you serve an order, it's
17 like serving a motion, you don't tell them when you want
18 to argue the motion.
19     MR. HAN:  Our understanding is that the Order to
20 Show Cause is an ex parte motion.  We called the Court's
21 manager to ask if we could schedule a time on Monday and
22 we contacted defense counsel.
23     THE COURT:  Is that the original Order to Show
24 Cause?  Your adversary was here when you appeared so you
25 gave her notice.  If this is a different Order to Show

*Stephanie Picozzi, OCR, RPR*
*Official Court Reporter*