Page 1

```
 1
 2    UNITED STATES DISTRICT COURT
      EASTERN DISTRICT OF NEW YORK
 3
      SIEW V. Thong, Yue F. Xia      )
 4    qiao F. Chen                   )
                                     )
 5                   Plaintiffs,     )
                                     )
 6       -against-                   )08-CV-3469(TCP(WDW)
                                     )
 7    LOVELY NAILS NY, INC., d/b/a   )
      "Lovely Nails," NEW ALWAYS     )
 8    NAILS CORP. d/b/a "Always Is   )
      Nails", MAJOONGMOOL CORP.,     )
 9    D/b/a "Always Is Nails," J H   )
      DIVA NAIL & SPA, INC., d/b/a   )
10    "Diva Nails," VIVA NAILS &     )
      SPA, INC., d/b/a "Diva Nails,")
11    QIXING LI a/k/a "John Lee,"    )
      GUINING CUI a/k/a "Susan Lee,")
12                                   )
                     Defendants.     )
13    -----------------------------)
14
15
16            DEPOSITION OF YING AI CHE
17              New York, New York
18            Wednesday, July 15, 2009
19
20
21
22
23
24    Reported by:
      JOMANNA DeROSA, CSR
25    JOB NO. 23712
```

Page 2

```
1
2
3
4              July 15, 2009
5              10:09 a.m.
6
7
8          Deposition of YING AI CHE, held at
9      the offices of Covington & Burling, LLP, 620
10     Eighth Avenue, New York, New York,
11     pursuant to Notice, before Jomanna DeRosa, a
12     Certified Shorthand Reporter and Notary
13     Public of the State of New York.
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
1
2      A P P E A R A N C E S:
3          COVINGTON & BURLING, LLP
4          Attorneys for the Plaintiffs
5              The New York Times Building
6              620 Eighth Avenue
7              New York, New York 10018-1405
8          BY:  NATASHA M. KORGAONKAR, ESQ.
9              JOHN HAN, ESQ.
10
11     YIM LAW GROUP
12         Attorneys for Defendants Majoongmool Corp.,
13         Viva Nails & Spa, and Guining Cui
14             122 West 27th Street, Floor 12
15             New York, New York 10001
16         BY:  MICHAEL D. YIM, ESQ.
17
18     LAW OFFICES OF SUSAN GHIM
19         Attorneys for the Witness, Ying Ai Che
20             20 West 121 Street, Suite 2
21             New York, New York 10027
22         BY:  SUSAN GHIM, ESQ.
23
24
25
```

Page 4

```
1
2      A P P E A R A N C E S (Continued):
3
4      ALSO PRESENT:
5          SAMI THONG
6          AMEE MASTER, Urban Justice Center
7          CARMELA HUANG, Urban Justice Center
8          RYAN SWEENEY
9          JESSICA CRONIN
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 5

```
1                      CHE
2      O K - S O O N  D A N G, the interpreter, having
3      first been duly sworn by the Notary Public,
4      interpreted from English to Korean and from Korean
5      to English, to the best of her ability, as
6      follows:
7      Y I N G  A I  C H E, having first been duly sworn
8      by the Notary Public, was examined and testified
9      (through the interpreter) as follows:
10     EXAMINATION BY
11     MS. KORGAONKAR:
12         Q.   Thank you for coming here this
13     morning, Ms. Che.
14             My name is Natasha Korgaonkar and I
15     work as one of the attorneys for the plaintiffs in
16     this case.
17         A.   Yes.
18         Q.   So, this -- this deposition today
19     is really just going to be a conversation between
20     you and me, and there should really, at any point,
21     only be one of four people speaking.
22         A.   You said one of four?
23         Q.   At a time.  And so, it really will
24     mostly just be a conversation with you and me
25     speaking.
```

CHE

1
2     And, of course, Ms. Dang will be
3  speaking the whole time to translate.
4     A.   Yes.
5     Q.   And your attorney, Ms. Ghim is
6  allowed to make objections.
7         MR. YIM: Objection. Instructions.
8     Q.   I would ask you to allow me to
9  finish any question before you answer them, even
10 if you think you know what I'm going to say.
11    A.   Okay.
12    Q.   And when you have an answer, I'm
13 also going to ask, because the court reporter is
14 writing down everything that we say, that you give
15 me a verbal answer.  So, shrugging and nodding
16 doesn't get noted.
17    A.   Yes.
18    Q.   If there's anything that I say at
19 any point that you don't understand, you should
20 stop me and ask for clarification.  And if you
21 don't ask me for clarification, I'm going to
22 assume that you understood what I said.
23    A.   Yes.
24    Q.   And it's important that you
25 understand that you're under oath today.  You just

CHE

1
2  took the oath.  So, you're under oath to the same
3  extent as if you were testifying in court.
4     A.   Yes.
5     Q.   And is there -- is there any reason
6  that you can think of today why you wouldn't be
7  able to give accurate and truthful testimony?
8     A.   No.
9         MS. GHIM:  I would like to clarify
10 at the outset that there are certain questions
11 as to specifically personal matters pertaining
12 to Ms. Che, where the court is currently
13 determining on a protective order that was
14 submitted yesterday, and so, we request that
15 those questions remain until the court has
16 contacted us and the court renders a decision.
17        MS. KORGAONKAR:  So, any objections
18 that you make will be noted on the record.
19        MS. GHIM:  Well, those questions
20 that are subject to the determination of a
21 protective order she wouldn't be able to
22 answer until we have a ruling.
23        MS. KORGAONKAR:  Well, she can
24 refuse to answer them, definitely, and that
25 will be noted on the record.

CHE

1
2         MS. GHIM:  But refusing to answer
3  should not be considered any type of contempt
4  until there is a ruling.
5     Q.   So, I'm not sure that you answered
6  the question.  Is there any reason that you can
7  think of today that would prevent you from giving
8  accurate and truthful testimony?
9     A.   I answered -- well, what was your
10 question?  I didn't understand.
11        MS. KORGAONKAR:  Can you read the
12 question back?
13        (The requested portion of the
14 record was read.)
15    A.   No, I do not have.
16    Q.   Are you taking any medications or
17 anything that would impair your ability to
18 testify?
19    A.   No.
20    Q.   Okay.  Thank you.  And did you meet
21 with anyone to prepare for today's deposition?
22    A.   For today?
23    Q.   Yes.
24    A.   No, no one.
25    Q.   And other than your attorney, have

CHE

1
2  you discussed this deposition with anyone?
3     A.   No.
4     Q.   Have you ever taken or -- have you
5  ever been deposed?
6     A.   Oh, no, this is the first time.
7  First time.
8     Q.   And have you testified in court
9  ever?
10    A.   What kind of testifying?
11    Q.   Have you testified before a court
12 of law?
13    A.   You mean as a witness or something?
14 No, it never happened to me.
15    Q.   As a witness or for any other
16 reason.
17    A.   Yes, I did.
18    Q.   Okay.  And when was that?
19    A.   I think it has been about two
20 years, yes.
21    Q.   And did you -- were you a party to
22 a lawsuit?
23    A.   No, not like that; not like that.
24 Someone did not have a legitimate identification,
25 so I was asked to do something for that person;

CHE

1
2  nothing else.
3      Q.   And you testified in court pursuant
4  to that matter?
5      A.   No.
6      Q.   Okay.  Have you ever been a party
7  to a lawsuit?
8      A.   No.  No.  Never happened to me.
9      Q.   Thank you.
10         When did you first become aware of
11  this litigation that's happening now?
12      A.   From someone, like a kind of rumor.
13      Q.   A rumor?  And who told you that
14  rumor?
15      A.   It was written in the newspaper, as
16  well as talked on TV.  Many times it was already
17  talked about.
18      Q.   And which newspaper or television
19  station do you recall what it might have been?
20      A.   Korean Daily News talked about it.
21      Q.   And is that a newspaper -- I'm not
22  familiar with it -- or a television show?
23      A.   As for TV, I was told through
24  another person, but I read myself a newspaper.
25  That's Korean Daily News.  Yes, I read the

CHE

1
2  newspaper myself.
3      Q.   And who is the person who told you
4  about it on television?
5         MS. GHIM:  Objection.  Relevance.
6      A.   My sibling, my younger sibling told
7  me about it.
8         MR. YIM:  Objection.  Translation.
9      Q.   So, this is the first time that you
10  learned about this.  Did you talk about it with
11  anyone else after it?
12         MS. GHIM:  Objection.  Relevance.
13      A.   With whom?
14      Q.   With anyone.
15      A.   Well, I never talked about it --
16  I'll answer to only your question.
17      Q.   So, I'm not clear on your answer.
18  Did you speak with someone else about it?
19         MS. GHIM:  Objection.  Relevance.
20      A.   No, I did not.
21      Q.   So, are you familiar with the suit
22  and what it's about?
23      A.   I just learned about it; just
24  lately.
25         MS. GHIM:  Objection.  The question

CHE

1
2  assumes facts not in evidence.
3      Q.   And have you read either the
4  complaint in this case or the answer to it?
5      A.   You mean the complaint that you
6  sent to me?
7      Q.   No, the complaint that we filed
8  with the court.
9      A.   Yes, before I read it, and I went
10  to court once.
11      Q.   Okay.  And did you discuss this
12  suit with lawyers who didn't represent you?
13      A.   No.
14      Q.   And do you know a woman named Susan
15  Lee?
16      A.   Yes, I know.
17      Q.   Have you discussed this lawsuit
18  with Ms. Lee?
19      A.   You mean, about this litigation?
20      Q.   Yes.  That's right.
21      A.   Well, I never discussed this
22  litigation with her.  Not about the litigation.
23      Q.   And when was the last time that you
24  saw Ms. Lee?
25      A.   Well, I could see her a few days

CHE

1
2  ago.
3      Q.   And do you see her --
4      A.   Well, we can see each other.  I do
5  not remember exactly when it was, but I saw her a
6  few days ago.
7      Q.   And how often do you see Ms. Lee?
8      A.   Oh, I don't see her often, but
9  not -- not often, just occasionally.
10      Q.   Would you say that you see her more
11  or less once a week?
12         MS. GHIM:  Objection.  Redundant.
13      Asked and answered.
14      Q.   Do you see her more or less once a
15  week?
16      A.   Not that much, no, I don't see her
17  once a week.  We don't have a regular meeting.
18  It's just once in a while we get to see each
19  other.  It's not a regular meeting, but we meet to
20  discuss about the business.  I think it was at the
21  end of March.  I think even before that -- oh, no,
22  after that, probably early April.
23      Q.   And which business are you
24  referring to?
25         MS. GHIM:  Objection.  Assumes

CHE

1
2  facts not in evidence.
3      A.  We would talk about the -- nail
4  salon.
5      Q.  And which nail salon?
6          MS. GHIM:  Objection.
7          MS. KORGAONKAR:  You can answer the
8  question.
9      Q.  Diva Nail Salon?
10     A.  Yes.
11     Q.  And where is that nail salon
12  located?
13     A.  240 something on Grand Avenue.
14     Q.  Is it a salon at 240 Glen Head
15  Road?
16     A.  Maybe so.
17     Q.  I want to be clear before we
18  continue, that when I ask you any questions about
19  a person named Susan Lee, I understand that she
20  goes by the name Guining Cui, G-U-I-N-I-N-G,
21  C-U-I.
22         So, if I refer to "Susan Lee," I
23  mean that person as well.
24     A.  Yes, I understand.
25     Q.  And if I ever refer to a person

CHE

1
2  named John Lee, he also goes by the name of
3  Qixing, Q-I-X-I-N-G, space, Lee?
4          MR. YIM:  Objection.  Foundation.
5          MS. GHIM:  I'm objecting.  Assumes
6  facts not in evidence.
7          (Discussion off the record.)
8      Q.  Have you ever gone by any other
9  names other than Ying Ai Che?
10     A.  For what purpose?
11     Q.  For any purpose.
12     A.  No, not at all.  Nothing else
13  since -- I didn't know a Che since I came to this
14  country.
15     Q.  And when did you come to this
16  country?
17     A.  You mean to the USA?  It was in
18  2001.
19     Q.  Okay.  Have you ever gone by the
20  name Nancy Chen?
21         MS. GHIM:  Objection.  Redundant.
22  Asked and answered.
23     A.  After I came here, and also when I
24  was working for the nail salon, I was called as
25  Nancy Che.

CHE

1
2      Q.  And were there any other names that
3  you went by at the salon?
4      A.  Nothing else, just constantly
5  Nancy.
6      Q.  And where do you live?  What's your
7  home address?
8      A.  You mean by current home address?
9      Q.  Yes, that's right.
10     A.  Why are you required to inquire
11  about my home address?
12     Q.  This is just for the record.
13         MS. GHIM:  Objection.  Personal
14  information is subject to a protective order.
15         MS. KORGAONKAR:  Go ahead.  I
16  didn't hear what you were saying.
17         MS. GHIM:  I'm going to instruct my
18  client not to answer that question, until the
19  court makes a determination on the protective
20  order.
21     A.  Okay.  May I talk now?
22     Q.  Yes, please do.
23     A.  When I just sit here, it looks like
24  I was being questioned as sort of a criminal.  And
25  your questioning and home address, I have to

CHE

1
2  answer to all those questions?  So, I have to
3  answer or talk about my history to be in this
4  country, my home address, my children, my husband,
5  information to you, today?
6      Q.  We're just getting your general
7  background for the record.  So, I'm sorry, this is
8  not any kind of criminal questioning.  These are
9  all background questions for the record.
10         MS. GHIM:  Until the court makes a
11  determination, she doesn't have to divulge her
12  personal information.
13         MS. KORGAONKAR:  You're free to
14  make any objections and they will be noted on
15  the record.
16         MS. GHIM:  I'm going to instruct my
17  client not to answer until the court makes a
18  determination.  So, we can call the court
19  now --
20         MS. KORGAONKAR:  If you want to
21  call the court now, and bother Judge Wall for
22  it.
23         MR. HAN:  She's required to answer
24  the protective order under restricted New York
25  State law.

CHE

1
2     MS. KORGAONKAR: She's required to
3  answer the questions and your objections.
4     MS. GHIM: She's not required to
5  answer the questions until the determination
6  of the protective order.
7     MS. KORGAONKAR: That's just not
8  accurate, Ms. Ghim.
9     MS. GHIM: I disagree. I think we
10  should go off the record and call the court,
11  which would be reasonable.
12     (The requested portion of the
13  record was read.)
14     Q.   Ms. Che, your attorney has
15  instructed you not to answer that question.
16     Are you refusing to answer the
17  question?
18     A.   No. Well -- when I'm sitting here,
19  and since you're giving me all these personal
20  questions that way -- since you're just inquiring
21  too much about my personal things, I'm kind of a
22  little embarrassed.  I thought you would just talk
23  about the lawsuit.
24     Q.   Okay.  So, where are you currently
25  employed?

CHE

1
2     A.   I think you should know that I work
3  at a nail salon now.
4     Q.   Okay.  And which nail salon?
5     A.   That's Diva Nails.
6     Q.   And that's the same Diva Nails at
7  240 Glen Head Road?
8     A.   Yes.  Yes, it is.
9     Q.   And do you work there part-time or
10  full-time?
11     A.   Regardless of part-time or
12  full-time.  I'm the owner of that salon now.
13     Q.   And since when have you been the
14  owner?
15     A.   From the 1st of April as your
16  formal -- I mean, a real owner.
17     Q.   What do you mean by "real owner"?
18     MS. GHIM: Objection.  Leading.
19  Assumes facts not in evidence.
20     A.   I think your question try to
21  leading me.  I know that you know everything about
22  it, so I'd like to ask you to give me just direct
23  questioning.
24     Q.   I'm not trying to lead you
25  anywhere.  I'm really trying to understand the

CHE

1
2  situation.  So, my question is what did you mean
3  when you said that you've been the real owner
4  since April?  I'm not sure what you mean by "real
5  owner."
6     A.   Before that, I didn't work for that
7  nail salon.  I go there to work every day from
8  April 1st, and as an owner for now.
9     Q.   And when you said that you were the
10  real owner as of April 1st, what do you -- I
11  really don't understand what you mean by "real
12  owner."
13     MR. YIM: Objection.  Asked and
14  answered.
15     MS. GHIM: Objection.  Redundant.
16     THE WITNESS: So, what should I
17  answer now?
18     MS. KORGAONKAR: Could you read
19  back the question, please?
20     (The requested portion of the
21  record was read.)
22     A.   Okay.  Well, before -- I didn't
23  work at that nail salon before April 1st.  I didn't
24  manage that nail salon before that.  So, what I
25  meant was that I was real owner up to that time

CHE

1
2  because I didn't really work there.
3     Q.   Okay.  And what did you do before
4  April 1st?
5     MS. GHIM: Objection.  Relevance.
6     A.   I wish you don't question me this
7  way, using leading questions.  You know
8  everything, so --
9     Q.   I don't know everything, Ms. Che.
10  I wish I did know everything, Ms. Che.
11     MS. GHIM: Objection.  This is
12  covered under the protective order.
13     Q.   I just want to know where you were
14  employed before April 1st.
15     A.   Well, I was not employed at all
16  before April 1st.
17     Q.   Okay.  Thank you.
18     So, when did you start working in
19  the nail or spa industry?
20     A.   I start working for my first year
21  after I arrived here.
22     Q.   "Here" in the U.S.?
23     A.   Yes.  Yes.
24     Q.   So, just so I understand, you've
25  started working in the nail industry in about

**CHE**

1
2 **2001?**
3     A.  Yes, I learned that.
4     **Q.  And what are some of the different**
5 **positions that you've had in the past eight years?**
6       MS. GHIM: Objection. Relevance.
7       MR. YIM: Objection. Foundation.
8       MR. HAN: Just to clarify, you're
9 only entitled to object when your privilege is
10 at stake. Otherwise you're supposed to
11 observe. So, it's sufficient when Ms. Ghim
12 objects. That's directed to Mr. Yim.
13       MR. YIM: I'm entitled to make
14 objections. If you have a problem with that,
15 call the Judge.
16       MR. HAN: When your privilege is at
17 stake.
18     **Q.  Do you remember the question,**
19 **Ms. Che?**
20       MS. GHIM: I'm going to direct my
21 client not to answer, that's personal
22 information again, subject to a protective
23 order.
24     A.  If you just give me a district
25 question about this matter. You already sent me

CHE

1
2 thick interrogatories, so you should know
3 everything.
4     **Q.  Like I said before, Ms. Che. I**
5 **don't know everything. I wish I did. I'm trying**
6 **to get some background information about the**
7 **different positions that you've held in different**
8 **nail salons through the years.**
9     A.  Well, I think there are so many
10 things that you'd like to know about something.
11 Well, what is the purpose or what is good for you
12 to question where I worked before and what I did
13 before?
14     **Q.  It's not to pry into your**
15 **background. This is pretty standard for**
16 **depositions.**
17       So, I realize that I think you said
18 earlier that you've never been deposed before. I
19 completely sympathetic to the fact that it's a new
20 experience for you. But finding out just a brief
21 overview of the different positions that you've
22 held before, and the different employments is
23 pretty standard background information. I'm not
24 trying to pry.
25       These aren't trick questions,

**CHE**

1
2 **Ms. Che.**
3     A.  I do not wish to answer to your
4 such questions, but I'd like you to move to
5 another question.
6     **Q.  So, I want to ask you about what**
7 **happened on April 1st.**
8       MS. GHIM: Objection. Ambiguous
9 question.
10     A.  I just went to work.
11     **Q.  So, you became the owner of the**
12 **salon in Glen Head as of April 1st.**
13       **Is that right?**
14     A.  Yes, I start working there. As I
15 told you, I just start working from that day for
16 that nail salon. Don't ask me repeatedly.
17     **Q.  Okay. And when did you become the**
18 **owner?**
19       MS. GHIM: Objection. Asked and
20 answered.
21     A.  What was it?
22       MS. KORGAONKAR: Can you repeat the
23 question?
24       (The requested portion of the
25 record was read.)

CHE

1
2     A.  I feel like you're trying to trick
3 me with that question. Is it really important?
4 You want to know about something. Is that really
5 important?
6     **Q.  It is important.**
7     A.  That fact that I start working
8 there from April 1st, that's really important to
9 you?
10     **Q.  Well, the question is:  When did**
11 **the ownership of the salon get transferred to you?**
12     A.  I think when I start work at the
13 nail salon, that's the real ownership start.
14     **Q.  So, on which -- strike that.**
15       **Who transferred the salon to you?**
16     A.  Susan was the former owner.
17     **Q.  And is she the one that transferred**
18 **it to you?**
19       MS. GHIM: Objection. Redundant.
20     A.  Yes. Who else? He was the
21 original owner.
22     **Q.  And where did that transfer take**
23 **place?**
24       MS. GHIM: Objection.
25     A.  What kind of process?

CHE

1

2    **Q.   The transfer of the salon.**

3        A.   That should be written in some

4    document.  We went to the salon, Jong Ho Kim.  We

5    went there.

6    **Q.   And when was that?**

7        A.   That was this spring when we went

8    to see him as a lawyer.

9    **Q.   And do you remember the date, more**

10   **or less?**

11       A.   Anywhere.  I start working before

12   April 1st, so it should be done before that day.

13   **Q.   How long before April 1st**

14   **approximately?  How is it that you and Ms. Lee**

15   **went to this attorney's office?**

16       A.   I would say about 15 days; 15 days.

17   **Q.   And was anyone else present?**

18       A.   No one else.

19   **Q.   So, how much did you purchase the**

20   **salon for?**

21       A.   Later it was a $108,000.

22   **Q.   And what do you mean by "later"?**

23       A.   I think you know everything, but

24   when I said later was -- the reason I added later

25   was -- we did something already before that day.

CHE

1

2    When I was with the Jung Ho Kim at his office, we

3    did something before.

4    **Q.   What did you do before?**

5        MS. GHIM:  Objection.  Ambiguous

6    question.

7        A.   Well, I expressed that I wanted to

8    own that business.

9    **Q.   You expressed that to Susan Lee?**

10       MS. GHIM:  Objection.  Leading.

11       A.   Anyway, I went to see the lawyer

12   and I expressed that I want to get transferred.

13   **Q.   And approximately how long was that**

14   **before the time that the transfer actually took**

15   **place?**

16       MR. YIM:  Objection.  Foundation.

17       A.   Quite a while before that.  It

18   could be last August, so almost half a year.

19   **Q.   Okay.**

20       A.   Almost half a year before.

21   **Q.   Okay.  And what was the agreement**

22   **made between you and Susan Lee about the**

23   **transaction?**

24       MS. GHIM:  Objection.  Foundation.

25   Assumes facts not in evidence.

CHE

1

2        A.   What do you mean?

3    **Q.   For example, what -- strike that.**

4        A.   I'm waiting for your question now?

5    **Q.   How did you agree to structure the**

6    **transaction?**

7        MS. GHIM:  Objection.  Assumes

8    facts not in evidence.

9        A.   You mean about the business

10   transaction?

11   **Q.   Exactly.  That's exactly right.**

12       A.   So you're questioning in which way

13   we agreed to sell or buy the business.  Right?

14   **Q.   That's right.**

15       A.   Anyway, I still have money to get

16   paid from Susan.

17   **Q.   So, how is the transaction**

18   **structured?  What was the agreement?**

19       MS. GHIM:  Objection.  Asked and

20   answered.

21       A.   You mean the contract conditions?

22   **Q.   Exactly.**

23       A.   We didn't have no agreement, but

24   this before I bought the business.

25   **Q.   So, you had -- you had no agreement**

CHE

1

2    **before the transfer of how -- of how money would**

3    **change hands, for example?**

4        MS. GHIM:  Objection.  Compound

5    question.

6        A.   You mean with Susan?

7    **Q.   That's right.**

8        A.   It's done through the lawyer.

9    That's what I believe, was a formal transaction

10   through the lawyer.

11   **Q.   And did any -- did any money change**

12   **hands?  Did you exchange money for the**

13   **transaction?**

14       MS. GHIM:  Objection.  Asked and

15   answered.

16       A.   We didn't have any monetary

17   exchange for this business transaction.  At the

18   beginning, since Susan told me that she was having

19   hard time with the business, so I loaned some

20   money to her.

21   **Q.   Okay.  And when was that?**

22       A.   That was right after she started

23   the business.  I believe that was the spring of

24   2005.

25   **Q.   And how much money did you loan to**

Page 30

```
            CHE
1
2  Ms. Lee?
3      A.   For the following two years I gave
4  her $120,000 altogether.
5      Q.   I don't think I understand.  You
6  gave her $120,000 at one time?
7      A.   No. No.  For over four different
8  times.
9      Q.   "Over," meaning more than four
10 times or greater?
11     A.   No, at four different times.
12     Q.   Okay.  And do you remember when
13 those times were?  You said that it started in the
14 spring of 2005.
15         (The requested portion of the
16     record was read.)
17     A.   Yes, I can recall just
18 approximately when they were.  One time was in
19 spring of 2005, and the second time was in the
20 fall of the same year.  And the following year,
21 the third time, I believe that was summertime and
22 the fall in the same year.
23     Q.   Did you keep any records of the
24 amount that you gave her each of these times?
25     A.   Yes, I had.
```
TSG Reporting - Worldwide  (877) 702-9580

Page 31

```
            CHE
1
2      Q.   Are they written records?
3      A.   Whenever I loaned her money four
4  times, I wrote each one.
5      Q.   And where did you write it?
6      A.   That kind of a paper with some
7  writing; a lined one.  Well, when I loan such a
8  big money, who wouldn't take down.
9      Q.   That makes sense.  Do you still
10 have those records?
11     A.   Because I loaned all that money,
12 everything on a contract that was to be
13 transferred to under my name through the lawyer.
14     Q.   And do you have -- do you still
15 have those notebooks or the lined paper where you
16 kept the record?
17     A.   Well, what I'm saying is, since
18 it's all done through the lawyer, and I didn't
19 think I needed to keep those records, so I just
20 discarded them.
21     Q.   Well, were these records that you
22 said you wrote in a notebook like this one, were
23 those loans administered through a lawyer?
24     A.   I expressed to the lawyer that
25 since I made such a big amount of loan to her and
```
TSG Reporting - Worldwide  (877) 702-9580

Page 32

```
            CHE
1
2  many in some trouble, the business was in trouble,
3  I just asked to transfer the ownership under my
4  name.
5      Q.   But maybe I'm not stating this
6  correctly.
7          The question is in each of those
8  four times that you loaned money to Susan Lee, you
9  stated that you had records.  Do you still have
10 those records?
11         MS. GHIM: Objection.  Asked and
12     answered.
13     A.   I didn't even show those records to
14 the lawyer but, after all done, I threw away.
15     Q.   After what was done?
16     A.   The contract, the contract to have
17 the ownership under my name.
18     Q.   So, I don't understand why you
19 threw them away if you previously said that Susan
20 Lee still does owe you some of that money.
21         MS. GHIM: Objection.  Leading.
22     A.   Because we just concluded that
23 transaction.
24     Q.   But does Susan Lee still owe you
25 some of the money that she borrowed?
```
TSG Reporting - Worldwide  (877) 702-9580

Page 33

```
            CHE
1
2      A.   Susan Lee?
3      Q.   Susan Lee, yes.
4      A.   I believe that Susan Lee thinks
5  that way.
6      Q.   Do you think that Susan Lee owes
7  you money?
8      A.   Well, actually, the original
9  contract amount was 135,000, but since the
10 business was down already, I request to lower the
11 price as $108,000.  So, I just thought that was
12 compensated, what she owed me.
13     Q.   You had stated previously that she
14 owed you $120,000.
15     A.   Yes, she borrowed $120,000.
16     Q.   So, did she pay any of it back to
17 you outside of the salon transaction?
18     A.   To?
19     Q.   To you.
20     A.   Susan did something to me, paid
21 something extra to me?
22     Q.   My question is besides the
23 transaction of the salon, which was worth
24 $108,000 --
25     A.   Yes.
```
TSG Reporting - Worldwide  (877) 702-9580

CHE

1
2    Q.   -- did she pay back any of her debt
3  to you in a different way?
4    A.   Probably.  I think she paid for
5  insurance.  I think so, as I remember now.
6    Q.   For insurance for what?
7    A.   That was paid for the business
8  insurance, I think so.
9    Q.   So, if I understand correctly,
10 please tell me if I'm not getting this right.
11        You stated that between spring 2005
12 and the fall of 2006, Susan Lee borrowed money
13 from you at four different times that totaled
14 about $120,000?
15   A.   Yes.
16   Q.   And then she transferred the salon
17 to you in the spring of this year that was worth
18 $108,000.  If my math is right, there's a missing
19 $12,000?
20        THE INTERPRETER:  How much was
21 missing?
22        MS. KORGAONKAR:  12,000.
23   Q.   That she must still owe you?
24   A.   Yes, that's correct.
25   Q.   And do you have records of the

CHE

1
2  $12,000 that Susan Lee still owes to you?
3    A.   No, I don't have that.  Let me
4  explain.  If I knew things were coming out this
5  way, I could just kept that record.  And, also, I
6  could demand her to pay back $12,000.  The reason
7  I did what I did is Susan financially -- anyway,
8  she's in difficulty now since she and her business
9  in trouble, and she couldn't pay me back.  So, I
10 suggest to take over her business.  That's why I
11 didn't ask about that, that once she offered
12 originally 135,000 for that business, but I
13 already use $108,000 so I didn't want to demand
14 for the balance.
15   Q.   You said that after the transaction
16 of the salon, you threw out the records that you
17 had of Susan Lee's debt to you.  Is that right?
18        MS. GHIM:  Objection.  Asked and
19 answered.
20   Q.   What kind of records are you
21 referring to?  You said that you kept records on a
22 notebook of lined paper referring to the loans of
23 Susan Lee, and after the transaction you threw
24 them out.  Is that right?
25        MS. GHIM:  Objection.  Asked and

CHE

1
2  answered.
3    A.   Yes, that's correct.
4    Q.   At that time when you threw them
5  out, you were aware of this litigation.
6        Is that right?
7    A.   No, I didn't know this was going to
8  develop this way.  If I knew this was coming, I
9  wouldn't do that.
10        Once I was aware of the protest by
11 the workers for the business --
12        THE INTERPRETER:  I have to ask to
13 repeat it again --
14   A.   I wanted to take over the business.
15   Q.   Why did you want to take over the
16 business after the protests?
17   A.   Because I couldn't get paid from
18 her.
19   Q.   From whom?
20   A.   From Susan, that I loaned to her.
21 If I had known that Susan was this kind of a
22 person, I wouldn't have loaned her the money.  I
23 kept asking her to pay back the loan, but I was
24 having a hard time.
25   Q.   And when did you start asking her

CHE

1
2  to pay you back?
3    A.   From 2007 I kept asking her to
4  return the money.  She kept saying I would do,
5  repeatedly, but actually she did not.
6    Q.   So, if I understand you correctly,
7  you loaned her this money, you kept asking for
8  your money back, and she never gave it to you?
9    A.   No, she did not.  She just told me
10 that she would pay later, and later on that.
11   Q.   And when she agreed with you to
12 transfer the salon into your name to discharge the
13 debt, she didn't tell you about this litigation.
14        Is that correct?
15        MS. GHIM:  Objection.  Assumes
16 facts not in evidence.  Foundation.
17   A.   She didn't say that to me, but I
18 learned about that in the newspaper.
19   Q.   After the transfer or before?
20   A.   I learned that before, and I
21 thought maybe I never get paid from her, and
22 that's why I wanted to have that business under my
23 name.
24        I mean, for me, I had the workers
25 doing some protest and having hard time

CHE

1  financially.  It's a headache.  And I gave her
2  loan like this.  I never loan money like this.
3       It's a headache to return my money,
4  but she didn't, and she said she would do it later
5  on, later on.  Never happened.
6       She never mentioned about the
7  travel for that business to me.  And when I asked
8  her about this issue, when I asked her, there's
9  something that happening to the business, and how
10 did you find this, and I was told by someone else.
11 **Q.   And when did she ask you that?**
12 A.   Either way.  I told her later on.
13     THE INTERPRETER:  I'm sorry.  I
14 can't understand when she speaks fast and long
15 with a dialect.
16 **Q.   I ask you to try to help our**
17 **translator, that you try to speak a little bit**
18 **slower.**
19 A.   We have some break.  I need the
20 ladies room.
21     (Recess taken.)
22     THE INTERPRETER:  The interpreter
23 has a statement.  As I spoke just before the
24 break, when we were off record, it's been

CHE

1  difficult for interpreter to interpret this
2  witness because she has certain accent and
3  dialects, and also speed, which is not from
4  standard Korean.  I believe she's from China.
5  And I've been interpreting Chinese Korean
6  terms over the years.  Still, this is a lot
7  harder than all those witnesses from before.
8      MR. HAN:  Just to clarify, though,
9  the statements that you've made on behalf of
10 her have been what you understood her to say,
11 even though it's been difficult?
12     THE WITNESS:  It's been difficult,
13 but I've done my best.  That's why I have to
14 ask her to clarify a certain word.  That's not
15 real standard Korean.
16     MR. HAN:  If you don't know what
17 she's saying, you should clarify.
18     THE INTERPRETER:  So, should I ask
19 your permission every time since?
20     MS. KORGAONKAR:  I'm comfortable
21 with your judgment.  We'll ask Ms. Che, for
22 the benefit of our interpreter, if we just
23 speak a little bit slower, because she's
24 having trouble.

CHE

1      MS. GHIM:  I would just like to add
2  if the interpreter does not know what she's
3  saying, asking her to clarify, it's not going
4  to work.  You're asking her to clarify what
5  she doesn't understand.  If she'll just note
6  for the record.
7      MR. HAN:  We'll leave it up to you.
8  If you don't understand, make it clear to us
9  that you don't understand.  You can ask a
10 clarifying question, make clear.
11     THE INTERPRETER:  Ask each time
12 that I need to clarify with the witness or
13 not?
14     MR. HAN:  Don't translate anything
15 that you don't understand.  If you do
16 understand, if you translate it, we'll assume
17 that you did understand.  Ask her to clarify
18 it.
19     MS. GHIM:  Clarifying isn't going
20 to resolve the situation.  If she doesn't
21 understand, she doesn't understand.
22     MR. HAN:  Let's leave that up to
23 her.
24     MS. KORGAONKAR:  If I'm not

CHE

1  mistaken --
2      MR. HAN:  Let's be really clear
3  here.  If you don't understand, you don't have
4  to say anything.  That's fine.  We're agreeing
5  on that.
6      MS. GHIM:  If you don't understand?
7      MR. HAN:  If she doesn't
8  understand, I don't think she needs to say
9  anything.
10     MS. GHIM:  Because my client isn't
11 making a statement.
12     MR. YIM:  She doesn't have to say
13 anything more than "I don't understand."
14     MS. GHIM:  Okay.
15     MS. KORGAONKAR:  And I think if I'm
16 not mistaken, and correct me if I'm wrong,
17 that part of what you said with the difficulty
18 was accent and speed.
19     THE INTERPRETER:  Yes.
20     MS. KORGAONKAR:  So, to the extent
21 that Ms. Che can repeat something, that's
22 fine.
23     MR. YIM:  If she asks her to repeat
24 or slow down --

1              CHE
2         MS. KORGAONKAR:  But as opposed to
3    just did you understand what I said --
4         THE INTERPRETER:  And if you make
5    it shorter each statement, it will be helpful.
6         MS. KORGAONKAR:  If you could just
7    translate to Ms. Che that we're going to go a
8    little slower.
9    A.    Yes.
10   Q.    Before we broke, we were talking
11   about your loans to Susan Lee.
12   A.    Yes.
13   Q.    And you said that starting in the
14   spring 2005 that you made a series of loans to
15   her.
16   A.    Yes.
17   Q.    Now, in what form did you make
18   those loans?
19   A.    I just wrote down in that kind of
20   notebook how much I loaned her.
21   Q.    And what I meant by "form" is I
22   meant was it cash or check?
23   A.    It was in cash.
24   Q.    So, were each of the four loans for
25   about the same amount?

1              CHE
2    A.    No.
3    Q.    Do you remember approximate amounts
4    corresponding to the approximate four times?
5    A.    Yes, I do remember.  Yes.
6    Q.    So, could you just tell me how much
7    it was each of the four times?
8    A.    The very first one was -- which one
9    you requested in spring, that was for $50,000 I
10   paid for her.
11   Q.    And just to be clear, that was
12   spring 2005?
13   A.    Yes.  That was $50,000 at the time.
14   Q.    Okay.  Continue.
15   A.    The same year fall, fall in the
16   same year, I gave her $30,000.  Next time, which
17   is the time I gave her $20,000, it was 20 each
18   time, and $40,000 the following year.
19   Q.    I'm sorry.  The third time was
20   20,000.  And was that the summer of 2006?
21   A.    Yes, once in summer, and then a
22   time in the fall.
23   Q.    Okay.  Thank you.
24        Where did you take the cash out
25   from?  That's a lot of cash.

1              CHE
2         MR. YIM:  Objection.  Commentary.
3         MS. GHIM:  Objection.
4    A.    What I'm saying is I would answer
5    when you inquire about where's the cash from, but
6    I feel it's very unfair to me since I'm being
7    questioned with these kinds of questions.
8    Q.    Well, I don't mean the source of
9    it.  Was it from the bank itself or from an ATM?
10   A.    What happened was the Chinese
11   people has a tendency to keep money at home rather
12   than at bank.
13        We had a source of money, since I
14   worked, as did my husband, and as did my two
15   daughters.  So, we had some money at the time.
16   And our Chinese, they don't like to put money in
17   bank.  We just keep money at home.  That's our
18   habit.  Sorry.
19   Q.    There's no need to apologize.
20   Thank you.
21        So, did you give Susan Lee a copy
22   of the records of these loans that you kept for
23   yourself?
24   A.    I do not recall if I gave her any
25   copies from those kinds of records.  I do not

1              CHE
2    recall at all.
3    Q.    Do you generally loan money to
4    other acquaintances?
5         MS. GHIM:  Objection.  Overly
6    broad.  I'm going to instruct my client not to
7    answer, and this is personal information and
8    subject to the determination of the protective
9    order.
10   A.    I think so, too.
11   Q.    So, are you refusing to answer the
12   question?
13   A.    Yes.  I don't want to answer that
14   kind of question inquiring if I loaned to other
15   people.
16        MS. KORGAONKAR:  I'm going to ask
17   Ms. Ghim that you not coach your witness.
18        MS. GHIM:  I didn't coach her.
19        MS. KORGAONKAR:  Through your
20   objections you are.  It's clear because she's
21   using your same language.
22        MS. GHIM:  I made an objection.
23        MR. YIM:  She stated grounds.
24        MS. GHIM:  I stated grounds for my
25   objection.  That wasn't coaching.

CHE

1
2    Q.   So, would you know of any record
3  besides your own that were kept of these loans?
4    A.   No.
5    Q.   And did you ask for interest on the
6  loans?
7    A.   Well, at the time she was whining
8  and whining because the business was in trouble,
9  and I was sympathetic with her.  I'm kind of --
10  I'm kind of a mild person.  So, we didn't think
11  about talking about the interest.  I just wanted
12  to help with her.
13    Q.   Did you ask her what she was going
14  to use the money for?
15    A.   Yes, I did.  Yes.
16    Q.   And what was she going to use it
17  for?
18    A.   First, she said why she would just
19  open the business.  She was having hard time.  And
20  also she had debts to someone else, so I helped
21  her out.
22        Besides that -- oh, actually, the
23  first of nine months is since she opened the
24  business, she had to pay rental, but she actually
25  could not operate the business.

CHE

1
2    Q.   And which business is this?
3    A.   The business that we're talking
4  about.
5    Q.   The business at Glen Head Road?
6    A.   Yes.  Yes.  It is.
7    Q.   So, she needed this -- I'm just
8  trying to clarify.  She needed this money from you
9  in the beginning for the business because it was
10  not doing well?
11    A.   She was really having hard time
12  because she had some money, but it was not
13  sufficient to open that kind of big business.
14  And, also, she could not get the permit from the
15  authority, but had to pay the rental every month
16  without operating the business.
17    Q.   Which permit was it that she
18  couldn't get?
19    A.   As far as I was told, she could not
20  get the permit because of an electrical matter or
21  something else.  And that's what I heard,
22  especially the electrical matter.
23        MR. YIM:  Objection.  Move to
24  strike.  Hearsay.
25    Q.   So, when -- at the time that you

CHE

1
2  made the first loan to Susan Lee in spring of
3  2005, how long had you known her?
4        MS. GHIM:  Objection.  Asked and
5  answered.
6    A.   How long was it?  I think I start
7  being acquainted with her from 2003.
8    Q.   And how well would you say you knew
9  her between 2003 and the first loan?
10    A.   I think she was working at a
11  restaurant, and that's when we got known to each
12  other.  When I saw her the first time, I thought
13  she was kind of conservative and a decent person.
14  And she used to call me big sister, sister, and
15  she was nice to me.
16        Since we got acquainted that way
17  already.  And when I learned that she was hard
18  time, still she was very friendly, calling me a
19  big sister, sister.  So, I have -- I feel like I
20  had to help her.  So, at the time she made me feel
21  so sympathetic because she was having such a hard
22  time with her business, new business, and she was
23  crying and whining about it to me.  So, I helped
24  her that way the very first time.
25        From the second loan, I start

CHE

1
2  thinking really I have to give -- make this loan
3  to her or not.  I was kind of hesitating but I
4  felt that I already gave her a loan.  Frankly
5  speaking, at the time I felt that I would be able
6  to get money back since she had the business.  And
7  during that period of time -- since I already gave
8  her a loan, I didn't want to stop.  And I believe
9  that she could pay me back because she owned a
10  business.  I thought that I could get her business
11  in case.
12    Q.   And when you became worried about
13  whether she could pay her back, did you approach
14  her about it?
15    A.   Yes.  So, from the year 2007 I
16  start asking her for money back.
17    Q.   But not before 2007?
18        MS. GHIM:  Objection.  Asked and
19  answered.
20    A.   I just felt comfortable since I
21  knew she had a business.  I felt comfortable about
22  that.
23    Q.   What did you say to her the first
24  time you approached her about it?
25    A.   I said it's already been a while

CHE

1  since you opened the business, so why don't you
2  return my money? That's what I asked her.
3
4       Q.   And what was the explanation that
5  you received?
6       MS. GHIM: Objection. Hearsay.
7       A.   She promised that she will pay me
8  back, since she could get some loan, or she had
9  something else that she had to spend some money.
10 She didn't have enough money at the time.
11      Q.   What was the other thing that she
12 had to spend money on?
13      A.   Well, what happened was there was
14 some flood or leaking of water into the business
15 premises, so something she needed. That's what
16 she said.
17      Q.   And did you accept her answer to
18 you that time?
19      A.   Yes, at the time I accept that; at
20 the time.
21      Q.   When is the next time you
22 approached her about the money?
23      A.   After that, I often asked her to
24 return my money.
25      Q.   Did you -- how often did you see

CHE

1  her?
2
3       A.   I didn't really see her in person,
4  but I talked on the phone. Once in a while I saw
5  her directly to demand the money back. Now, I
6  learned that she is the kind of person who
7  wouldn't return the money. When she needed my
8  help for money, and then she was crying and
9  whining, if she borrowed money that was from me,
10 she should have gave me back money when the
11 business was running, at least the part of my
12 money.
13      However, she kept making excuses
14 I'll give you the money, some other time
15 repeatedly, but she did not.
16      Besides this matter, I mean, I just
17 took over her business instead of the loan, but
18 with this kind of situation, I've been having a
19 really hard time.
20      Q.   Did your friendship with Susan Lee
21 suffer as a result of all of this?
22      A.   Of course. We came apart, of
23 course.
24      Q.   Is it fair to say that some of the
25 trust between you has eroded?

CHE

1       MR. YIM: Objection to form.
2       A.   Yes, that's correct. Correct. I
3  think so. I cannot trust her anymore.
4       Q.   Do you have any current business
5  relationship with her?
6       A.   Well, the business, it just became
7  mine now; totally my own ownership. So, I do not
8  have any -- why should I have any business
9  relationship with her now?
10      Q.   Does Susan Lee work at the salon
11 right now?
12      A.   No.
13      Q.   Does she ever come there?
14      A.   Since I started working at the nail
15 salon since April 1st, she came in a few times.
16 She visit the nail salon a few times.
17      Q.   Only to visit or to work?
18      MS. GHIM: Objection. Asked and
19 answered.
20      A.   She rarely worked. Since I'm the
21 owner, she just hung around and say hello to the
22 customers. That's it.
23      Q.   So, going back to when you
24 purchased the salon, the business, before that

CHE

1       time that you purchased it, did you examine the
2  financial records?
3       A.   Well, anyway I just took over that
4  business by force, in compensating the loan.
5       MS. GHIM: Objection to
6  translation.
7       (The requested portion of the
8  record was read.)
9       (Discussion off the record.)
10      Q.   So, you didn't look over the
11 financial records of the business when you took
12 it?
13      A.   Well, I wouldn't just say that I
14 didn't look at the financial records, but what I
15 did was she didn't -- she didn't comply to my
16 request for money back repeatedly, and some
17 protest outside the business. So I thought maybe
18 it's a little risky. I suggest to her, I said if
19 she could not pay back, so I suggest to her -- I
20 asked her to put my name on the business account
21 at the bank.
22      Q.   And when did you ask that?
23      A.   I would say it was around last
24 August. I think so.

```
1              CHE
2      Q.   So, if you first thought about
3  transferring the salon to your name in August, how
4  come the transfer didn't take place until so much
5  later?
6      A.   So, since she was not returning my
7  money, I suggest that we go to the bank, and we
8  went together to the bank to insert my name on the
9  business account, and I asked her just to give
10 me -- that business to me.
11     Q.   Could you clarify for me, that's
12 what happened in August.  Is that correct?
13     A.   Not long after I asked her to add
14 my name under her business account, I ask her to
15 transfer the business to me.
16     Q.   Okay.  But if you could just,
17 before we go on, clarify for me that's what
18 happened in August.  Is that correct?
19     MR. YIM:  Can we have the question
20 repeated?
21         (The requested portion of the
22 record was read.)
23     A.   Okay.  After she add my name under
24 the business account at bank, it was about one or
25 two months after I ask her to give me that
```
TSG Reporting - Worldwide  (877) 702-9580

```
1              CHE
2  business.
3      Q.   So, if you could just answer with a
4  month to help me understand.  You asked her to do
5  it in which month, and she did it in which month?
6      MS. GHIM:  Objection.  Compound
7  question.
8      A.   When I ask about the business, it
9  happened about a half year later.
10     Q.   So, I really need to know about the
11 time.  Was it about August?
12     A.   I think it was around September or
13 October I asked her or transferred the business.
14     Q.   Thank you.  That helps.
15         So, if it was in the fall, how come
16 the actual transfer didn't take place until this
17 spring?
18     A.   Well, I am trying to say when I
19 kept demanding her, she was backing up, excusing
20 on the landlord.  The landlord won't allow this
21 and she refused to transfer that business under my
22 name, repeatedly.  And she's just talking about
23 the landlord or something else.  She kept delaying
24 the transfer.  When I asked her now, she didn't
25 have any choice except to transfer the business
```
TSG Reporting - Worldwide  (877) 702-9580

```
1              CHE
2  after such a delay.  I just gave my money away and
3  am having a hard time myself today here.
4      Q.   So, you just said -- and I want to
5  understand what you said -- that she finally
6  agreed to transfer it, when she didn't have a
7  choice.  What did you mean by that statement?
8      A.   When I think back now, that's what
9  I learned.  When I think back now, oh, that's why
10 she did it.
11     MR. YIM:  Objection.  Motion to
12 strike.  Speculation.
13     Q.   I don't think I understand.
14     MS. GHIM:  Objection.  Ambiguous
15 question, if that was a question.
16     A.   You give me so many questions, it
17 makes me confused too.
18     Q.   I'm sorry.
19     A.   Besides that, I never thought this
20 kind of thing happened to me.  When you give me
21 questions, I have to think back to think about it.
22     MS. KORGAONKAR:  I understand.
23         (The requested portion of the
24 record was read.)
25     THE WITNESS:  Yes, that's right.
```
TSG Reporting - Worldwide  (877) 702-9580

```
1              CHE
2      Q.   So, I don't understand.  What is
3  why she did it?
4      MR. YIM:  Objection.  Lack of
5  foundation.
6      A.   Well, she yielded the business, as
7  I demanded.
8      Q.   Because of your demand.  Is that
9  right?
10     A.   Yes, because I demanded it.  You
11 know, when could I get paid the money that I gave
12 to her?  Looking over that situation, I didn't
13 have any other person to ask money to.
14     Q.   When did Susan Lee finally tell you
15 that she would transfer the salon to your name?
16     A.   That was this spring when she
17 agreed to transfer the business to me.
18     Q.   And how long after she agreed to
19 it, did you actually go -- strike that.
20         How long after she finally agreed
21 to it, to the time that you finally went to the
22 attorney?
23     A.   Not long after; not long after
24 that.
25     Q.   Did she seem like she was in any
```
TSG Reporting - Worldwide  (877) 702-9580

**CHE**

1 kind of hurry?
2
3     MS. GHIM: Objection. Leading.
4     MR. YIM: Objection.
5     A.   She kept delaying about a half a
6 year, about a half a year, and then finally she
7 agreed to me. Yes.
8     **Q.   Did she offer you any reason for**
9 **why she agreed?**
10     A.   She didn't have any other way
11 except to give up the business. And I kept asking
12 her to return my money.
13     **Q.   So, you don't -- strike that.**
14     **Do you know what changed that**
15 **caused Ms. Lee to finally agree?**
16     MS. GHIM: Objection. Leading.
17     MR. YIM: Objection. Calls for
18   speculation.
19     A.   I did not say -- I did not tell her
20 to change her mind. I could not change her mind.
21 I just said that since you have a business, I'd
22 like to take the business.
23     I'm just having a hard time like
24 this. After I gave loan, she never paid me on
25 time and gave me such a hard time like this. She

1     CHE
2 did something wrong, but I'm having a hard time
3 instead of her.
4     (Luncheon Recess:  12:21 p.m.)
5     MS. KORGAONKAR:  It's now 1:34 and
6   we're back on the record. I just want to
7   remind you that you're still under the same
8   oath that you took this morning.
9     A.   Yes.
10     **Q.   Are you familiar with a corporation**
11 **entitled J.H. Diva?**
12     A.   You said J.H. Diva?
13     **Q.   That's right.**
14     A.   I'm not that familiar, but when I
15 ask her to add my name for the business, that's
16 when I learned about that.
17     **Q.   Okay. And can you clarify by "her"**
18 **you mean?**
19     A.   You're referring to the J.H. Diva.
20     **Q.   So, is it correct that the first**
21 **time that you heard of J.H. Diva was from Susan**
22 **Lee?**
23     A.   Yes.
24     **Q.   And what did she tell you about**
25 **J.H. Diva?**

**CHE**

1
2     A.   Well, she didn't directly mention
3 about the J.H. Diva. I knew that business as just
4 a nail salon. Nothing like J.H. Diva or any kind
5 of diva.
6     MS. GHIM: Objection to
7   translation.
8     A.   Later on I learned the business
9 name J.H. Diva while or after we processed the
10 transaction.
11     (The requested portion of the
12   record was read.)
13     **Q.   Just to clarify, you had never**
14 **heard of J.H. Diva before that transaction.**
15 **Correct?**
16     A.   I had never heard of it. That was
17 the very first time that I heard. All I knew was
18 that she was just running a nail salon. I didn't
19 know anything about J.H. Diva or anything.
20     **Q.   Okay. I'm going to show you a**
21 **document.**
22     **(Che Exhibit 1 marked for**
23   **identification.)**
24     **Q.   Do you recognize that document?**
25     A.   Yes, the signature is mine.

1     CHE
2     MS. GHIM: Counsel would like to
3   view the document.
4     A.   This is correct, that I signed on
5   it.
6     MS. GHIM: Just one moment.
7     MR. YIM: Could we have copies of
8   the marked exhibit? You could wait until
9   after.
10     **Q.   So, do you remember signing that**
11 **document?**
12     A.   Yes. It looks like this was done
13 when I was with the lawyer.
14     **Q.   If you had never heard of J.H. Diva**
15 **prior to the transaction, why did you assign the**
16 **contract of the transaction to that corporation?**
17     MS. GHIM: Objection to the
18   question. Leading.
19     MR. YIM: Objection. Foundation of
20   the document.
21     A.   I told you since we agreed to
22 transfer the business, we went to the lawyer's
23 office during the transferring process. I was
24 told to sign here, so I did it.
25     **Q.   Did you know what signing on that**

Page 62

```
         CHE
 1
 2 document meant?
 3        MS. GHIM: Objection. Foundation.
 4     A.  Well, the business was sold at
 5 $108,000.  What I did was to sign to get the
 6 ownership of the business.  That's how I signed.
 7     Q.  Did you know, at the time that you
 8 were signing it, that you were assigning that
 9 contract to a corporation called J.H. Diva?
10        MR. YIM: Objection. Foundation.
11     A.  Well, I was just told to sign here,
12 since I was getting -- since I was buying the
13 business.
14        I was just asked to signed here to
15 buy the business.
16     Q.  Did anyone explain to you, before
17 you signed it, what it was?
18     A.  Nobody explained what it was.  I
19 was not told what it was.
20     Q.  Did you ask what it was?
21     A.  I didn't know what was a J.H. Diva
22 or what it was.  I just signed to get ownership of
23 the business that day.
24     Q.  And are you able to read English
25 language documents?
```
TSG Reporting - Worldwide  (877) 702-9580

Page 63

```
 1         CHE
 2     A.  I don't know anything.  Not a
 3 single thing.
 4     Q.  So, do you have no ability to read
 5 the English language?
 6        MS. GHIM: Objection. Asked and
 7 answered.
 8     A.  Not at all.
 9     Q.  What did Susan Lee tell you about
10 J.H. Diva?
11        MS. GHIM: Objection. Foundation.
12     A.  I didn't have any idea about J.H.
13 Diva, even while we were doing something there.
14     Q.  You had previously said that you
15 had never heard of J.H. Diva until after the time
16 of the transfer.  Is that correct?
17        MS. GHIM: Objection. Misstates
18 her earlier statement.
19     A.  Yes.  Yes.
20     Q.  So, when did you first hear of it;
21 on what occasion?
22        MS. GHIM: Objection. Asked and
23 answered.
24     A.  Well, frankly speaking, even when I
25 was just signing on here, I wasn't told about this
```
TSG Reporting - Worldwide  (877) 702-9580

Page 64

```
 1         CHE
 2 J.H. Diva or whatever here.  I just was told to
 3 sign to get the ownership of it.
 4     Q.  Right.  We've established that you
 5 signed that.
 6        My question is:  When is the first
 7 time that anyone ever mentioned J.H. Diva?
 8        MS. GHIM: Objection. Asked and
 9 answered.
10     A.  What happened was even though what
11 is this and that -- but I just signed it because I
12 was getting the business.  My current business
13 name is Diva Nail.  When I tried to change the
14 business title, it wasn't that convenient for me
15 because I had to change even the sign outside or
16 something else.  So I just kept the first name,
17 Diva, then changed the later part.  That's how I
18 changed the business name this time.
19     Q.  And what did you change it to?
20     A.  I kept it at first with Diva Nail.
21 But since my name, the initial is Y and A, so I
22 put Diva Nail YA, Incorporated.  Yeah, that's what
23 happened.
24     Q.  So just so I understand, you were
25 never the president of a corporation called
```
TSG Reporting - Worldwide  (877) 702-9580

Page 65

```
 1         CHE
 2 J.H. Diva?
 3     A.  No, I never been the president
 4 until this April 1st.  I don't know anything --
 5        MS. GHIM: Objection to
 6 translation.
 7        THE INTERPRETER: What is the
 8 objection?  I'd like to know.
 9        MS. GHIM: She did not say that she
10 became president on April 1st of J.H. Diva.
11        MR. HAN: Let the interpreter --
12        THE INTERPRETER: She didn't
13 mention president of J.H. Diva.  But she said
14 she never been president until this April 1st.
15 It's different from president of J.H. Diva.
16 Okay.  So it's not an inaccurate translation.
17        Can I give you a question?  I think
18 that counsel speak Korean, but she's not
19 understanding exactly what the witness is
20 saying.  That's my feeling.
21        MR. HAN: Which counsel are you
22 referring to?
23        THE INTERPRETER: That or whoever,
24 both.
25        MR. HAN: Let the record show that
```
TSG Reporting - Worldwide  (877) 702-9580

1              CHE
2    you're referring to Ms. Ghim.
3          THE INTERPRETER:  Objection to
4    translation, but they're not exactly hearing
5    what the witness said.
6          MS. KORGAONKAR:  Your objection is
7    on the record.  Thank you.
8          MR. YIM:  Can we just repeat the
9    question.  Go back and repeat the question.
10         (The requested portion of the
11    record was read.)
12         THE INTERPRETER:  I think that
13    she -- the witness didn't understand your
14    question clearly.
15         MS. KORGAONKAR:  I'll repeat that
16    question.
17         MR. YIM:  Thank you.  Appreciate
18    it.
19    **Q.    The question was:  Have you ever**
20    **been the president of a corporation called**
21    **J.H. Diva?**
22      A.    No, never.  I've never been a
23    president for that.
24    **Q.    Are you the president of any**
25    **corporation?**

1              CHE
2      A.   No, not me.
3    **Q.   Now, when you signed that document,**
4    **did you understand that signing it on March 19th**
5    **meant that you were selling your interest in the**
6    **salon to J.H. Diva?**
7      A.   When I purchased the business --
8    you're asking if I understood I was becoming
9    J.H. Diva's president when I purchased the
10    business.  Right?
11    **Q.   No, that's not -- that's not right.**
12    **The question is:  Did you**
13    **understand that you assigned the contract by**
14    **signing that document -- strike that.**
15    **The question is:  When you signed**
16    **that document that you have, did you understand**
17    **that you were assigning the rights of the sale**
18    **contract to a corporation called J.H. Diva?**
19         MR. YIM:  Objection to form.
20      A.   I didn't think seriously.
21    **Q.   You didn't think seriously about**
22    **what?**
23      A.   I thought that was just a
24    transaction for the business, not thinking that I
25    was becoming a president of J.H. Diva.

1              CHE
2          Can I give you a question?
3    **Q.   Sure.**
4      A.   What is the relationship between
5    J.H. Diva and me?  Why you are questioning about
6    this so seriously?
7    **Q.   Well, that's actually exactly what**
8    **I'm trying to understand because signing that**
9    **contract gave the salon away.**
10         MR. YIM:  Objection.
11      A.   Yes, that's what I understood, too.
12    **Q.   I don't understand why you gave the**
13    **salon away to a corporation that you had never**
14    **heard of.**
15         MS. GHIM:  Objection.
16    Characterization.
17         MR. YIM:  Objection.  Argument.
18      A.   Well, I am still not familiar with
19    the regulation, and I didn't even understand this
20    properly.
21    **Q.   Okay.  So you had mentioned a**
22    **corporation called Diva Y.A.  When did you**
23    **incorporate that business?**
24      A.   Y.A.?  I just added myself.  I
25    didn't create for other people.  I created my own

1              CHE
2    company.
3    **Q.   Right.  And I understand that.**
4    **My question is:  When did you**
5    **create that corporation?**
6      A.   Oh, well, I start working on this
7    business from April 1st, so -- but I create
8    this -- that name afterwards.  I think it was in
9    May.  It was in May.
10    **Q.   So who were the incorporators in**
11    **May of Diva Y.A.?**
12      A.   I did.
13    **Q.   Alone?**
14      A.   No.  I went on that day -- I went
15    there on that day by myself.  I did myself and I
16    create that name.
17    **Q.   And what is the principal place of**
18    **business of Diva Y.A.?**
19      A.   I don't know the clear address now.
20    But if you are in Flushing, there's a public
21    parking lot.  There is a place for accountant
22    across the parking lot.  I went there to make it.
23    And so I went there to make this myself.
24    **Q.   And what is the address of the**
25    **corporation?**

1            **CHE**
2        A.   It's been always the same, 240.
3   It's always the same address I had.
4        **Q.   And what is the official position**
5   **that you hold within that corporation?**
6        A.   I didn't hear that last part of
7   your question.
8            MR. YIM:  Just repeat the question.
9            (The requested portion of the
10       record was read.)
11       A.   My name, or what is it?  You mean
12  the name for the corporation?
13       **Q.   No.  I mean your position, your**
14  **title.**
15       A.   I'm the president for that Y.A.
16  I'm the president.
17       **Q.   And are there any other -- are**
18  **there any -- strike that.**
19           **Is there a board of directors?**
20       A.   Oh, I have nothing.
21       **Q.   So there is not a board of**
22  **directors.  Is that right?**
23           MS. GHIM:  Objection.  Asked and
24       answered.
25       A.   No.

1            CHE
2        **Q.   Are there any other officers**
3   **besides you?**
4            MS. GHIM:  Objection.  Asked and
5       answered.
6        A.   No one else.
7        **Q.   And are there shareholders?**
8        A.   No.
9        **Q.   So as president of the corporation,**
10  **do you receive its bank statements and any other**
11  **mail that it receives?**
12       A.   Since I didn't amend the original
13  business title, some of the bank statements
14  indicated J.H. Diva and some others under my
15  Diva H.A.
16           MR. YIM:  Y.A.?
17           THE INTERPRETER:  I'm sorry.  Not
18  H.A.; Y.A.
19       **Q.   Do you keep the mail received by**
20  **Diva Y.A.?**
21       A.   Yes.  If there is some mail, I
22  would keep.
23       **Q.   And where are they kept?**
24       A.   I keep them at a business --
25  normally at the business.

1            CHE
2        **Q.   And when you receive mail for**
3   **J.H. Diva at that address, do you keep that there**
4   **also?**
5        A.   If it's something from bank, I
6   would open.
7        **Q.   And would you keep mail that you**
8   **received addressed to J.H. Diva?**
9        A.   Yes.  I just keep them in a pile in
10  the business premise if I receive anything.
11           I wonder why that is so serious
12  thing.  Also, I wonder why you asking about if
13  something I receive under J.H. Diva and if I keep.
14  I don't understand why you're questioning about
15  that.
16       **Q.   I don't understand why you signed a**
17  **document that gave the salon away to a corporation**
18  **called J.H. Diva.**
19           MS. GHIM:  Objection.
20       Argumentative.
21           MR. YIM:  Objection.
22       Argumentative.
23       A.   You said you don't under -- you
24  didn't understand why.  When that happened, I just
25  simply thought that just keeping the ownership of

1            CHE
2   the business, nothing else.  I didn't take that
3   seriously like this.  So I never pay attention to
4   that kind of thing.
5        **Q.   So when one of the lawyers at the**
6   **closing asked you to sign that document, you**
7   **didn't realize that it was assigning the contract**
8   **to J.H. Diva.  Is that right?**
9            MS. GHIM:  Objection.  Asked and
10       answered.
11       A.   That's right.  I didn't understand
12  that.  Too much for me.
13       **Q.   Do you think -- strike.**
14           **Did Susan Lee ask those lawyers to**
15  **draft that document?**
16           MS. GHIM:  Objection.  Hearsay.
17       A.   That kind of question should be
18  given to Susan Lee, not me.  How could I know?
19       **Q.   Did you participate in any**
20  **negotiation about the contract?**
21           MR. YIM:  Objection.  Asked and
22       answered.
23       A.   About the money, the negotiating
24  about the money?
25       **Q.   Any of the terms.**

Page 74

```
1              CHE
2         MS. GHIM:  Objection.  Asked and
3    answered.
4         A.   What I did is just I took some
5    paper where the landlord signed and show them and
6    ask to process the transferring the ownership of
7    the business.  So that's why I went there.
8              And they told me I'm supposed to
9    sign here to get the ownership of the business.
10   That's why I signed that.  I signed that.
11             So is there any problem that I
12   signed it there?
13        Q.   Do you understand now that because
14   of that document, that on March 19th, the salon
15   was not transferred to you; it was transferred to
16   J.H. Diva?
17             MS. GHIM:  Objection.  Foundation.
18             MR. YIM:  Objection.
19   Argumentative.
20        A.   Because I signed here, that's what
21   happened?
22        Q.   That's what that document states.
23             MR. YIM:  Objection.  Foundation.
24        A.   I don't know.  I don't know.  So
25   what you meant was that I became a president
```

TSG Reporting - Worldwide  (877) 702-9580

Page 75

```
1              CHE
2    because I signed on here?
3              MS. KORGAONKAR:  Can I see the
4    document.  If I read parts of it, will you be
5    able to translate?
6         Q.   I'm going to read you parts of the
7    document.
8         A.   Okay.
9         Q.   Item 2 states:
10        "Contract is assigned from
11   purchaser Ying Ai Che to J.H. Diva Nail and Spa,
12   Inc."
13             And right here it says:
14        "Purchaser J.H. Diva Nail and Spa,
15   Inc., Ying Ai Che, president."
16        A.   So as soon as I signed here, I
17   became a president of J.H. Diva?  That's what you
18   meant?
19        Q.   Why does this contract list you --
20   strike.
21        A.   Because I made this signature by
22   mistake one time, so something is wrong.
23             MR. YIM:  Motion to strike
24   testimony.  It's speculation based on
25   attorney's representations during the
```

TSG Reporting - Worldwide  (877) 702-9580

Page 76

```
1              CHE
2    deposition.
3              MR. HAN:  No speaking objections,
4    please.  Objection to that.
5              MR. YIM:  I'm sorry.  Are you
6    deposing?
7         Q.   So on --
8              MR. HAN:  No speaking objections.
9              MR. YIM:  So are you going on the
10   record making a comment?
11             MR. HAN:  I'm making a comment on
12   the record that there are no speaking
13   objections, please.
14             MR. YIM:  So there's two attorneys
15   on the plaintiff's side making objections on
16   the record?
17             MR. HAN:  Please note for the
18   record that defense counsel is making
19   objections duplicative of witness' counsel's
20   objections in every single instance.
21             MS. GHIM:  That's an inaccurate
22   characterization.  I did not object to that.
23   Parties have a right to object.  He did not
24   duplicate my objection.
25             MS. KORGAONKAR:  We just trust your
```

TSG Reporting - Worldwide  (877) 702-9580

Page 77

```
1              CHE
2    wise counsel, Ms. Ghim.
3              MS. GHIM:  I'm sorry.  What?
4              MS. KORGAONKAR:  I said we just
5    trust your counsel.  That's all.
6              MS. GHIM:  I'll take that as
7    sarcasm, counsel.
8              MS. KORGAONKAR:  Not at all.
9              MS. GHIM:  I don't understand what
10   that comment was about.
11             MS. KORGAONKAR:  It was a humorous
12   comment.  Apparently I'm not funny.
13             MS. GHIM:  Yeah.  Humorous on your
14   part at my expense.
15             MS. KORGAONKAR:  Not at all,
16   Ms. Ghim.  I'm sorry for the offense.
17        Q.   This contract -- strike.
18             MS. KORGAONKAR:  I'd like to enter
19   as Exhibit Che 2 the Assignment and Assumption
20   of Lease dated March 10th.
21             (Che Exhibit 2 marked for
22   identification.)
23             MR. YIM:  We repeat the request for
24   copies of the marked exhibits.
25        A.   What is this?
```

TSG Reporting - Worldwide  (877) 702-9580

```
 1                  CHE
 2      Q.   Do you recognize that document?
 3      A.   No, I cannot recognize this at all.
 4      Q.   Can you turn to the signature page
 5 of that.
 6      A.   Okay.  This is my sign, too.
 7      Q.   Do you remember signing this?
 8      A.   Yes, I do recall that I signed it.
 9      Q.   And did you know what you were
10 signing?
11      A.   Well, I have to know what this is
12 about before I answer.
13      Q.   Well, that's my question to you.
14 Did you know what you were signing before you
15 signed it?
16      A.   Normally I ask anyone to explain
17 before I sign.  Isn't this the document from
18 landlord or concerning landlord?
19      Q.   That's right.  Its title is
20 "Assignment and Assumption of Lease."
21           MR. YIM:  Objection.
22      Argumentative.  Speculative.
23      A.   So it's assigning to me?
24      Q.   Well, can you -- can you read from
25 the signature page the assignee?
```

```
 1                  CHE
 2      A.   I signed because -- maybe because
 3 it was assigned to me.  The business premise was
 4 assigned to me.
 5      Q.   Well, can you read on the -- on the
 6 document itself who it's been assigned to?
 7      A.   No, I can't.
 8           MS. KORGAONKAR:  Okay.  Let the
 9      record reflect that the assignee is named as
10      J.H. Diva Nail and Spa.  And that under
11      Ms. Che's signature it says Ying Ai Che,
12      president.
13      A.   Oh, I see.  That means the
14 president.
15      Q.   So did you sign both these
16 documents?
17           MS. GHIM:  Objection.  Asked and
18      answered.
19      A.   Yes.  Yes.
20      Q.   And do they both name you as the
21 president of Diva Nail and Spa?
22           MR. YIM:  Objection.
23      Misrepresentations.
24      A.   Whether it's indicating me as the
25 president or not, what -- the reason that I signed
```

```
 1                  CHE
 2 here was to get the ownership of the business.
 3           MS. KORGAONKAR:  Can you read the
 4      question.
 5      A.   Well, isn't that true that when I
 6 need to buy premise or business, I should sign to
 7 complete the transaction?
 8           MS. KORGAONKAR:  Would you read
 9      back the question.
10           (The requested portion of the
11      record was read.)
12      A.   However, let me tell you again, you
13 said that this document indicated me as the
14 president of Diva.  When I signed here, both
15 documents, I understand as just the new owner of
16 the nail salon, not for J.H. Diva Nail.
17      Q.   Who -- continue.
18      A.   Shouldn't need the process that I
19 should take over the existing company if it says
20 J.H. Diva and then change the company's name
21 whatever?
22           MR. YIM:  Is that a question mark?
23           THE INTERPRETER:  She's kind of --
24      what do you call that -- just like
25      emphasizing.  Isn't that true that the process
```

```
 1                  CHE
 2 shouldn't be done this way.  That's the
 3 meaning.
 4           MR. YIM:  Okay.  She's not asking a
 5      question.
 6           THE INTERPRETER:  No.
 7           MR. YIM:  She's just saying it that
 8      way.
 9           THE INTERPRETER:  Just express it
10      that way.
11           MS. KORGAONKAR:  Could you repeat
12      my question, please.
13           (The requested portion of the
14      record was read.)
15      A.   Yes, that's right.
16      Q.   Do those documents indicate you as
17 the president of J.H. Diva?
18           MR. YIM:  Objection.  Speculative.
19      A.   When I hear the explanation and
20 when I see the document, it was indicated that I
21 was working as the president.
22      Q.   Okay.
23      A.   However, I never played the role as
24 the president.
25      Q.   Who drafted those documents?
```

Page 82

```
             CHE
1
2        A.   It was not prepared by me.
3        Q.   Was it prepared by a lawyer?
4        A.   Probably, yeah.  I think so.
5        Q.   Was it prepared by a lawyer
6  retained by you?
7        A.   Yes, I think so.
8        Q.   And who is that lawyer?
9        A.   That lawyer was Jong Ho Kim.
10        THE INTERPRETER:  J-O-N-G, H-O,
11  K-I-M.
12        Q.   Did you ever indicate to the
13  drafting attorney that you were the president of
14  J.H. Diva?
15        A.   You mean I did?
16        Q.   Is that a question?
17        I'm asking you.  I don't know.
18        I'm asking you:  Did you indicate
19  to him that you were the president of J.H. Diva?
20        A.   If I said so, I should be aware
21  that I was the president of J.H. Diva.
22        Q.   So did you say so?
23        A.   No, I did not.  I didn't even know,
24  so I couldn't say that.
25        Q.   Did you ever tell Susan Lee that
     TSG Reporting - Worldwide  (877) 702-9580
```

Page 83

```
             CHE
1
2  you were the president of a corporation called
3  J.H. Diva?
4        A.   From Susan?
5        MS. KORGAONKAR:  Could you read
6  back the question.
7        A.   Why is this so complicated?  Am I
8  guilty for something?
9        (The requested portion of the
10  record was read.)
11        A.   No, I never said that.
12        MS. KORGAONKAR:  Let's take a
13  break.
14        (Recess taken.)
15        MR. HAN:  Before we begin, this is
16  John Han, counsel for plaintiffs, speaking.
17  I'd like to note for the record that defense
18  counsel Michael Yim initiated consultation
19  with the translator in the absence of other
20  counsel, and the translator voiced objection
21  to that, Ms. DeRosa.
22        And if I could, I'd like to ask
23  Ms. DeRosa what Mr. Yim said to her and what
24  she said in response for the record during the
25  previous break.
     TSG Reporting - Worldwide  (877) 702-9580
```

Page 84

```
             CHE
1
2        THE INTERPRETER:  Should we -- I
3  start or -- he shouldn't start because he
4  start talking to me, Mr. Yim.
5        MR. HAN:  Oh, well, yeah.  Why
6  don't you just tell us what happened.
7        THE INTERPRETER:  During the break
8  Mr. Yim approached me and asked if there are
9  any other -- there should be some dual meaning
10  on the language that was spoken by the
11  witness, Ms. Che, which was D-O-N-G-S-A-E-N-G
12  in Korean. It's not just other meaning
13  than -- other than younger sibling.  So I
14  explained to him.
15        And the language -- what I heard
16  from the witness is exactly what I interpret.
17  I cannot interpret the meaning inside such as
18  it could be interpret as just very close
19  younger people.  We call -- we always -- the
20  Korean people used to call each other, if they
21  are close, like a sister or a brother.  But I
22  have no idea. I don't think I'm required to
23  interpret the meaning other than what I just
24  hear.
25        And also I asked the counsel where
     TSG Reporting - Worldwide  (877) 702-9580
```

Page 85

```
             CHE
1
2  he was born.  He was born in this country, not
3  in Korea.
4        MR. HAN:  One more note for the
5  record.  Please note that the court reporter
6  was present during this discussion and stated,
7  "I am not comfortable being present in a -- in
8  a conversation between one counselor and the
9  translator without the presence of other
10  counsel."
11        MR. YIM:  Please also note that I
12  wasn't asking her to change her translation.
13  I was pointing out the basis of my objection.
14        THE INTERPRETER:  So the
15  interpreter asks the counsel, Mr. Yim, I
16  believe, to make -- just make the -- indicate
17  the ground of objection to the translation if
18  something comes later in the deposition.
19        MR. YIM:  Are you asking me to
20  elaborate on the basis?
21        THE INTERPRETER:  The ground.
22  Yeah.  What is the --
23        MR. YIM:  Say more than just say
24  translation?
25        MR. HAN:  I'd be interested in
     TSG Reporting - Worldwide  (877) 702-9580
```

CHE
2  that. Clarify the ground.
3         THE INTERPRETER:  The ground.
4  Clarify the ground.
5         MR. YIM:  No.  I'm saying anything
6  more than translation.
7         MR. HAN:  Oh, I thought you wanted
8  to speak right now.
9         MR. YIM:  No, no.  I'm saying,
10 should I explain which words that I object to?
11        THE INTERPRETER:  That's --
12 normally we do during the deposition.  If you
13 don't think you not agree with the
14 translation, normally we clarify on the
15 record.  So what is the issue?
16        And if something come -- we have a
17 third party to understand.  I don't know the
18 Korean language and skill, how much level it
19 is, but we can discuss.
20        MR. YIM:  If you're okay with me
21 saying more than translation, identifying the
22 specific words where there's dual meaning.
23        THE INTERPRETER:  It's up to you,
24 counsel.
25        MS. KORGAONKAR:  I think we'll have

CHE
2  to see how often it comes up to see whether
3  it's disrupting my deposition.
4      Q.   Okay.  So we're back from the
5  break, as we've established.  And I'd just like to
6  remind you, Ms. Che, that you're still under oath
7  to the extent that you would be as if you were
8  testifying in court.
9      A.   Yes.
10     Q.   So I want to turn back to
11 document 1, Exhibit 1.
12     A.   Yes.
13     Q.   What does this document say
14 regarding the purchase price?
15     A.   As far as I know, the purchase
16 amount was $108,000.
17     Q.   The document indicates that at some
18 other time the purchase price was $135,000.  Is
19 that right?
20     A.   Yes, it is.
21     Q.   When was the $135,000 figure agreed
22 upon?
23     A.   I don't know when it was.  Maybe it
24 was around -- something happened later.  So I
25 would say that price was indicated around October.

CHE
2  Anyway, it was much earlier than the final price.
3  It was earlier than that.
4      Q.   And who agreed around October to
5  the $135,000 figure?
6      A.   Susan and me.  We discussed.
7      Q.   And did anyone else discuss that
8  figure with you?
9      A.   No, no one else.
10     Q.   How did you get to that number?
11     A.   We were discussing or negotiating
12 the price.  At the time the business was not that
13 great anyway, so at the beginning I agreed to that
14 price.
15        But about a half year later we came
16 up with a new price.  So for the second price --
17 suggested price, I came up with this because I
18 explained to her the business is not in good shape
19 and the economy is not good, so let's do this
20 price.  That's what I suggest.
21     Q.   Were you -- strike.
22        At the time that you agreed around
23 October to the $135,000 price --
24        MR. YIM:  Objection.
25     Q.   -- how did you value the salon?

CHE
2         MR. YIM:  Objection.  Foundation.
3      A.   Frankly speaking, I just create
4  that approximated amount based upon what I made
5  loan to her.
6      Q.   So why was that amount slightly
7  more than the amount that she owed you?
8      A.   If I set the exact amount of that
9  loan with her, I thought she'd probably want to
10 negotiate down.  That's why I suggested a little
11 higher originally.
12     Q.   Did you ever agree to any price
13 between 135 and 108?
14     A.   Well, when we sell and buy that
15 business we were just using those two amounts.  I
16 think at the time of the closing, as far as I
17 remember, he paid something for the rental to
18 another party to complete -- in order to complete
19 the closing.
20     Q.   Who paid something for the rental?
21     A.   Susan.
22     Q.   And what was it that she paid?
23     A.   For rental.
24     Q.   To whom?
25     A.   I believe that was to the landlord.

Page 90

CHE

1
2      Q.   And do you recall just -- even
3   approximately how much that amount was?
4      A.   Well, I think it's over $10,000.
5      Q.   How much over?  A lot over or a
6   little over?
7      A.   In the middle, higher than 10,000.
8      Q.   And was it the agreement between
9   you and her that that amount would go toward the
10  discharge of the debt also or was that her
11  obligation as the seller?
12         MS. GHIM: Objection. Compound
13  question.
14      A.   Well, I think today's questions is
15  beyond my imagination.  I thought that was very
16  simple for the transaction.  Simply just I took
17  that business in exchange of the loan.  I don't
18  know why this is so complicated as I experience
19  here today.
20      Q.   Did that amount of a little bit
21  over $10,000 that Susan Lee paid to the landlord
22  go towards her discharge of the debt?
23      A.   We didn't discuss exactly what was
24  to be paid for the existing debt for the
25  transaction.  We already had a kind of distant

TSG Reporting - Worldwide  (877) 702-9580

Page 91

CHE

1
2   relationship and kind of a twisted relationship
3   between us.
4          And I just suggest to her, "If you
5   want to pay, go ahead."  That's what I said.  It
6   wasn't exactly upon some kind of calculation.
7      Q.   So do you personally consider that
8   amount of about $10,000 that she paid to the
9   landlord at the closing to discharge an amount of
10  debt that she owed to you?
11         MS. GHIM: Objection. Asked and
12  answered.
13      A.   I just assumed and I -- that's how
14  I understood.
15      Q.   When you bought the business, did
16  you know that the salon was being protested?
17      A.   You mean when I was purchasing that
18  business?
19      Q.   That's right.
20      A.   Yes.  That's why I took the
21  business almost by force.
22      Q.   Why would you want to receive a
23  salon that had problems?
24         MR. YIM: Objection.
25         MS. GHIM: Objection. Leading.

TSG Reporting - Worldwide  (877) 702-9580

Page 92

CHE

1
2      A.   Because I put my money there.  And
3   also, these people working like this today to get
4   paid.  In order to get paid for my loan to her, I
5   had to take the business.  Where could I get paid
6   otherwise?
7          I have lots of damage after this
8   kind of problem with the business.  The business
9   went down, and I have to waste lots of money for
10  the lawyer's fee.  I don't know what's going on.
11      Q.   So when you received the business,
12  did you know that Susan Lee and the salon were
13  being sued?
14      A.   I didn't know it was in a lawsuit.
15  I didn't know this much trouble legally.
16      Q.   Do you still have a bad
17  relationship with Susan Lee?
18         MS. GHIM: Objection. Asked and
19  answered.
20      A.   Well, it's just so-so.
21      Q.   Did you ever ask her to manage the
22  salon for you after you received it?
23      A.   At the very beginning I asked her
24  to help me a little bit since she was the former
25  owner for that business.

TSG Reporting - Worldwide  (877) 702-9580

Page 93

CHE

1
2      Q.   And when you say "a little bit,"
3   what do you -- what do you mean by that?
4      A.   You know that at the very
5   beginning, as the new owner I could be -- I could
6   feel kind of awkward to the existing customers as
7   well as to existing workers.
8      Q.   Did you pay her wages for the time
9   that she worked there?
10         MS. GHIM: Objection. Asked and
11  answered.
12      A.   No, I did not pay any wages.
13      Q.   Have you since paid her any wages?
14         MS. GHIM: Objection. Asked and
15  answered.
16      A.   That question seems to be
17  irrelevant with the proceed of today --
18  proceedings of today.
19      Q.   You can answer it nonetheless.
20      A.   What should I answer to?  Could you
21  repeat the question.
22         (The requested portion of the
23  record was read.)
24      A.   Are you asking if I paid her?
25      Q.   Yes.

TSG Reporting - Worldwide  (877) 702-9580

**CHE**

1
2      A.   No.  Why do I have to pay her?  I
3  did not.
4      **Q.   When she helped you out at the**
5  **salon at the very beginning, did she do that as a**
6  **favor to you?**
7           MS. GHIM:  Objection.  Redundant.
8      Badgering.
9      A.   Yes, that's how I understood.
10          (Recess taken.)
11     **Q.   What's the name of the corporation**
12 **that currently holds the salon?**
13          MR. YIM:  Objection.  Asked and
14     answered.
15     A.   I think you gave me that question
16 before.
17     **Q.   You can answer.**
18     A.   It's Diva Nail and Spa Y.A., Inc.
19 I don't know English well.
20     **Q.   When was the transfer of the salon**
21 **made to Diva Nail and Spa Y.A., Inc.?**
22          MS. GHIM:  Objection.  Asked and
23     answered.
24     A.   I think I already told you before.
25 You should have all those reflected on the record.

CHE

1
2           If you keep repeating the same
3  question, it also cause me some headache and
4  wasting our time.  If you have other questions,
5  you can ask me.  If you already gave me the same
6  question, I hope you don't repeat it.
7           MS. KORGAONKAR:  I'm going to ask
8      you again, Ms. Ghim, not to coach your client
9      through your objections.
10          MS. GHIM:  And for the record, I
11     did not coach my client.  I simply raised an
12     objection with the basis for that objection,
13     which was asked and answered.
14          MS. KORGAONKAR:  I'm going to enter
15     into the record Exhibit 3.
16          (Che Exhibit 3 marked for
17     identification.)
18          MS. GHIM:  Oh, and before we begin
19     again with questioning, I would just like to
20     note also for the record that when I state my
21     objection and the basis for it, it's not being
22     translated back to my client.  So the basis
23     for Ms. Korgaonkar stating that -- asking me
24     not to coach my client is unfounded.
25     **Q.   Do you recognize this document?**

**CHE**

1
2      A.   I don't know.  What is this?
3           MS. GHIM:  Counsel would like to
4      see the exhibit before my client follows up
5      with any testimony.
6      A.   I don't know what that is.
7      **Q.   This is a document from the**
8  **division of corporations regarding Diva Nail and**
9  **Spa Y.A.**
10     A.   Yes.  So?
11     **Q.   Who had ownership of the salon**
12 **before Diva Nail and Spa Y.A. existed?**
13     A.   The ownership prior to this
14 corporation name, Diva Nail and Spa, which was --
15 belonged to the owner -- previous owner.
16     **Q.   Which previous owner are you**
17 **referring to?**
18     A.   The original owner for this was
19 Susan, isn't it?
20     **Q.   Who was the owner immediately prior**
21 **to Diva Nail and Spa Y.A.?**
22          MS. GHIM:  Objection.  Redundant
23     and badgering.
24     A.   I do not understand your question.
25 I do not understand your question.

CHE

1
2      **Q.   I'll try to restate it.**
3      A.   Well, let me tell you, as I told
4  you all here, I cleared that I was not working as
5  the president, even though I signed on those
6  documents.  I told you clearly.  I told you
7  clearly.
8           Now you're questioning again using
9  this document with this name, and so you're asking
10 if I am the owner of this.  Of course I am the
11 owner of this.  I'm the president of this.  I told
12 you with the other documents that even though I
13 signed on those, but I was not working as the
14 president.
15     **Q.   I think we're having a**
16 **misunderstanding.  I'm going to restate the**
17 **question.**
18          **The question is:  Who owned the**
19 **salon immediately prior to Diva Nail and Spa Y.A.?**
20          MR. YIM:  Objection.  Asked and
21     answered.
22          MS. GHIM:  Objection.  Badgering.
23     A.   As I look at this document today,
24 all I can say is just simply that I signed at the
25 time on that previous document to be the owner of

CHE

1
2     that business at the time.  But now, after the
3     business name changed, I became owner for this
4     Diva Nail and Spa.
5          Q.   I don't understand your answer.
6          MR. YIM:  Is that a question?
7          Q.   The question is very direct.  It's
8     simply:  Which person or entity owned the salon
9     immediately prior to Diva Nail and Spa Y.A.?
10          MS. GHIM:  Objection.  Badgering.
11     Are you going to continue to ask the same
12     question?  Because then I think we should call
13     the court for a protective order.
14          MS. KORGAONKAR:  I have to get an
15     answer.  I can't understand her answer.
16          MS. GHIM:  "I don't understand" is
17     not a question.
18          A.   Before I answer to your question,
19     I'd like to give a statement.
20          Q.   I'd like you to answer the question
21     before your statement, please.
22          MS. GHIM:  No.  My client is not
23     going to answer anymore of this question.
24     It's already been asked and answered.
25          Don't answer the question.

CHE

1
2          Q.   Ms. Che, your attorney is directing
3     you not to answer the question.  Are you refusing
4     the question?
5          MS. GHIM:  Yes, for the fifth time.
6          MS. KORGAONKAR:  I'm asking your
7     client, the deponent.
8          A.   I will respect my lawyer's
9     instruction.
10          Q.   Are you, yes or no, refusing to
11     answer?
12          A.   Yes.
13          Q.   Okay.  Did you incorporate any
14     entities on April 16th of this year?
15          A.   You said April 16th?
16          MS. KORGAONKAR:  Can you repeat the
17     question that I had.
18          (The requested portion of the
19     record was read.)
20          MS. KORGAONKAR:  I'm sorry.  Strike
21     that question.
22          Q.   Did you incorporate any entities on
23     April 16th of this year?
24          MS. GHIM:  Objection.  Ambiguous
25     question.

CHE

1
2          A.   Why do I have to create any other
3     incorporation?  Nothing else except this.  I don't
4     know which direction you are driving me into.
5          Q.   Did you incorporate Diva Nail and
6     Spa Y.A. on April 16th of this year?
7          A.   I'm not certain if it was April 16
8     when I create that.
9          Q.   And for what purpose did you create
10     Diva Nail and Spa Y.A.?
11          MS. GHIM:  Objection.  Asked and
12     answered.
13          A.   Well, when you have one company,
14     it's natural to create as a corporation.  Where is
15     there any -- there shouldn't be any other purpose
16     except that.
17          Q.   Any purpose except for what?
18          A.   There's no other purpose except
19     just creating a company.  Would be there any other
20     purpose when we create this company like this?
21          Q.   Well, I'm asking you what the
22     purpose is.  What was the purpose?
23          You already had the salon.  What
24     was the purpose of creating a new corporation?
25          A.   Oh, well, now I understand your

CHE

1
2     question.
3          After I owned this business, I
4     learned there's some other problem by Susan, and I
5     didn't want to keep having that kind of problems.
6          Q.   What problems did you learn from
7     Susan about?
8          A.   Even before I learned there's some
9     problem through Susan, these people came to the
10     business premises to protest.
11          MS. KORGAONKAR:  Could you read
12     back just the previous answer.  Not this
13     recent answer; the one before.
14          (The requested portion of the
15     record was read.)
16          Q.   Please explain to me the problem
17     that you're discussing that you learned about from
18     Susan Lee.
19          MS. GHIM:  Objection.  Asked and
20     answered.
21          A.   Well, from now on I do refuse
22     answering to your question because your question
23     and make a record, and then little later you
24     question again, same thing.  And you check at me,
25     and it looks like you are looking for some kind of

CHE

1  conflict between those words.  Since you are
2  keeping me here for hours, it makes me difficult
3  to answer properly.  Just give me question what
4  you need to know about this.
5       Q.   Ms. Che, I'm asking you only
6  questions that I need answers to.  But I'm going
7  to have to request that you listen to the question
8  and answer it very directly.
9       MS. GHIM:  Objection.  I'm going to
10  make a motion for a protective order.
11  Don't answer.
12      Q.   Your attorney is directing you not
13  to answer the question that I asked you.
14      A.   Yes.
15      Q.   Are you refusing to answer?
16      A.   Yes.
17      MS. GHIM:  Do plaintiff's counsel
18  wish to join in on this conference call to the
19  court?
20      MR. YIM:  Can we have it
21  conferenced in through this line that has
22  speakers?
23      MR. HAN:  Yeah, we'd like to join
24  in.
25

CHE

1       MS. KORGAONKAR:  Let's take a
2  five-minute break.
3       (Recess taken.)
4       Q.   So we're back on the record.  And
5  Ms. Che, I'm not sure whether your counsel let you
6  know what just happened.  We had a brief phone
7  call with the court, and they advised that we go
8  forward with your deposition.
9       A.   So that's what you heard from the
10  court?
11      Q.   That's right.
12      MS. GHIM:  But not on the same
13  question.
14      MR. HAN:  That's not what they
15  said.
16      MS. KORGAONKAR:  I'm going to --
17      MR. HAN:  They said if you need to,
18  you can move for a protective order and
19  attorney costs after the fact.
20      A.   Then I will follow and respect the
21  court's order.
22      Q.   Thank you.
23      So in light of that I'm going to
24  ask you one more time, and if you can answer as
25

CHE

1  directly as you're able.
2       Prior to Diva Y.A., who owned the
3  salon?
4       MR. YIM:  Objection.  Asked and
5  answered.
6       A.   The owner was Susan.
7       Q.   At some point -- strike.
8       Who owned the salon between
9  March 19th and April 16th?
10      A.   From March 19th until April 16th?
11      MS. GHIM:  Objection.  Asked and
12  answered.  Badgering.
13      A.   I became the owner from the 1st of
14  April.  Once again, it was the same question that
15  you gave before.  I have been an owner from
16  April 1st.
17      Q.   At some point J.H. Diva transferred
18  the salon to Diva Y.A.  When did that transfer
19  take place?
20      MR. YIM:  Objection.
21      MS. GHIM:  Objection.  Leading.
22      A.   So you're asking when J.H. Diva --
23  you're asking when did J.H. Diva change to
24  Diva Y.A.?
25

CHE

1       Q.   That's right.
2       MS. GHIM:  Objection.  Assumes
3  facts not in evidence.
4       A.   Maybe it was April 16th.  I wasn't
5  clear what the exact date was.  Since I see the
6  document, it looks like that date.
7       Q.   On March 19th were you aware that
8  Susan Lee was scheduled to appear for a deposition
9  the following day?
10      A.   I didn't know that.  Right.
11      Q.   Did you know at any point prior to
12  April that the plaintiffs in this case were moving
13  for an order to restrain the sale of the salon?
14      MS. GHIM:  Objection.  Asked and
15  answered.
16      THE INTERPRETER:  Would you repeat
17  the question.
18      (The requested portion of the
19  record was read.)
20      A.   I didn't know that.  Was there any
21  order like that issued?
22      Q.   Well, the question was:  Did you
23  know that the plaintiffs were moving, which I
24  think you've answered.
25

---

## Page 106

CHE

1    A.  I didn't know.
2    Q.  Are you aware that there is now an
3 attachment motion regarding the salon in Glen Head
4 pending?
5    A.  Which business?
6    Q.  The salon in Glen Head.
7    A.  Glen Head?  You mean my own current
8 business?
9    Q.  That -- that's right, the one at
10 240 Glen Head.
11    A.  What's going on to my business?
12    MS. KORGAONKAR:  Can you repeat the
13 question.
14    (The requested portion of the
15 record was read.)
16    A.  I didn't understand the question
17 well.
18    THE INTERPRETER:  The witness asked
19 me to repeat just the interpreting.  I think
20 the witness could not understand certain
21 Korean language.
22    MS. KORGAONKAR:  I'm going to try
23 to put the question differently.
24    THE WITNESS:  Yes, yes.  Go ahead.

TSG Reporting - Worldwide  (877) 702-9580

## Page 107

CHE

1    Q.  Do you know that there is a motion
2 before the court now regarding the salon?
3    A.  I'm just saying that my current
4 business in the lawsuit.
5    Q.  It's just a yes or no.
6    A.  I didn't understand that as well.
7    Q.  I'll move on for now.
8    Earlier this morning you mentioned
9 receiving interrogatories.  Who were they from?
10    MS. GHIM:  Objection.  Asked and
11 answered.
12    A.  Well, let me give you the question:
13 Were you ordered by the court to repeat the same
14 question?
15    Q.  No.  The court made no orders.
16    MS. KORGAONKAR:  Can you repeat the
17 question so the witness can answer it.
18    (The requested portion of the
19 record was read.)
20    A.  One morning when I went to work, an
21 American brought that to me.
22    Q.  Who were they from?
23    A.  I don't know where he was from, but
24 he was delivering that to me, but I didn't

TSG Reporting - Worldwide  (877) 702-9580

## Page 108

CHE

1 understand English.  And he was asking me if I was
2 the owner of the business.  So I said that's
3 correct.  And then he asked my name.  So I told
4 him my name was Nancy.  And then he just gave the
5 paper to me and left.
6    Q.  And when was this?
7    A.  It was one Tuesday.  I don't know
8 how long ago it was.  Maybe more than one month.
9    Q.  Earlier you had said that you found
10 out about this case through news media or
11 television, but then you also said you didn't know
12 about the lawsuit at the time of purchase.
13    Can you just explain the time line
14 to me.
15    A.  I just call her as like a younger
16 sister, but she's just close friend to me, and she
17 saw TV and relayed that to me.  But I read myself
18 through a newspaper.
19    Q.  And when was that?
20    A.  It's been a while.  I think it's
21 more than one year ago.
22    Q.  Where do you keep all the documents
23 related to the salon?
24    MS. GHIM:  Objection.  Asked and

TSG Reporting - Worldwide  (877) 702-9580

## Page 109

CHE

1 answered.
2    A.  What kind of a document?  Keep
3 where?  I brought some with me.
4    Q.  We have those.  Thank you.
5    MR. HAN:  Which documents are you
6 referring to?
7    MS. GHIM:  The same documents
8 through the document production.
9    A.  I don't know why you're giving me
10 this kind of a question.
11    MR. HAN:  Are there any documents
12 in there that weren't in the document
13 production?
14    MS. GHIM:  What she's referring to
15 is what I sent over.
16    MR. HAN:  Okay.
17    Q.  I mean any mail or any bank
18 statements --
19    MS. GHIM:  Objection.  Asked and
20 answered.
21    Q.  -- that the salon receives.
22    A.  So you're asking where I kept
23 those?
24    Q.  That's right.

TSG Reporting - Worldwide  (877) 702-9580

Page 110

```
 1              CHE
 2       A.   Most of them kept at business
 3  premise.
 4       Q.   And is it your general business
 5  practice to keep all the bank statements that the
 6  salon receives?
 7       A.   Yes, I do that always.
 8       Q.   And do you have any documents that
 9  show that Diva Y.A. owns the salon?
10       A.   You're asking me if some -- is
11  there any document showing that Diva is the owner
12  of the salon?
13       Q.   Diva Y.A.
14          MS. GHIM:  She's referring to the
15     corporate book.
16       A.   I brought this today.  I show you
17  the document that I brought today.  This one
18  probably.  Any other special document besides
19  this?  I thought this was the one you need.  These
20  kinds of questions are strange.
21       Q.   This document does not -- I'm
22  asking whether there's any documents that show
23  that Diva Y.A., the corporation, owns the salon?
24          MS. GHIM:  Objection.  Asked and
25     answered.
```

TSG Reporting - Worldwide  (877) 702-9580

Page 111

```
 1              CHE
 2       A.   Where can I get that kind of
 3  document?  I don't know where to get.
 4       Q.   Well, do you have any documents
 5  that show the salon being transferred to
 6  Diva Y.A.?
 7       A.   There's some paper.  I have
 8  recently received some documents from bank.  Maybe
 9  that's the thing.
10       Q.   Do you have any documents that show
11  that someone or some entity transferred the salon
12  to Diva Y.A.?  That's the question.
13          MS. GHIM:  Objection.  Redundant.
14          MR. YIM:  Asked and answered.
15       A.   No, I do not.
16       Q.   And the bank documents that you
17  just mentioned that you will receive, do we have
18  those documents?
19       A.   It's kept at the business premise.
20       Q.   Okay.  So you have not produced
21  them to us yet.  Is that right?
22       A.   Those documents I think I gave you
23  the other day.  I gave it to my lawyer.  Diva Y.A.
24  was written in the bank statement which I received
25  and gave it to my lawyer.
```

TSG Reporting - Worldwide  (877) 702-9580

Page 112

```
 1              CHE
 2       Q.   Okay.
 3          MS. GHIM:  And that document was
 4     produced to plaintiff's counsel on the 8th.
 5       Q.   Do you have any documents showing
 6  the transfer of any assets from either
 7  J.H. Diva -- strike.
 8          Do you have any documents showing
 9  the transfer of any asset from J.H. Diva to
10  Diva Y.A.?
11          MS. GHIM:  Objection.  Asked and
12     answered.
13          MR. YIM:  Objection.  Foundation.
14       A.   I do not have those.  Am I required
15  to keep the -- or make this kind of document?  I
16  didn't know about that.  Once I own the business,
17  everything inside the business premises should
18  belong to me; isn't it?
19       Q.   Well, when you said that you don't
20  have those documents, does that just mean that, to
21  your knowledge, they don't exist?
22          MS. GHIM:  Objection.  Asked and
23     answered.
24       A.   I do not have a document with me.
25       Q.   Do you -- I'm trying to clarify
```

TSG Reporting - Worldwide  (877) 702-9580

Page 113

```
 1              CHE
 2  because you just now said that you don't have them
 3  with you.
 4          Do you have them somewhere else?
 5       A.   No.
 6       Q.   Do you think that anyone else might
 7  have such a document?
 8       A.   Not at all, no.  It cannot be.
 9       Q.   I want you to help me understand
10  something.  This document that we talked about
11  before shows the salon going to J.H. Diva on
12  March 19th, and that's where our paper trail ends.
13  So the salon went to J.H. Diva on March 19th.
14          What happened after March 19th that
15  brought the salon into the ownership of Diva Y.A.?
16          MS. GHIM:  Objection.  Asked and
17     answered.
18          MR. YIM:  Asked and answered, and
19     foundation.
20       A.   I know you keep asking the same
21  question.
22          First, I'd like to talk to you --
23  talk before you is that I was not familiar with
24  the laws.  So I just signed, understanding that I
25  was going to own the business.  I feel frustrated.
```

TSG Reporting - Worldwide  (877) 702-9580

CHE

1
2 I start owning that business by doing this,
3 nothing else, no other process.
4 I didn't know what to do with those
5 billings or assets inside the premise. I didn't
6 know what to do with this except just doing this.
7 **Q. Did you ever sign a document like**
8 **this that shows the salon coming into the**
9 **ownership of Diva Y.A.?**
10 MS. GHIM: Objection. Asked and
11 answered. Badgering.
12 MR. YIM: Asked and answered.
13 A. You mean exactly this document?
14 **Q. I don't -- I don't understand.**
15 A. You mean exact this? You're asking
16 something else except this?
17 **Q. Not this document. Besides this**
18 **one. Yes.**
19 A. I feel so frustrated. What kind of
20 document for Diva? I don't know. What are you
21 looking for?
22 **Q. What I'm looking for is I want to**
23 **know whether there are any documents that show**
24 **that the salon got transferred to Diva Y.A.?**
25 MS. GHIM: Objection.

TSG Reporting - Worldwide  (877) 702-9580

CHE

1
2 A. I went to an accountant's office to
3 apply for changing the business title. I told you
4 earlier that I went to the office across the
5 public parking lot. I told you already. And you
6 asked me same thing again.
7 **Q. And what's the name of this**
8 **accountant?**
9 A. The accountant's name -- give me a
10 second. His Korean name is Jaekwang.
11 THE INTERPRETER: J-A-E-K-W-A-N-G,
12 B-A-N.
13 MS. KORGAONKAR: B as in boy?
14 THE INTERPRETER: Yes.
15 **Q. And did you sign any documents when**
16 **you went to Mr. Ban's office?**
17 A. So what I did is just wanted to
18 change the business until I got this business, and
19 that's what I applied.
20 **Q. And to do that, did you sign any**
21 **documents?**
22 MS. GHIM: Objection. Asked and
23 answered.
24 A. I brought this with me that showed
25 that my company was created to this kind of a

TSG Reporting - Worldwide  (877) 702-9580

CHE

1
2 paper. I asked him to change J.H. Diva into my
3 own.
4 **Q. I understand that.**
5 **And I'm going to ask you this. I'm**
6 **going to ask again: Did you sign any documents?**
7 **Not what you took, but what you might have signed.**
8 A. Yes, I did.
9 **Q. Okay. And did you get any copies**
10 **of the things that you signed?**
11 A. I do not recall.
12 MS. KORGAONKAR: And please note
13 for the record that the deponent indicated
14 physically the document that we're about to
15 enter as Exhibit 4.
16 (Che Exhibit 4 marked for
17 identification.)
18 **Q. Was it in April that you went to**
19 **see Mr. Ban?**
20 A. I think it was in May. I think I
21 said that before.
22 **Q. And did anyone go with you?**
23 A. No. I just did myself.
24 **Q. Now, I think we noted in your -- in**
25 **your corporate records which we copied that**

TSG Reporting - Worldwide  (877) 702-9580

CHE

1
2 they're all blank. Why is that?
3 A. I don't know. I don't know what
4 you mean with this.
5 **Q. This is a photocopy of your**
6 **original that you're now holding.**
7 MR. YIM: I object. There's
8 documents that may or may not be used there
9 and have not yet been authenticated.
10 (Che Exhibit 5 marked for
11 identification.)
12 MR. YIM: Just as a question, is
13 that -- is that binder just the documents that
14 you just photocopied?
15 MR. HAN: Yes.
16 MR. YIM: Okay. I withdraw my
17 objection.
18 **Q. For example, I see that this**
19 **document is completely blank.**
20 MR. YIM: Objection. The document
21 speaks for itself.
22 **Q. Why are the documents in your**
23 **corporate records blank?**
24 A. I just applied and I was given this
25 way. That's how I just kept. I didn't know what

TSG Reporting - Worldwide  (877) 702-9580

```
 1              CHE
 2  was going on inside.
 3      Q.  And who gave you the documents?
 4      A.  This file was given to me after I
 5  apply for -- I don't know if I picked up this
 6  myself.  I don't know if I picked this myself.
 7  I'm not sure.  I do not recall clearly about this.
 8      Q.  Do you recall when it came into
 9  your possession?
10      A.  When was it?  Anyway, I want the
11  lawyer or maybe an accountant to make this.  After
12  I applied for this, I think I got this maybe in
13  three weeks.  I'm not certain.
14      Q.  Three weeks from when?
15      A.  Okay.  Let me say I went to a
16  lawyer first.  When I went there we found that all
17  the process was completed.  After that I applied
18  for this kit.
19      Q.  And to whom did you apply for this
20  kit?
21      A.  For now I was with the lawyer and
22  also accountant at the time, so I get them kind of
23  confused.
24      Q.  Which lawyer was it?
25      A.  Jong Ho Kim.  I don't know if I
```

TSG Reporting - Worldwide  (877) 702-9580

```
 1              CHE
 2  went to Jong Ho Kim's office or another person for
 3  this.  I am confused now.  I cannot tell you.
 4      Q.  Is there someone else who you have
 5  in mind who it could have been, if not Mr. Kim?
 6      A.  You mean about this?
 7      Q.  Yes, exactly.
 8      A.  Then it could be Jaekwang Ban.  I'm
 9  just confused now, so I cannot tell you.
10      Q.  Do you -- Jaekwang Ban is the same
11  accountant that you mentioned before.  Is that
12  correct?
13      A.  Yes.  I'm not sure if that was him
14  or another party, Jong Ho Kim.  If I have the
15  answer later I'll let you know.
16      Q.  Thank you.
17          Have you ever met or heard of --
18  strike.
19          Do you know an attorney named
20  Michael Choi?
21      A.  It's a lawyer?
22      Q.  Yes, that's right.
23      A.  As for a lawyer, I know only
24  Jong Ho Kim.  I'm not sure.  I don't know about
25  him.
```

TSG Reporting - Worldwide  (877) 702-9580

```
 1              CHE
 2      Q.  And you said that Mr. Ban or
 3  Mr. Kim helped you apply to get this kit.
 4          But you never answered the
 5  question:  Where did you apply to get this kit?
 6      A.  That's what I'm confused now.  I am
 7  confused where I applied.  So as I said, if it
 8  comes to my mind I will let you know.
 9      Q.  So you -- did you fill out an
10  application on paper to get this kit?
11          MS. GHIM:  Objection.  Asked and
12      answered.
13      A.  I feel headache.
14      Q.  You had said before that you had
15  wanted to tell your story.  And at that point I
16  had said, Let's finish answering the questions.
17  So I'm going to give you an opportunity now which
18  you asked for before.
19          MS. GHIM:  Objection.  Is there a
20      question?
21      Q.  Do you want to tell your story?
22      A.  What kind of story?
23          MS. GHIM:  Objection.  Overbroad.
24      Q.  There may have been a
25  mistranslation or a misunderstanding.  I had
```

TSG Reporting - Worldwide  (877) 702-9580

```
 1              CHE
 2  remembered that earlier you said to me something
 3  to the effect of --
 4      A.  You mean the thing that I tried to
 5  say and then stopped in the middle?
 6      Q.  I think that was it.  I just am
 7  wanting -- I'm just asking if you want that
 8  opportunity now?
 9          MR. YIM:  Objection.  Overbroad.
10          MS. KORGAONKAR:  I'm going to --
11      I'm going to restate this.
12      Q.  Susan Lee has told us her side of
13  the events.  I'm asking you now whether you want
14  to state your version of the events that we've
15  been discussing today.  You don't have to.
16          MS. GHIM:  Objection.
17          MR. YIM:  Vague and ambiguous.
18      Q.  You're under no obligation to.  I
19  just bring it up because you had brought up
20  something to that effect earlier, and I had asked
21  that you reserve your statement until later.
22      A.  Okay.  I'll talk about that later.
23      Q.  Okay.  Well, now is the time.
24  We're finishing up.  You're under no obligation.
25  It's only because you had brought it up before.
```

TSG Reporting - Worldwide  (877) 702-9580

CHE

1      It's your choice.
2          A.   What I'm trying to say was I just
3      go on through this incident.  I -- there were some
4      problems since I didn't handle it straightfully or
5      properly.
6          So what came to my mind after I
7      arrived here, that I should make the things in
8      detail clearly if I have to do these kinds of
9      things later on, if it's necessary I should close
10     something and open something new.  That's what I
11     learned today.
12         At the time that I just think a
13     very simple way.  Because I could not collect the
14     money, I thought it best for me to get to
15     ownership of that business.
16         So as today, I feel like -- I'm
17     sorry that I feel like I gave you burden with this
18     incident, even though you are all busy.
19         MS. KORGAONKAR:  There's no need to
20     apologize.  And thank you for coming to our
21     office.
22         MR. YIM:  I have just a few
23     questions.
24     EXAMINATION BY
25

TSG Reporting - Worldwide  (877) 702-9580

CHE

1      MR. YIM:
2          Q.   Ms. Che, I'm the attorney for Susan
3      Lee.  I will be asking a few questions.  Please be
4      reminded you're still under oath.
5          You previously stated you had a
6      strained relationship with Susan Lee after this
7      due to this sale -- strike that.
8          You previously testified that you
9      had a strained relationship with Susan Lee due
10     to -- strike that.  Let me rephrase.
11         Is it accurate that your
12     previous -- in your previous -- you previously
13     testified that you had a strained relationship
14     with Susan Lee due to debts?
15         A.   Yes.
16         Q.   Okay.  Is it accurate to say that
17     you didn't trust her to pay you back on the debts?
18         MR. HAN:  Objection.
19         MR. YIM:  Are you taking over now?
20     Is she done?
21         MR. HAN:  We can all --
22         MR. YIM:  You can't have more than
23     one attorney making objections for one party.
24         MR. HAN:  Sure you can.
25

TSG Reporting - Worldwide  (877) 702-9580

CHE

1          MR. YIM:  Okay.  If that's your
2      position.
3          Repeat the question, please.
4          (The requested portion of the
5      record was read.)
6          A.   As I testified earlier, I didn't
7      mean that I didn't trust her in terms of returning
8      my money.  But because she had a business, I felt
9      that I could take over her business instead of
10     getting paid back.
11         Q.   Did you believe that she had
12     another way to pay you back besides through the
13     business?
14         MS. KORGAONKAR:  Objection.
15         MR. HAN:  Objection.  Speculation.
16         A.   She makes good business, so I
17     thought she could return my money.  But she
18     won't -- she did not -- she didn't -- she did not
19     pay me back.
20         Q.   Okay.  You previously testified
21     that you gave her four separate cash loans.  Is
22     that accurate?
23         MS. GHIM:  Objection.  Leading
24     question.
25

TSG Reporting - Worldwide  (877) 702-9580

CHE

1          A.   Yes, altogether four times.
2          Q.   Could you explain why did you make
3      four -- why did you -- strike that.  I'll just
4      move on real quick and we'll call it a day.
5          Are you -- are you related to Susan
6      Lee or John Lee -- strike that.
7          Are you related to Susan Lee?
8          A.   No, I'm not.
9          Q.   Is it accurate that you previously
10     testified that you called her -- she would call
11     you her -- she would call you older sister?
12         MR. HAN:  Objection.  Leading.
13         A.   Yes.  She called me "big sister."
14     It's -- all Korean people always call each other
15     "big sister" or something like that.
16         Q.   Does that -- does calling someone
17     "big sister" imply a family relationship?
18         MR. HAN:  Objection.  Foundation.
19         A.   No, it's not a family relationship.
20         MR. YIM:  Okay.  That's it.  Thank
21     you.
22         MS. GHIM:  I just have a few
23     questions before we close really quick.
24     EXAMINATION BY
25

TSG Reporting - Worldwide  (877) 702-9580

Page 126

CHE

1 CHE
2 MS. GHIM:
3     Q.  Ms. Che, you know you're still
4 under oath. I'm just going to ask you a few
5 questions.
6          Ms. Che, the documents that were
7 shown to you today, are you able to read those
8 documents beyond your own name or the store name?
9     A.  No. I didn't understand. I
10 couldn't read at all.
11        MR. HAN: Objection.
12     Q.  And it was your understanding that
13 after -- strike that.
14          It's your understanding that when
15 you say "change the name of the business" means
16 your purchase of the store?
17     A.  Yes.
18     Q.  Okay. And after you purchased the
19 store, you believed it was yours?
20        MS. KORGAONKAR: Objection. That's
21 not a question.
22     A.  That's what I thought.
23     Q.  And did you incorporate because you
24 wanted corporate protection and not just ownership
25 as an individual?

TSG Reporting - Worldwide  (877) 702-9580

Page 127

CHE

1 CHE
2        MR. HAN: Objection.
3     A.  That's what I thought.
4     Q.  And one last question: The
5 attorneys have been referencing a lawsuit against
6 the nail salon at 240 Glen Head Road, which is
7 your salon.
8        MR. HAN: Objection. Irrelevance.
9     A.  Yes.
10     Q.  Are you aware of who the plaintiffs
11 are in the case?
12     A.  I don't know them.
13     Q.  You stated that you were aware that
14 Susan Lee was having problems with her -- had
15 problems with her employees?
16        MR. HAN: Objection.
17 Misrepresentation of the record.
18        MS. GHIM: Let me rephrase that.
19     Q.  You said you were aware of
20 demonstrators outside the store.
21        MR. HAN: Was there a question?
22     A.  Every Tuesday they were in front of
23 my business. That's why --
24     Q.  Do you know who they are or why
25 they're demonstrating?

TSG Reporting - Worldwide  (877) 702-9580

Page 128

CHE

1 CHE
2     A.  I became knowing about that since
3 this matter became such a big thing.
4     Q.  Did you ever work for Susan Lee?
5     A.  Not at all. Never.
6     Q.  Did you ever -- did you ever meet
7 any of her employees that worked at this Diva
8 location at 240 Glen Head Road -- I'm sorry.
9 Strike that.
10          Were you aware of the -- of Susan
11 Lee's other nail salon in Old Bethpage?
12        MR. HAN: Objection.
13     A.  I don't know. I don't know.
14        MS. GHIM: Okay. Thank you.
15        (Time Ended:  5:12 p.m.)
16
17 _____
18   YING AI CHE
19
20 Subscribed and sworn to
21 before me this    day
22 of July, 2009
23
24 _____
25

TSG Reporting - Worldwide  (877) 702-9580

Page 129

1                INDEX
2 WITNESS       EXAM BY            PAGE
3 Y. Ai Che    Ms. Korgaonkar       5
4             Mr. Yim          122
5             Ms. Ghim         125
6
7
8
9              EXHIBITS
10 EXHIBIT     DESCRIPTION          PAGE
11 Exhibit 1    Amendment of Contract of Sale  60
12 Exhibit 2    Assignment and Assumption of   77
             Lease
13
     Exhibit 3    New York State incorporation  95
14      filing
15 Exhibit 4    Certificate of Incorporation  116
16 Exhibit 5    Binder of corporate records   117
17
18
19
20
21
22
23
24
25

TSG Reporting - Worldwide  (877) 702-9580

Page 130

```
1        LITIGATION SUPPORT INDEX
2     DIRECTION TO WITNESS NOT TO ANSWER
          Page   Line  Page   Line
3         16     6     22     4
          45     3     98     7
4        101     16
5     REQUEST FOR PRODUCTION OF DOCUMENTS
          Page   Line  Page   Line
6               (NONE)
7       INFORMATION TO BE FURNISHED
          Page   Line  Page   Line
8               (NONE)
9       QUESTIONS MARKED FOR A RULING
          Page   Line  Page   Line
10              (NONE)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

TSG Reporting - Worldwide  (877) 702-9580

Page 131

```
1
               CERTIFICATE
2
   STATE OF NEW YORK      )
3                         )ss:
   COUNTY OF NEW YORK     )
4
5        I, JOMANNA DeROSA, a Certified
6    Shorthand Reporter and Notary Public within
7    and for the State of New York, do hereby
8    certify:
9        That YING AI CHE, the witness whose
10   deposition is hereinbefore set forth, was
11   duly sworn by me and that such deposition is
12   a true record of the testimony given by such
13   witness.
14       I further certify that I am not
15   related to any of the parties to this action
16   by blood or marriage, and that I am in no
17   way interested in the outcome of this
18   matter.
19       In witness whereof, I have hereunto
20   set my hand this 20th day of July, 2009.
21
22        _____
             JOMANNA DeROSA
23
24
25
```

TSG Reporting - Worldwide  (877) 702-9580

Page 132

```
1        * * *ERRATA SHEET* * *
2   NAME OF CASE:  Thong v. Lovely Nails, et al.
3   DATE OF DEPOSITION:  7/15/09
4   NAME OF WITNESS:  Y. Ai Che
5   Reason codes:
6      1. To clarify the record.
       2. To conform to the facts.
7      3. To correct transcription errors.
8   Page _____ Line _____ Reason _____
    From _____ to _____
9
10  Page _____ Line _____ Reason _____
    From _____ to _____
11
12  Page _____ Line _____ Reason _____
    From _____ to _____
13
14  Page _____ Line _____ Reason _____
    From _____ to _____
15
16  Page _____ Line _____ Reason _____
    From _____ to _____
17
18  Page _____ Line _____ Reason _____
    From _____ to _____
19
20  Page _____ Line _____ Reason _____
    From _____ to _____
21
22
23      _____
          YING AI CHE
24
25
```

TSG Reporting - Worldwide  (877) 702-9580

## A

**ability (3)**
5:5 8:17 63:4
**able (7)**
7:7,21 49:5 62:24
75:5 104:2 126:7
**absence (1)**
83:19
**accent (2)**
39:3 41:19
**accept (2)**
50:17,19
**account (4)**
53:21 54:9,14,24
**accountant (5)**
69:21 115:8 118:11
118:22 119:11
**accountant's (2)**
115:2,9
**accurate (7)**
7:7 8:8 18:8 123:12
123:17 124:23
125:10
**acquaintances (1)**
45:4
**acquainted (2)**
48:7,16
**action (1)**
131:15
**actual (1)**
55:16
**add (4)**
40:2 54:13,23 59:15
**added (2)**
26:24 68:24
**address (9)**
16:7,8,11,25 17:4
69:19,24 70:3 72:3
**addressed (1)**
72:8
**administered (1)**
31:23
**advised (1)**
103:8
**ago (4)**
13:2,6 108:9,22
**agree (4)**
28:5 58:15 86:13
89:12
**agreed (13)**
28:13 37:11 56:6
57:17,18,20 58:7,9
61:21 87:21 88:4,13
88:22
**agreeing (1)**
41:5
**agreement (5)**
27:21 28:18,23,25

**90:8**
**ahead (3)**
16:15 91:5 106:25
**Ai (12)**
1:16 2:8 3:19 15:9
75:11,15 79:11
128:18 129:3 131:9
132:4,23
**al (1)**
132:2
**allow (2)**
6:8 55:20
**allowed (1)**
6:6
**altogether (2)**
30:4 125:2
**ambiguous (5)**
24:8 27:5 56:14 99:24
121:17
**AMEE (1)**
4:6
**amend (1)**
71:12
**Amendment (1)**
129:11
**American (1)**
107:22
**amount (14)**
30:24 31:25 33:9
42:25 87:16 89:4,6
89:7,8 90:3,9,20
91:8,9
**amounts (2)**
43:3 89:15
**answer (52)**
6:9,12,15 7:22,24 8:2
11:16,17 12:4 14:7
16:18 17:2,3,17,23
18:3,5,15,16 20:17
22:21 24:3 44:4
45:7,11,13 50:17
55:3 78:12 93:19,20
94:17 98:5,15,15,18
98:20,23,25 99:3,11
101:12,13 102:4,9
102:12,14,16
103:25 107:18
119:15 130:2
**answered (52)**
8:5,9 13:13 15:22
20:14 24:20 28:20
29:15 32:12 35:19
36:2 48:5 49:19
52:20 63:7,23 64:9
70:24 71:5 73:10,22
74:3 79:18 91:12
92:19 93:11,15
94:14,23 95:13
97:21 98:24 100:12

**101:20 104:6,13
105:16,25 107:12
109:2,21 110:25
111:14 112:12,23
113:17,18 114:11
114:12 115:23
120:4,12
answering (2)**
101:22 120:16
**answers (1)**
102:7
**anymore (2)**
52:4 98:23
**anyway (7)**
27:11 28:15 35:7 53:4
88:2,13 118:10
**apart (1)**
51:22
**apologize (2)**
44:19 122:21
**Apparently (1)**
77:12
**appear (1)**
105:9
**application (1)**
120:10
**applied (5)**
115:19 117:24 118:12
118:17 120:7
**apply (5)**
115:3 118:5,19 120:3
120:5
**Appreciate (1)**
66:17
**approach (1)**
49:13
**approached (3)**
49:24 50:22 84:8
**approximate (2)**
43:3,4
**approximated (1)**
89:4
**approximately (4)**
26:14 27:13 30:18
90:3
**April (31)**
13:22 19:15 20:4,8,10
20:23 21:4,14,16
24:7,12 25:8 26:12
26:13 52:16 65:4,10
65:14 69:7 99:14,15
99:23 100:6,7
104:10,11,15,17
105:5,13 116:18
**Argument (1)**
68:17
**Argumentative (4)**
72:20,22 74:19 78:22
**arrived (2)**

**21:21 122:8
asked (72)**
9:25 13:13 15:22
20:13 24:19 28:19
29:14 32:3,11 35:18
35:25 38:8,9 48:4
49:18 50:3,23 52:19
53:21 54:9,13 55:4
55:13,24 62:14 63:6
63:22 64:8 70:23
71:4 73:6,9,21 74:2
79:17 84:8,25 91:11
92:18,23 93:10,14
94:13,22 95:13
97:20 98:24 100:11
101:19 102:14
104:5,12 105:15
106:19 107:11
108:4,25 109:20
110:24 111:14
112:11,22 113:16
113:18 114:10,12
115:6,22 116:2
120:11,18 121:20
**asking (32)**
36:23,25 37:3,7 40:4
40:5 49:16 58:11
67:8 72:12 81:4
82:17,18 85:12,19
93:24 95:23 97:9
99:6 100:21 102:6
104:23,24 108:2
109:23 110:10,22
113:20 114:15
121:7,13 123:4
**asks (2)**
41:24 85:15
**asset (1)**
112:9
**assets (2)**
112:6 114:5
**assign (1)**
61:15
**assigned (5)**
67:13 75:10 79:3,4,6
**assignee (2)**
78:25 79:9
**assigning (4)**
62:8 67:17 73:7 78:23
**Assignment (3)**
77:19 78:20 129:12
**assume (2)**
6:22 40:17
**assumed (1)**
91:13
**assumes (8)**
12:2 13:25 15:5 19:19
27:25 28:7 37:15
105:3

**Assumption (3)**
77:19 78:20 129:12
**ATM (1)**
44:9
**attachment (1)**
106:4
**attention (1)**
73:3
**attorney (11)**
6:5 8:25 18:14 57:22
82:13 99:2 102:13
103:20 119:19
123:3,24
**attorneys (6)**
3:4,12,19 5:15 76:14
127:5
**attorney's (2)**
26:15 75:25
**August (6)**
27:18 53:25 54:3,12
54:18 55:11
**authenticated (1)**
117:9
**authority (3)**
47:15
**Avenue (3)**
2:10 3:6 14:13
**aware (10)**
10:10 36:5,10 82:20
105:8 106:3 127:10
127:13,19 128:10
**awkward (1)**
93:6
**a.m (1)**
2:5
**a/k/a (2)**
1:11,11

## B

**B (1)**
115:13
**back (35)**
8:12 20:19 33:16 34:2
35:6,9 36:23 37:2,8
49:6,9,13,16 50:8
51:5,10 52:24 53:17
53:20 56:8,9,21
59:6 66:9 80:9 83:6
87:4,10 95:22
101:12 103:5
123:18 124:11,13
124:20
**background (5)**
17:7,9 23:6,15,23
**backing (1)**
55:19
**bad (1)**
92:16

**badgering (6)**
94:8 96:23 97:22
98:10 104:13
114:11
**balance (1)**
35:14
**Ban (4)**
116:19 119:8,10
120:2
**bank (15)**
44:9,12,17 53:22 54:7
54:8,24 71:10,13
72:5 109:18 110:5
111:8,16,24
**Ban's (1)**
115:16
**based (2)**
75:24 89:4
**basis (5)**
85:13,20 95:12,21,22
**becoming (2)**
67:8,25
**beginning (6)**
29:18 47:9 88:13
92:23 93:5 94:5
**behalf (1)**
39:10
**believe (9)**
29:9,23 30:21 33:4
39:5 49:8 85:16
89:25 124:12
**believed (1)**
126:19
**belong (1)**
112:18
**belonged (1)**
96:15
**benefit (1)**
39:23
**best (3)**
5:5 39:14 122:15
**Bethpage (1)**
128:11
**beyond (2)**
90:15 126:8
**big (9)**
31:8,25 47:13 48:14
48:19 125:14,16,18
128:3
**billings (1)**
114:5
**binder (2)**
117:13 129:16
**bit (5)**
38:18 39:24 90:20
92:24 93:2
**blank (3)**
117:2,19,23

**blood (1)**
131:16
**board (2)**
70:19,21
**book (1)**
110:15
**born (2)**
85:2,2
**borrowed (4)**
32:25 33:15 34:12
51:9
**bother (1)**
17:21
**bought (2)**
28:24 91:15
**boy (1)**
115:13
**break (3)**
38:20,25 83:13,25
84:7 87:5 103:3
**brief (2)**
23:20 103:7
**bring (1)**
121:19
**broad (1)**
45:6
**broke (1)**
42:10
**brother (1)**
84:21
**brought (8)**
107:22 109:4 110:16
110:17 113:15
115:24 121:19,25
**Building (1)**
3:5
**burden (1)**
122:18
**Burling (2)**
2:9 3:3
**business (131)**
13:20,23 27:8 28:9,13
28:24 29:17,19,23
32:23 33:10 34:7
35:8,10,12 36:11,14
36:16 37:22 38:8,10
46:8,19,24,25 47:2
47:3,5,9,13,16
48:22,22 49:6,10,10
49:21 50:2,14 51:11
51:17 52:5,7,9,25
53:5,12,18,21 54:9
54:10,14,15,24 55:2
55:8,13,21,25 57:6
57:17 58:11,21,22
59:15 60:3,8 61:22
62:4,6,13,15,23
64:12,12,14,18 67:7
67:10,24 68:23 69:7

69:18 71:13,24,25
72:10 73:2 74:7,9
79:3 80:2,6 88:12
88:18 89:15 90:17
91:15,18,21 92:5,8
92:8,11,25 98:2,3
101:3,10 106:6,9,12
107:5 108:3 110:2,4
111:19 112:16,17
113:25 114:2 115:3
115:18,18 122:16
124:9,10,14,17
126:15 127:23
**busy (1)**
122:19
**buy (4)**
28:13 62:15 80:6
89:14
**buying (1)**
62:12
**B-A-N (1)**
115:12

---

**C**

**C (3)**
3:2 4:2 5:7
**calculation (1)**
91:6
**call (16)**
17:18,21 18:10 22:15
48:14 80:24 84:19
84:20 98:12 102:19
103:8 108:16 125:5
125:11,12,15
**called (10)**
15:24 62:9 64:25
66:20 67:18 68:22
72:18 83:2 125:11
125:14
**calling (2)**
48:18 125:17
**Calls (1)**
58:17
**CARMELA (1)**
4:7
**case (7)**
5:16 12:4 49:11
105:13 108:11
127:11 132:2
**cash (6)**
42:22,23 43:24,25
44:5 124:22
**cause (1)**
95:3
**caused (1)**
58:15
**Center (2)**
4:6,7
**certain (6)**

7:10 39:3,15 100:7
106:21 118:13
**Certificate (2)**
129:15 131:1
**Certified (2)**
2:12 131:5
**certify (2)**
131:8,14
**change (13)**
29:3,11 58:20,20
64:13,15,19 80:20
85:12 104:24
115:18 116:2
126:15
**changed (4)**
58:14 64:17,18 98:3
**changing (1)**
115:3
**characterization (2)**
68:16 76:22
**Che (163)**
1:16 2:8 3:19 5:1,13
6:1 7:1,12 8:1 9:1
10:1 11:1 12:1 13:1
14:1 15:1,9,13,25
16:1 17:1 18:1,14
19:1 20:1 21:1,9,10
22:1,19 23:1,4 24:1
24:2 25:1 26:1 27:1
28:1 29:1 30:1 31:1
32:1 33:1 34:1 35:1
36:1 37:1 38:1 39:1
39:22 40:1 41:1,22
42:1,7 43:1 44:1
45:1 46:1 47:1 48:1
49:1 50:1 51:1 52:1
53:1 54:1 55:1 56:1
57:1 58:1 59:1 60:1
60:22 61:1 62:1
63:1 64:1 65:1 66:1
67:1 68:1 69:1 70:1
71:1 72:1 73:1 74:1
75:1,11,15 76:1
77:1,19,21 78:1
79:1,11 80:1 81:1
82:1 83:1 84:1,11
85:1 86:1 87:1,6
88:1 89:1 90:1 91:1
92:1 93:1 94:1 95:1
95:16 96:1 97:1
98:1 99:1,2 100:1
101:1 102:1,6 103:1
103:6 104:1 105:1
106:1 107:1 108:1
109:1 110:1 111:1
112:1 113:1 114:1
115:1 116:1,16
117:1,10 118:1
119:1 120:1 121:1

122:1 123:1,3 124:1
125:1 126:1,3,6
127:1 128:1,18
129:3 131:9 132:4
132:23
**check (2)**
42:22 101:24
**Chen (2)**
1:4 15:20
**Che's (1)**
79:11
**children (1)**
17:4
**China (1)**
39:5
**Chinese (3)**
39:6 44:10,16
**Choi (1)**
119:20
**choice (3)**
55:25 56:7 122:2
**clarification (2)**
6:20,21
**clarify (19)**
7:9 22:8 39:9,15,18
40:4,5,13,18 47:8
54:11,17 59:17
60:13 86:2,4,14
112:25 132:6
**clarifying (2)**
40:11,20
**clear (9)**
11:17 14:17 40:9,11
41:3 43:11 45:20
69:19 105:6
**cleared (1)**
97:4
**clearly (5)**
66:14 97:6,7 118:7
122:9
**client (12)**
16:18 17:17 22:21
41:11 45:6 95:8,11
95:22,24 96:4 98:22
99:7
**close (5)**
84:18,21 108:17
122:10 125:24
**closing (4)**
73:6 89:16,19 91:9
**coach (5)**
45:17,18 95:8,11,24
**coaching (1)**
45:25
**codes (1)**
132:5
**collect (1)**
122:14

come (5)
    15:15 52:14 54:4
    55:15 86:16
comes (3)
    85:18 87:2 120:8
comfortable (4)
    39:21 49:20,21 85:7
coming (5)
    5:12 35:4 36:8 114:8
    122:21
comment (4)
    76:10,11 77:10,12
Commentary (1)
    44:2
company (6)
    69:2 80:19 100:13,19
    100:20 115:25
company's (1)
    80:20
compensated (1)
    33:12
compensating (1)
    53:5
complaint (3)
    12:4,5,7
complete (3)
    80:7 89:18,18
completed (1)
    118:17
completely (2)
    23:19 117:19
complicated (2)
    83:7 90:18
comply (1)
    53:16
Compound (3)
    29:4 55:6 90:12
concerning (1)
    78:18
concluded (1)
    32:22
conditions (1)
    28:21
conference (1)
    102:19
conferenced (1)
    102:22
conflict (1)
    102:2
conform (1)
    132:6
confused (6)
    56:17 118:23 119:3,9
    120:6,7
conservative (1)
    48:13
consider (1)
    91:7

considered (1)
    8:3
constantly (1)
    16:4
consultation (1)
    83:18
contacted (1)
    7:16
contempt (1)
    8:3
continue (4)
    14:18 43:14 80:17
    98:11
Continued (1)
    4:2
contract (16)
    28:21 31:12 32:16,16
    33:9 61:16 62:9
    67:13,18 68:9 73:7
    73:20 75:10,19
    77:17 129:11
convenient (1)
    64:14
conversation (3)
    5:19,24 85:8
copied (1)
    116:25
copies (4)
    44:25 61:7 77:24
    116:9
copy (1)
    44:21
Corp (3)
    1:8,8 3:12
corporate (5)
    110:15 116:25 117:23
    126:24 129:16
corporation (21)
    59:10 61:16 62:9
    64:25 66:20,25
    67:18 68:13,22 69:5
    69:25 70:5,12 71:9
    72:17 83:2 94:11
    96:14 100:14,24
    110:23
corporations (1)
    96:8
correct (15)
    34:24 36:3 37:14
    41:17 52:3,3 54:12
    54:18 59:20 60:15
    61:4 63:16 108:4
    119:12 132:7
correctly (3)
    32:6 34:9 37:6
corresponding (1)
    43:4
costs (1)
    103:20

counsel (18)
    61:2 65:18,21 76:18
    77:2,5,7 83:16,18
    83:20 84:25 85:10
    85:15 86:24 96:3
    102:18 103:6 112:4
counselor (1)
    85:8
counsel's (1)
    76:19
country (4)
    15:14,16 17:4 85:2
COUNTY (1)
    131:3
course (4)
    6:2 51:22,23 97:10
court (26)
    1:2 6:13 7:3,12,15,16
    9:8,11 10:3 12:8,10
    16:19 17:10,17,18
    17:21 18:10 18:5,5
    87:8 98:13 102:20
    103:8,11 107:3,14
    107:16
court's (1)
    103:22
covered (1)
    21:12
Covington (2)
    2:9 3:3
create (10)
    68:25 69:5,7,16 89:3
    100:2,8,9,14,20
created (2)
    68:25 115:25
creating (2)
    100:19,24
criminal (2)
    16:24 17:8
CRONIN (1)
    4:9
crying (2)
    48:23 51:8
CSR (1)
    1:24
Cui (3)
    1:11 3:13 14:20
current (5)
    16:8 52:5 64:12 106:8
    107:4
currently (3)
    7:12 18:24 94:12
customers (2)
    52:23 93:6
C-U-I (1)
    14:21

——————— D ———————

D (2)
    3:16 5:2
Daily (2)
    10:20,25
damage (1)
    92:7
Dang (1)
    6:2
date (4)
    26:9 105:6,7 132:3
dated (1)
    77:20
daughters (1)
    44:15
day (12)
    20:7 24:15 26:12,25
    62:23 69:14,15
    105:10 111:23
    125:5 128:21
    131:20
days (4)
    12:25 13:6 26:16,16
debt (7)
    34:2 35:17 37:13
    90:10,22,24 91:10
debts (3)
    46:20 123:15,18
decent (1)
    48:13
decision (1)
    7:16
Defendants (2)
    1:12 3:12
defense (2)
    76:18 83:17
definitely (1)
    7:24
delay (1)
    56:2
delaying (2)
    55:23 58:5
delivering (1)
    107:25
demand (4)
    35:6,13 51:5 57:8
demanded (2)
    57:7,10
demanding (1)
    55:19
demonstrating (1)
    127:25
demonstrators (1)
    127:20
deponent (2)
    99:7 116:13
deposed (2)
    9:5 23:18
deposing (1)

76:6
deposition (14)
    1:16 2:8 5:18 8:21 9:2
    76:2 85:18 86:12
    87:3 103:9 105:9
    131:10,11 132:3
depositions (1)
    23:16
DeROSA (6)
    1:24 2:11 83:21,23
    131:5,22
DESCRIPTION (1)
    129:10
detail (1)
    122:9
determination (6)
    7:20 16:19 17:11,18
    18:5 45:8
determining (1)
    7:13
develop (1)
    36:8
dialect (1)
    38:16
dialects (1)
    39:4
different (10)
    22:4 23:7,7,21,22
    30:7,11 34:3,13
    65:15
differently (1)
    106:24
difficult (4)
    39:2,12,13 102:3
difficulty (1)
    35:8 41:18
direct (3)
    19:22 22:20 98:7
directed (1)
    22:12
directing (2)
    99:2 102:13
direction (2)
    100:4 130:2
directly (4)
    51:5 60:2 102:9 104:2
directors (2)
    70:19,22
disagree (1)
    18:9
discarded (1)
    31:20
discharge (4)
    37:12 90:10,22 91:9
discuss (5)
    12:11 13:20 86:19
    88:7 90:23
discussed (4)

9:2 12:17,21 88:6
**discussing (3)**
88:11 101:17 121:15
**discussion (3)**
15:7 53:10 85:6
**disrupting (1)**
87:3
**distant (1)**
90:25
**district (3)**
1:2,2 22:24
**diva (98)**
1:9,10,10 14:9 19:5,6
59:11,12,19,21,25
60:3,4,5,9,14,19
61:14 62:9,21 63:10
63:13,15 64:2,7,13
64:17,20,22 65:2,10
65:13,15 66:21 67:6
67:18,25 68:5,22
69:11,18 71:14,15
71:20 72:3,8,13,18
73:8 74:16 75:11,14
75:17 79:10,21
80:14,16,20 81:17
82:14,19,21 83:3
94:18,21 96:8,12,14
96:21 97:19 98:4,9
100:5,10 104:3,18
104:19,23,24,25
110:9,11,13,23
111:6,12,23 112:7,9
112:10 113:11,13
113:15 114:9,20,24
116:2 128:7
**Diva's (1)**
67:9
**division (1)**
96:8
**divulge (1)**
17:11
**document (51)**
26:4 60:21,24 61:3,11
61:20 62:2 67:3,14
67:16 72:17 73:6,15
74:14,22 75:4,7
78:2,17 79:6 80:13
81:20 87:11,13,17
95:25 96:7 97:9,23
97:25 105:7 109:3,9
109:13 110:11,17
110:18,21 111:3
112:3,15,24 113:7
113:10 114:7,13,17
114:20 116:14
117:19,20
**documents (33)**
62:25 79:16 80:15
81:16,25 97:6,12

108:23 109:6,8,12
110:8,22 111:4,8,10
111:16,18,22 112:5
112:8,20 114:23
115:15,21 116:16
117:8,13,22 118:3
126:6,8 130:5
**doing (5)**
37:25 47:10 63:13
114:2,6
**draft (1)**
73:15
**drafted (1)**
81:25
**drafting (1)**
82:13
**driving (1)**
100:4
**dual (2)**
84:9 86:22
**due (3)**
123:8,10,15
**duly (3)**
5:3,7 131:11
**duplicate (1)**
76:24
**duplicative (1)**
76:19
**D-O-N-G-S-A-E-N-...**
84:11
**d/b/a (5)**
1:7,8,9,9,10

_____
**E**
_____
**E (5)**
3:2,2 4:2,2 5:7
**earlier (10)**
23:18 63:18 88:2,3
107:9 108:10 115:4
121:2,20 124:7
**early (1)**
13:22
**EASTERN (1)**
1:2
**economy (1)**
88:19
**effect (2)**
121:3,20
**eight (1)**
22:5
**Eighth (2)**
2:10 3:6
**either (3)**
12:3 38:13 112:6
**elaborate (1)**
85:20
**electrical (2)**
47:20,22

**embarrassed (1)**
18:22
**emphasizing (1)**
80:25
**employed (3)**
18:25 21:14,15
**employees (2)**
127:15 128:7
**employments (1)**
23:22
**Ended (1)**
128:15
**ends (1)**
113:12
**English (6)**
5:4,5 62:24 63:5
94:19 108:2
**enter (3)**
77:18 95:14 116:15
**entities (2)**
99:14,22
**entitled (3)**
22:9,13 59:11
**entity (2)**
98:8 111:11
**eroded (1)**
51:25
**ERRATA (1)**
132:1
**errors (1)**
132:7
**especially (1)**
47:22
**ESQ (4)**
3:8,9,16,22
**established (2)**
64:4 87:5
**et (1)**
132:2
**events (2)**
121:13,14
**evidence (8)**
12:2 14:2 15:6 19:19
27:25 28:8 37:16
105:4
**exact (3)**
89:8 105:6 114:15
**exactly (12)**
13:5 28:11,11,22
65:19 66:4 68:7
84:16 90:23 91:6
114:13 119:7
**EXAM (1)**
129:2
**EXAMINATION (3)**
5:10 122:25 125:25
**examine (1)**
53:2

**examined (1)**
5:8
**example (3)**
28:3 29:3 117:18
**exchange (3)**
29:12,17 90:17
**excuses (1)**
51:13
**excusing (1)**
55:19
**exhibit (17)**
60:22 61:8 77:19,21
87:11 95:15,16 96:4
116:15,16 117:10
129:10,11,12,13,15
129:16
**exhibits (2)**
77:24 129:9
**exist (1)**
112:21
**existed (1)**
96:12
**existing (4)**
80:19 90:24 93:6,7
**expense (1)**
77:14
**experience (2)**
23:20 90:18
**explain (7)**
35:4 62:16 78:16
86:10 101:16
108:14 125:3
**explained (3)**
62:18 84:14 88:18
**explanation (2)**
50:4 81:19
**express (1)**
81:9
**expressed (4)**
27:7,9,12 31:24
**extent (3)**
7:3 41:21 87:7
**extra (1)**
33:21

_____
**F**
_____
**F (2)**
1:3,4
**fact (3)**
23:19 25:7 103:20
**facts (9)**
12:2 14:2 15:6 19:19
27:25 28:8 37:16
105:4 132:6
**fair (1)**
51:24
**fall (7)**
30:20,22 34:12 43:15

43:15,22 55:15
**familiar (6)**
10:22 11:21 59:10,14
68:18 113:23
**family (2)**
125:18,20
**far (3)**
47:19 87:15 89:16
**fast (1)**
38:15
**favor (1)**
94:6
**fee (1)**
92:10
**feel (10)**
25:2 44:6 48:19,20
93:6 113:25 114:19
120:13 122:17,18
**feeling (1)**
65:20
**felt (5)**
49:4,5,20,21 124:9
**fifth (1)**
99:5
**figure (3)**
87:21 88:5,8
**file (1)**
118:4
**filed (1)**
12:7
**filing (1)**
129:14
**fill (1)**
120:9
**final (1)**
88:2
**finally (6)**
56:5 57:14,20,21 58:6
58:15
**financial (3)**
53:3,12,15
**financially (2)**
35:7 38:2
**find (1)**
38:11
**finding (1)**
23:20
**fine (2)**
41:5,23
**finish (1)**
6:9 120:16
**finishing (1)**
121:24
**first (24)**
5:3,7 9:6,7 10:10 11:9
21:20 43:8 46:18,23
48:2,9,12,24 49:23
54:2 59:20 60:17

54:2 59:20 60:17
63:20 64:6,16,20
113:22 118:16
**five-minute (1)**
103:3
**flood (1)**
50:14
**Floor (1)**
3:14
**Flushing (1)**
69:20
**follow (1)**
103:21
**following (4)**
30:3,20 43:18 105:10
**follows (3)**
5:6,9 96:4
**force (2)**
53:5 91:21
**form (4)**
42:17,21 52:2 67:19
**formal (2)**
19:16 29:9
**former (2)**
25:16 92:24
**forth (1)**
131:10
**forward (1)**
103:9
**found (2)**
108:10 118:16
**foundation (16)**
15:4 22:7 27:16,24
37:16 57:5 61:19
62:3,10 63:11 74:17
74:23 89:2 112:13
113:19 125:19
**four (14)**
5:21,22 30:7,9,11
31:3 32:8 34:13
42:24 43:4,7 124:22
125:2,4
**frankly (3)**
49:4 63:24 89:3
**free (1)**
17:13
**friend (1)**
108:17
**friendly (1)**
48:18
**friendship (1)**
51:20
**front (1)**
127:22
**frustrated (2)**
113:25 114:19
**full-time (2)**
19:10,12

**funny (1)**
77:12
**FURNISHED (1)**
130:7
**further (1)**
131:14

――――――― G ―――――――

**G (2)**
5:2,7
**general (2)**
17:6 110:4
**generally (1)**
45:3
**getting (5)**
17:6 34:10 62:12
64:12 124:11
**Ghim (147)**
3:18,22 6:5 7:9,19 8:2
11:5,12,19,25 13:12
13:25 14:6 15:5,21
16:13,17 17:10,16
18:4,8,9 19:18
20:15 21:5,11 22:6
22:11,20 24:8,19
25:19,24 27:5,10,24
28:7,19 29:4,14
32:11,21 35:18,25
37:15 40:2,20 41:7
41:11,15 44:3 45:5
45:17,18,22,24 48:4
49:18 50:6 52:19
53:6 55:6 56:14
58:3,16 60:6 61:2,6
61:17 62:3 63:6,11
63:17,22 64:8 65:5
65:9 66:2 68:15
70:23 71:4 72:19
73:9,16 74:2,17
76:21 77:2,3,6,9,13
77:16 79:17 90:12
91:11,25 92:18
93:10,14 94:7,22
95:8,10,18 96:3,22
97:22 98:10,16,22
99:5,24 100:11
101:19 102:10,18
103:13 104:12,22
105:3,15 107:11
108:25 109:8,15,20
110:14,24 111:13
112:3,11,22 113:16
114:10,25 115:22
120:11,19,23
121:16 124:24
125:23 126:2
127:18 128:14
129:5
**give (19)**

6:14 7:7 19:22 22:24
44:21 49:2 51:14
54:9,25 56:16,20
58:11 65:17 68:2
98:19 102:4 107:13
115:9 120:17
**given (4)**
73:18 117:24 118:4
131:12
**giving (3)**
8:7 18:19 109:10
**Glen (10)**
14:14 19:7 24:12 47:5
106:4,7,8,11 127:6
128:8
**go (15)**
16:15 18:10 20:7 42:7
54:7,17 57:19 66:9
90:9,22 91:5 103:8
106:25 116:22
122:4
**goes (2)**
14:20 15:2
**going (40)**
5:19 6:10,13,21 16:17
17:16 22:20 36:7
40:4,20 42:7 45:6
45:16 46:13,16
52:24 60:20 75:6
76:9 92:10 95:7,14
97:16 98:11,23
102:7,10 103:17,24
106:12,23 113:11
113:25 116:5,6
118:2 120:17
121:10,11 126:4
**good (4)**
23:11 88:18,19
124:17
**Grand (1)**
14:13
**great (1)**
88:13
**greater (1)**
30:10
**ground (5)**
85:17,21 86:2,3,4
**grounds (2)**
45:23,24
**GROUP (1)**
3:11
**guilty (1)**
83:8
**Guining (3)**
1:11 3:13 14:20
**G-U-I-N-I-N-G (1)**
14:20

――――――― H ―――――――

**H (2)**
1:9 5:7
**habit (1)**
44:18
**half (6)**
27:18,20 55:9 58:5,6
88:15
**Han (43)**
3:9 17:23 22:8,16
39:9,17 40:8,15,23
41:3,8 65:11,21,25
76:3,8,11,17 83:15
83:16 84:5 85:4,25
86:7 102:24 103:15
103:18 109:6,12,17
117:15 123:19,22
123:25 124:16
125:13,19 126:11
127:2,8,16,21
128:12
**hand (1)**
131:20
**handle (1)**
122:5
**hands (2)**
29:3,12
**happened (18)**
9:14 10:8 24:7 38:6
44:10 50:13 54:12
54:18 55:9 56:20
64:10,23 72:24
74:21 84:6 87:24
103:7 113:14
**happening (2)**
10:11 38:10
**hard (12)**
29:19 36:24 37:25
46:19 47:11 48:17
48:21 51:19 56:3
58:23,25 59:2
**harder (1)**
39:8
**Head (10)**
14:14 19:7 24:12 47:5
106:4,7,8,11 127:6
128:8
**headache (4)**
38:2,4 95:3 120:13
**hear (5)**
16:16 63:20 70:6
81:19 84:24
**heard (11)**
47:21 59:21 60:14,16
60:17 61:14 63:15
68:14 84:15 103:10
119:17
**hearing (1)**
66:4
**Hearsay (3)**

**H (2)**
1:9 5:7
**habit (1)**
44:18
**hello (1)**
52:22
**help (7)**
38:17 46:12 48:20
51:8 55:4 92:24
113:9
**helped (4)**
46:20 48:23 94:4
120:3
**helpful (1)**
42:5
**helps (1)**
55:14
**hereinbefore (1)**
131:10
**hereunto (1)**
131:19
**hesitating (1)**
49:3
**higher (2)**
89:11 90:7
**history (1)**
17:3
**Ho (7)**
26:4 27:2 82:9 118:25
119:2,14,24
**hold (1)**
70:5
**holding (1)**
117:6
**holds (1)**
94:12
**home (7)**
16:7,8,11,25 17:4
44:11,17
**hope (1)**
95:6
**hours (1)**
102:3
**HUANG (1)**
4:7
**humorous (2)**
77:11,13
**hung (1)**
52:22
**hurry (1)**
58:2
**husband (2)**
17:4 44:14
**H-O (1)**
82:10
**H.A (2)**
71:15,18

**47:24 50:6 73:16**
**held (3)**
2:8 23:7,22
**hello (1)**
52:22
**help (7)**
38:17 46:12 48:20
51:8 55:4 92:24
113:9
**helped (4)**
46:20 48:23 94:4
120:3

――――――― I ―――――――

**idea (2)**
63:12 84:22
**identification (6)**
9:24 60:23 77:22
95:17 116:17
117:11
**identifying (1)**
86:21
**imagination (1)**
90:15
**immediately (3)**
96:20 97:19 98:9
**impair (1)**
8:17
**imply (1)**
125:18
**important (5)**
6:24 25:3,5,6,8
**inaccurate (2)**
65:16 76:21
**incident (2)**
122:4,19
**incorporate (5)**
68:23 99:13,22 100:5
126:23
**Incorporated (1)**
64:22
**incorporation (3)**
100:3 129:13,15
**incorporators (1)**
69:10
**INDEX (2)**
129:1 130:1
**indicate (4)**
81:16 82:12,18 85:16
**indicated (5)**
71:14 80:13 81:20
87:25 116:13
**indicates (1)**
87:17
**indicating (1)**
79:24
**individual (1)**
126:25
**industry (2)**
21:19,25
**information (8)**
16:14 17:5,12 22:22
23:6,23 45:7 130:7
**initial (1)**
64:21
**initiated (1)**
83:18
**inquire (2)**
16:10 44:5
**inquiring (2)**
18:20 45:14
**insert (1)**

54:8
**inside (4)**
84:17 112:17 114:5
118:2
**instance (1)**
76:20
**instruct (3)**
16:17 17:16 45:6
**instructed (1)**
18:15
**instruction (1)**
99:9
**Instructions (1)**
6:7
**insurance (3)**
34:5,6,8
**interest (3)**
46:5,11 67:5
**interested (2)**
85:25 131:17
**interpret (5)**
39:2 84:16,17,18,23
**interpreted (1)**
5:4
**interpreter (37)**
5:2,9 34:20 36:12
38:14,23,23 39:2,19
39:23 40:3,12 41:20
42:4 65:7,11,12,23
66:3,12 71:17 80:23
81:6,9 82:10 84:2,7
85:14,15,21 86:3,11
86:23 105:17
106:19 115:11,14
**interpreting (2)**
39:6 106:20
**interrogatories (2)**
23:2 107:10
**Irrelevance (1)**
127:8
**irrelevant (1)**
93:17
**issue (2)**
38:9 86:15
**issued (1)**
105:22
**Item (1)**
75:9

**J**

**J (1)**
1:9
**Jaekwang (3)**
115:10 119:8,10
**JESSICA (1)**
4:9
**JOB (1)**
1:25

**John (5)**
1:11 3:9 15:2 83:16
125:7
**join (2)**
102:19,24
**Jomanna (4)**
1:24 2:11 131:5,22
**Jong (6)**
26:4 82:9 118:25
119:2,14,24
**Judge (2)**
17:21 22:15
**judgment (1)**
39:22
**July (4)**
1:18 2:4 128:22
131:20
**Jung (1)**
27:2
**Justice (2)**
4:6,7
**J-A-E-K-W-A-N-G...**
115:11
**J-O-N-G (1)**
82:10
**J.H (54)**
59:11,12,19,21,25
60:3,4,9,14,19
61:14 62:9,21 63:10
63:12,15 64:2,7
65:2,10,13,15 66:21
67:6,9,18,25 68:5
71:14 72:3,8,13,18
73:8 74:16 75:11,14
75:17 79:10 80:16
80:20 81:17 82:14
82:19,21 83:3
104:18,23,24 112:7
112:9 113:11,13
116:2

**K**

**K (1)**
5:2
**keep (18)**
30:23 31:19 44:11,17
71:19,22,24 72:3,7
72:9,13 95:2 101:5
108:23 109:3 110:5
112:15 113:20
**keeping (2)**
72:25 102:3
**kept (21)**
31:16 35:5,21 36:23
37:3,4,7 44:22 46:3
51:13 55:19,23 58:5
58:11 64:16,20
71:23 109:23 110:2
111:19 117:25

**Kim (8)**
26:4 27:2 82:9 118:25
119:5,14,24 120:3
**Kim's (1)**
119:2
**kind (38)**
9:10 10:12 17:8 18:21
25:25 31:6 35:20
36:21 42:19 45:14
46:9,10 47:13 48:13
49:3 51:6,18 56:20
58:2 60:4 73:4,17
80:23 90:25 91:2,6
92:8 93:6 101:5,25
109:3,11 111:2
112:15 114:19
115:25 118:22
120:22
**kinds (4)**
44:7,25 110:20 122:9
**kit (5)**
118:18,20 120:3,5,10
**knew (6)**
35:4 36:8 48:8 49:21
60:3,17
**know (88)**
6:10 12:14,16 15:13
19:2,21,21 21:7,9
21:10,13 23:2,5,10
25:4 26:23 36:7
39:17 40:3 46:2
55:10 57:11 58:14
60:19 61:25 62:7,21
63:2 65:4,8 69:19
73:18 74:24,24 78:9
78:11,14 82:17,23
86:17 87:15,23
90:18 91:16 92:10
92:12,14,15 93:4
94:19 96:2,6 100:4
102:5 103:7 105:11
105:12,21,24 106:2
107:2,24 108:8,12
109:10 111:3
112:16 113:20
114:4,6,20,23 117:3
117:3,25 118:5,6,25
119:15,19,23,24
120:8 126:3 127:12
127:24 128:13,13
**knowing (1)**
128:2
**knowledge (1)**
112:21
**known (3)**
36:21 48:3,11
**Korea (1)**
85:3
**Korean (14)**

5:4,4 10:20,25 39:5,6
39:16 65:18 84:12
84:20 86:18 106:22
115:10 125:15
**Korgaonkar (61)**
3:8 5:11,14 7:17,23
8:11 14:7 16:15
17:13,20 18:2,7
20:18 24:22 34:22
39:21 40:25 41:16
41:21 42:2,6 45:16
45:19 56:22 59:5
66:6,15 75:3 76:25
77:4,8,11,15,18
79:8 80:3,8 81:11
83:5,12 86:25 95:7
95:14,23 98:14 99:6
99:16,20 101:11
103:2,17 106:13,23
107:17 115:13
116:12 121:10
122:20 124:15
126:20 129:3
**K-I-M (1)**
82:11

**L**

**Lack (1)**
57:4
**ladies (1)**
38:21
**landlord (9)**
55:20,20,23 74:5
78:18,18 89:25
90:21 91:9
**language (7)**
45:21 62:25 63:5
84:10,15 86:18
106:22
**lately (1)**
11:24
**law (4)**
3:11,18 9:12 17:25
**laws (1)**
113:24
**lawsuit (8)**
9:22 10:7 12:17 18:23
92:14 107:5 108:13
127:5
**lawyer (22)**
26:8 27:11 29:8,10
31:13,18,23,24
32:14 61:13 82:3,5
82:8,9 111:23,25
118:11,16,21,24
119:21,23
**lawyers (3)**
12:12 73:5,14
**lawyer's (3)**

61:22 92:10 99:8
**lead (1)**
19:24
**leading (12)**
19:18,21 21:7 27:10
32:21 58:3,16 61:18
91:25 104:22
124:24 125:13
**leaking (1)**
50:14
**learn (1)**
101:6
**learned (14)**
11:10,23 22:3 37:18
37:20 48:17 51:6
56:9 59:16 60:8
101:4,8,17 122:12
**Lease (3)**
77:20 78:20 129:12
**leave (2)**
40:8,23
**Lee (51)**
1:11,11 12:15,18,24
13:7 14:19,22 15:2
15:3 26:14 27:9,22
30:2 32:8,20,24
33:2,3,4,6 34:12
35:2,23 42:11 44:21
48:2 51:20 52:11
57:14 58:15 59:22
63:9 73:14,18 82:25
90:21 92:12,17
101:18 105:9
121:12 123:4,7,10
123:15 125:7,7,8
127:14 128:4
**Lee's (2)**
35:17 128:11
**left (1)**
108:6
**legally (1)**
92:15
**legitimate (1)**
9:24
**let's (6)**
40:23 41:3 83:12
88:19 103:2 120:16
**level (1)**
86:18
**LI (1)**
1:11
**light (1)**
103:24
**line (17)**
102:22 108:14 130:2
130:2,5,5,7,7,9,9
132:8,10,12,14,16
132:18,20
**lined (3)**

31:7,15 35:22
**list (1)**
75:19
**listen (1)**
102:8
**litigation (7)**
10:11 12:19,22,22
36:5 37:13 130:1
**little (11)**
18:22 38:18 39:24
42:8 53:19 89:10
90:6,20 92:24 93:2
101:23
**live (1)**
16:6
**LLP (2)**
2:9 3:3
**loan (21)**
29:25 31:7,25 36:23
38:3,3 45:3 48:2,9
48:25 49:2,4,8 50:8
51:17 53:5 58:24
89:5,9 90:17 92:4
**loaned (9)**
29:19 31:3,11 32:8
36:20,22 37:7 42:20
45:14
**loans (10)**
31:23 35:22 42:11,14
42:18,24 44:22 46:3
46:6 124:22
**located (1)**
14:12
**location (1)**
128:8
**long (11)**
26:13 27:13 38:15
48:3,6 54:13 57:18
57:20,23,23 108:9
**look (3)**
53:11,15 97:23
**looking (4)**
57:12 101:25 114:21
114:22
**looks (4)**
16:23 61:12 101:25
105:7
**lot (6)**
39:7 43:25 69:21,22
90:5 115:5
**lots (2)**
92:7,9
**Lovely (3)**
1:7,7 132:2
**lower (1)**
33:10
**Luncheon (1)**
59:4

_____
**M**
**M (1)**
3:8
**mail (6)**
71:11,19,21 72:2,7
109:18
**Majoongmool (2)**
1:8 3:12
**making (7)**
41:12 51:13 76:10,11
76:15,18 123:24
**manage (2)**
20:24 92:21
**March (10)**
13:21 67:4 74:14
77:20 104:10,11
105:8 113:12,13,14
**mark (1)**
80:22
**marked (8)**
60:22 61:8 77:21,24
95:16 116:16
117:10 130:9
**marriage (1)**
131:16
**MASTER (1)**
4:6
**math (1)**
34:18
**matter (7)**
10:4 22:25 47:20,22
51:16 128:3 131:18
**matters (1)**
7:11
**mean (35)**
9:13 12:5,19 14:23
15:17 16:8 19:16,17
20:2,4,11 26:22
28:2,9,21 29:6
37:24 44:8 51:16
56:7 59:18 70:11,13
82:15 91:17 93:3
106:8 109:18
112:20 114:13,15
117:4 119:6 121:4
124:8
**meaning (7)**
30:9 81:3 84:9,12,17
84:23 86:22
**means (2)**
79:13 126:15
**meant (7)**
20:25 42:21,22 62:2
67:5 74:25 75:18
**media (1)**
108:11
**medications (1)**
8:16

**meet (3)**
8:20 13:19 128:6
**meeting (2)**
13:17,19
**mention (2)**
60:2 65:13
**mentioned (6)**
38:7 64:7 68:21 107:9
111:17 119:11
**met (1)**
119:17
**Michael (3)**
3:16 83:18 119:20
**middle (2)**
90:7 121:5
**mild (1)**
46:10
**mind (5)**
58:20,20 119:5 120:8
122:7
**mine (2)**
52:8 60:25
**Misrepresentation (...**
127:17
**Misrepresentations...**
79:23
**missing (2)**
34:18,21
**Misstates (1)**
63:17
**mistake (1)**
75:22
**mistaken (2)**
41:2,17
**mistranslation (1)**
120:25
**misunderstanding (2)**
97:16 120:25
**moment (1)**
61:6
**monetary (1)**
29:16
**money (57)**
28:15 29:2,11,12,20
29:25 31:3,8,11
32:8,20,25 33:7
34:12 36:22 37:4,7
37:8 38:3,4 44:11
44:13,15,16,17 45:3
46:14 47:8,12 49:6
49:16 50:3,9,10,12
50:22,24 51:5,7,8,9
51:10,12,14 53:17
54:7 56:2 57:11,13
58:12 73:23,24 92:2
92:9 122:15 124:9
124:18
**month (5)**

47:15 55:4,5,5 108:9
**months (2)**
46:23 54:25
**morning (4)**
5:13 59:8 107:9,21
**motion (5)**
56:11 75:23 102:11
106:4 107:2
**move (5)**
24:4 47:23 103:19
107:8 125:5
**moving (2)**
105:13,24

_____
**N**
**N (5)**
3:2 4:2 5:2,2,7
**nail (42)**
1:9 14:3,5,9,11 15:24
19:3,4 20:7,23,24
21:19,25 23:8 24:16
25:13 52:15,17 60:4
60:18 64:13,20,22
75:11,14 79:10,21
80:16,16 94:18,21
96:8,12,14,21 97:19
98:4,9 100:5,10
127:6 128:11
**Nails (12)**
1:7,7,8,8,9,10,10,10
3:13 19:5,6 132:2
**name (42)**
5:14 14:20 15:2,20
31:13 32:4,17 37:12
37:23 53:21 54:3,8
54:14,23 55:22
57:15 59:15 60:9
64:13,16,18,21 69:8
69:16 70:11,12
79:20 80:20 94:11
96:14 97:9 98:3
108:4,5 115:7,9,10
126:8,8,15 132:2,4
**named (5)**
12:14 14:19 15:2 79:9
119:19
**names (2)**
15:9 16:2
**Nancy (4)**
15:20,25 16:5 108:5
**Natasha (2)**
3:8 5:14
**natural (1)**
100:14
**necessary (1)**
122:10
**need (11)**
38:20 40:13 44:19
55:10 80:6,18 102:5

102:7 103:18
110:19 122:20
**needed (5)**
31:19 47:7,8 50:15
51:7
**needs (1)**
41:9
**negotiate (1)**
89:10
**negotiating (2)**
73:23 88:11
**negotiation (1)**
73:20
**never (27)**
9:14 10:8 11:15 12:21
23:18 37:8,21 38:3
38:6,7 56:19 58:24
60:13,16 61:14
63:15 64:25 65:3,14
66:22,22 68:13 73:3
81:23 83:11 120:4
128:5
**new (26)**
1:2,7,17,17 2:10,10
2:13 3:5,7,7,15,15
3:21,21 17:24 23:19
48:22 80:15 88:16
93:5 100:24 122:11
129:13 131:2,3,7
**news (3)**
10:20,25 108:11
**newspaper (7)**
10:15,18,21,24 11:2
37:18 108:19
**nice (1)**
48:15
**nine (1)**
46:23
**nodding (1)**
6:15
**normally (4)**
71:25 78:16 86:12,14
**Notary (4)**
2:12 5:3,8 131:6
**note (8)**
40:6 76:17 83:17 85:4
85:5,11 95:20
116:12
**notebook (3)**
31:22 35:22 42:20
**notebooks (1)**
31:15
**noted (5)**
6:16 7:18,25 17:14
116:24
**Notice (1)**
2:11
**number (1)**
88:10

**NY (1)**
1:7

---

**O**

**O (3)**
5:2,2,2
**oath (7)**
6:25 7:2,2 59:8 87:6
123:5 126:4
**object (5)**
22:9 76:22,23 86:10
117:7
**objecting (1)**
15:5
**objection (154)**
6:7 11:5,8,12,19,25
13:12,25 14:6 15:4
15:21 16:13 19:18
20:13,15 21:5,11
22:6,7 24:8,19
25:19,24 27:5,10,16
27:24 28:7,19 29:4
29:14 32:11,21
35:18,25 37:15 44:2
44:3 45:5,22,25
47:23 48:4 49:18
50:6 52:2,19 53:6
55:6 56:11,14 57:4
58:3,4,16,17 60:6
61:17,19 62:3,10
63:6,11,17,22 64:8
65:5,8 66:3,6 67:19
68:10,15,17 70:23
71:4 72:19,21 73:9
73:16,21 74:2,17,18
74:23 76:4,24 78:21
79:17,22 81:18
83:20 85:13,17
88:24 89:2 90:12
91:11,24,25 92:18
93:10,14 94:7,13,22
95:12,12,21 96:22
97:20,22 98:10
99:24 100:11
101:19 102:10
104:5,12,21,22
105:3,15 107:11
108:25 109:20
110:24 111:13
112:11,13,22
113:16 114:10,25
115:22 117:17,20
120:11,19,23 121:9
121:16 123:19
124:15,16,24
125:13,19 126:11
126:20 127:2,8,16
128:12
**objections (14)**

6:6 7:17 17:14 18:3
22:14 45:20 76:3,8
76:13,15,19,20 95:9
123:24
**objects (1)**
22:12
**obligation (3)**
90:11 121:18,24
**observe (1)**
22:11
**occasion (1)**
63:21
**occasionally (1)**
13:9
**October (4)**
55:13 87:25 88:4,23
**offense (1)**
77:16
**offer (1)**
58:8
**offered (1)**
35:11
**office (8)**
26:15 27:2 61:23
115:2,4,16 119:2
122:22
**officers (1)**
71:2
**offices (2)**
2:9 3:18
**official (1)**
70:4
**oh (12)**
9:6 13:8,21 46:22
56:9 69:6 70:20
79:13 84:5 86:7
95:18 100:25
**okay (48)**
6:11 8:20 9:18 10:6
12:11 15:19 16:21
18:24 19:4 20:22
21:3,17 24:17 27:19
27:21 29:21 30:12
41:15 43:14,23
54:16,23 59:17
60:20 65:16 68:21
75:8 78:6 79:8 81:4
81:22 86:20 87:4
99:13 109:17
111:20 112:2 116:9
117:16 118:15
121:22,23 123:17
124:2,21 125:21
126:18 128:14
**Old (1)**
128:11
**older (1)**
125:12
**once (11)**

12:10 13:11,14,17,18
35:11 36:10 43:21
51:4 104:15 112:16
**open (4)**
46:19 47:13 72:6
122:11
**opened (2)**
46:23 50:2
**operate (1)**
46:25
**operating (1)**
47:16
**opportunity (2)**
120:17 121:8
**opposed (1)**
42:2
**order (17)**
7:13,21 16:14,20
17:24 18:6 21:12
22:23 45:9 89:18
92:4 98:13 102:11
103:19,22 105:14
105:22
**ordered (1)**
107:14
**orders (1)**
107:16
**original (5)**
25:21 33:8 71:12
96:18 117:6
**originally (2)**
35:12 89:11
**outcome (1)**
131:17
**outset (1)**
7:10
**outside (4)**
33:17 53:18 64:15
127:20
**Overbroad (2)**
120:23 121:9
**Overly (1)**
45:5
**overview (1)**
23:21
**owe (3)**
32:20,24 34:23
**owed (4)**
33:12,14 89:7 91:10
**owes (2)**
33:6 35:2
**owned (6)**
49:9 97:18 98:8 101:3
104:3,9
**owner (32)**
19:12,14,16,17 20:3,5
20:8,10,12,25 24:11
24:18 25:16,21

52:22 80:15 92:25
93:5 96:15,15,16,18
96:20 97:10,11,25
98:3 104:7,14,16
108:3 110:11
**ownership (18)**
25:11,13 32:3,17 52:8
62:6,22 64:3 72:25
74:6,9 80:2 96:11
96:13 113:15 114:9
122:16 126:24
**owning (1)**
114:2
**owns (2)**
110:9,23

---

**P**

**P (4)**
3:2,2 4:2,2
**page (19)**
78:4,25 129:2,10
130:2,2,5,5,7,7,9,9
132:8,10,12,14,16
132:18,20
**paid (21)**
28:16 33:20 34:4,7
36:17 37:21 43:10
57:11 58:24 89:17
89:20,22 90:21,24
91:8 92:4,4,5 93:13
93:24 124:11
**paper (9)**
31:6,15 35:22 74:5
108:6 111:7 113:12
116:2 120:10
**parking (3)**
69:21,22 115:5
**part (5)**
41:18 51:11 64:17
70:6 77:14
**participate (1)**
73:19
**parties (2)**
76:23 131:15
**parts (2)**
75:4,6
**party (6)**
9:21 10:6 86:17 89:18
119:14 123:24
**part-time (2)**
19:9,11
**pay (21)**
33:16 34:2 35:6,9
36:23 37:2,10 46:24
47:15 49:9,13 50:7
53:20 73:3 91:5
93:8,12 94:2 123:18
124:13,20
**pending (1)**

106:5
**people (9)**
5:21 44:11 45:15
68:25 84:19,20 92:3
101:9 125:15
**period (1)**
49:7
**permission (1)**
39:20
**permit (3)**
47:14,17,20
**person (14)**
9:25 10:24 11:3 14:19
14:23,25 36:22
46:10 48:13 51:3,6
57:13 98:8 119:2
**personal (7)**
7:11 16:13 17:12
18:19,21 22:21 45:7
**personally (1)**
91:7
**pertaining (1)**
7:11
**phone (2)**
51:4 103:7
**photocopied (1)**
117:14
**photocopy (1)**
117:5
**physically (1)**
116:14
**picked (2)**
118:5,6
**pile (1)**
72:9
**place (7)**
25:23 27:15 54:4
55:16 69:17,21
104:20
**plaintiffs (7)**
1:5 3:4 5:15 83:16
105:13,24 127:10
**plaintiff's (3)**
76:15 102:18 112:4
**played (1)**
81:23
**please (14)**
16:22 20:19 34:10
76:4,13,17 81:12
85:5,11 98:21
101:16 116:12
123:4 124:4
**point (6)**
5:20 6:19 104:8,18
105:12 120:15
**pointing (1)**
85:13
**portion (21)**

8:13 18:12 20:20
24:24 30:15 53:8
54:21 56:23 60:11
66:10 70:9 80:10
81:13 83:9 93:22
99:18 101:14
105:19 106:15
107:19 124:5
**position (3)**
70:4,13 124:3
**positions (3)**
22:5 23:7,21
**possession (1)**
118:9
**practice (1)**
110:5
**premise (6)**
72:10 79:3 80:6 110:3
111:19 114:5
**premises (3)**
50:15 101:10 112:17
**prepare (1)**
8:21
**prepared (3)**
82:2,3,5
**presence (1)**
85:9
**present (4)**
4:4 26:17 85:6,7
**president (32)**
64:25 65:3,10,13,14
65:15 66:20,23,24
67:9,25 70:15,16
71:9 74:25 75:15,17
79:12,14,21,25
80:14 81:17,21,24
82:13,19,21 83:2
97:5,11,14
**pretty (2)**
23:15,23
**prevent (1)**
8:7
**previous (7)**
83:25 96:15,16 97:25
101:12 123:13,13
**previously (8)**
32:19 33:13 63:14
123:6,9,13 124:21
125:10
**price (13)**
33:11 87:14,18,25
88:2,12,14,16,16,17
88:20,23 89:12
**principal (1)**
69:17
**prior (7)**
61:15 96:13,20 97:19
98:9 104:3 105:12
**privilege (2)**

22:9,16
**probably (5)**
13:22 34:4 82:4 89:9
110:18
**problem (6)**
22:14 74:11 92:8
101:4,9,16
**problems (6)**
91:23 101:5,6 122:5
127:14,15
**proceed (1)**
93:17
**proceedings (1)**
93:18
**process (7)**
25:25 61:23 74:6
80:18,25 114:3
118:17
**processed (1)**
60:9
**produced (2)**
111:20 112:4
**production (3)**
109:9,14 130:5
**promised (1)**
50:7
**properly (3)**
68:20 102:4 122:6
**protection (1)**
126:24
**protective (12)**
7:13,21 16:14,19
17:24 18:6 21:12
22:22 45:8 98:13
102:11 103:19
**protest (4)**
36:10 37:25 53:18
101:10
**protested (1)**
91:16
**protests (1)**
36:16
**pry (2)**
23:14,24
**public (6)**
2:13 5:3,8 69:20
115:5 131:6
**purchase (6)**
26:19 87:14,15,18
108:13 126:16
**purchased (5)**
52:25 53:2 67:7,9
126:18
**purchaser (2)**
75:11,14
**purchasing (1)**
91:17
**purpose (11)**

15:10,11 23:11 100:9
100:15,17,18,20,22
100:22,24
**pursuant (2)**
2:11 10:3
**put (5)**
44:16 53:21 64:22
92:2 106:24
**p.m (2)**
59:4 128:15

─────────────────
          **Q**
─────────────────

**qiao (1)**
1:4
**Qixing (2)**
1:11 15:3
**question (108)**
6:9 8:6,10,12 11:16
11:25 14:8 16:18
18:15,17 19:20 20:2
20:19 21:6 22:18,25
23:12 24:5,9,23
25:3,10 27:6 28:4
29:5 32:7 33:22
40:11 45:12,14
54:19 55:7 56:15,15
61:18 64:6 65:17
66:9,9,14,16,19
67:12,15 68:2 69:4
70:7,8 73:17 78:13
80:4,9,22 81:5,12
82:16 83:6 90:13
93:16,21 94:15 95:3
95:6 96:24,25 97:17
97:18 98:6,7,12,17
98:18,20,23,25 99:3
99:4,17,21,25 101:2
101:22,22,24 102:4
102:8,14 103:14
104:15 105:18,23
106:14,17,24
107:13,15,18
109:11 111:12
113:21 117:12
120:5,20 124:4,25
126:21 127:4,21
**questioned (2)**
16:24 44:7
**questioning (8)**
16:25 17:8 19:23
28:12 68:5 72:14
95:19 97:8
**questions (25)**
7:10,15,19 14:18 17:2
17:9 18:3,5,20 21:7
23:25 24:4 44:7
56:16,21 90:14 95:4
102:7 110:20
120:16 122:24

123:4 125:24 126:5
130:9
**quick (2)**
125:5,24
**Quite (1)**
27:17
**Q-I-X-I-N-G (1)**
15:3

─────────────────
          **R**
─────────────────

**R (2)**
3:2 4:2
**raised (1)**
95:11
**rarely (1)**
52:21
**read (40)**
8:11,14 10:24,25 12:3
12:9 18:13 20:18,21
24:25 30:16 53:9
54:22 56:24 60:12
62:24 63:4 66:11
70:10 75:4,6 78:24
79:5 80:3,8,11
81:14 83:5,10 93:23
99:19 101:11,15
105:20 106:16
107:20 108:18
124:6 126:7,10
**real (10)**
19:16,17 20:3,4,10,11
20:25 25:13 39:16
125:5
**realize (2)**
23:17 73:7
**really (16)**
5:19,20,23 19:25
20:11 21:2 25:3,4,8
41:3 47:11 49:2
51:3,19 55:10
125:24
**reason (15)**
7:5 8:6 9:16 26:24
35:6 58:8 79:25
132:5,8,10,12,14,16
132:18,20
**reasonable (1)**
18:11
**recall (9)**
10:19 30:17 44:24
45:2 78:8 90:2
116:11 118:7,8
**receive (6)**
71:10 72:2,10,13
91:22 111:17
**received (7)**
50:5 71:19 72:8 92:11
92:22 111:8,24
**receives (3)**

71:11 109:22 110:6
**receiving (1)**
107:10
**Recess (5)**
38:22 59:4 83:14
94:10 103:4
**recognize (4)**
60:24 78:2,3 95:25
**record (57)**
7:18,25 8:14 15:7
16:12 17:7,9,15
18:10,13 20:21
24:25 30:16 31:16
35:5 38:25 40:7
46:2 53:9,10 54:22
56:24 59:6 60:12
65:25 66:7,11 70:10
76:10,12,16,18 79:9
80:11 81:14 83:10
83:17,24 85:5 86:15
93:23 94:25 95:10
95:15,20 99:19
101:15,23 103:5
105:20 106:16
107:20 116:13
124:6 127:17
131:12 132:6
**records (20)**
30:23 31:2,10,19,21
32:9,10,13 34:25
35:16,20,21 44:22
44:25 53:3,12,15
116:25 117:23
129:16
**Redundant (7)**
13:12 15:21 20:15
25:19 94:7 96:22
111:13
**refer (2)**
14:22,25
**referencing (1)**
127:5
**referring (10)**
13:24 35:21,22 59:19
65:22 66:2 96:17
109:7,15 110:14
**reflect (1)**
79:9
**reflected (1)**
94:25
**refuse (2)**
7:24 101:21
**refused (1)**
55:21
**refusing (6)**
8:2 18:16 45:11 99:3
99:10 102:16
**regarding (4)**
87:14 96:8 106:4

107:3
**Regardless (1)**
19:11
**regular (2)**
13:17,19
**regulation (1)**
68:19
**related (4)**
108:24 125:6,8
131:15
**relationship (11)**
52:6,10 68:4 91:2,2
92:17 123:7,10,14
125:18,20
**relayed (1)**
108:18
**Relevance (5)**
11:5,12,19 21:5 22:6
**remain (1)**
7:15
**remember (10)**
13:5 22:18 26:9 30:12
34:5 43:3,5 61:10
78:7 89:17
**remembered (1)**
121:2
**remind (2)**
59:7 87:6
**reminded (1)**
123:5
**renders (1)**
7:16
**rental (5)**
46:24 47:15 89:17,20
89:23
**repeat (19)**
24:22 36:13 41:22,24
66:8,9,15 70:8
77:23 81:11 93:21
95:6 99:16 105:17
106:13,20 107:14
107:17 124:4
**repeated (1)**
54:20
**repeatedly (5)**
24:16 37:5 51:15
53:17 55:22
**repeating (1)**
95:2
**rephrase (2)**
123:11 127:18
**Reported (1)**
1:24
**reporter (4)**
2:12 6:13 85:5 131:6
**represent (1)**
12:12
**representations (1)**

**request (6)**
7:14 33:10 53:17
77:23 102:8 130:5
**requested (22)**
8:13 18:12 20:20
24:24 30:15 43:9
53:8 54:21 56:23
60:11 66:10 70:9
80:10 81:13 83:9
93:22 99:18 101:14
105:19 106:15
107:19 124:5
**required (6)**
16:10 17:23 18:2,4
84:22 112:14
**reserve (1)**
121:21
**resolve (1)**
40:21
**respect (2)**
99:8 103:21
**response (1)**
83:24
**restate (3)**
97:2,16 121:11
**restaurant (1)**
48:11
**restrain (1)**
105:14
**restricted (1)**
17:24
**result (1)**
51:21
**retained (1)**
82:6
**return (7)**
37:4 38:4 50:3,24
51:7 58:12 124:18
**returning (2)**
54:6 124:8
**right (38)**
12:20 16:9 24:13
28:11,13,14 29:7,22
34:10,18 35:17,24
36:6 52:12 56:25
57:9 59:13 64:4
67:10,11 69:3 70:22
73:8,11 75:13 76:23
78:19 81:15 86:8
87:19 91:19 103:12
105:2,11 106:10
109:25 111:21
119:22
**rights (1)**
67:17
**risky (1)**
53:19
**Road (5)**

14:15 19:7 47:5 127:6
128:8
**role (1)**
81:23
**room (1)**
38:21
**ruling (3)**
7:22 8:4 130:9
**rumor (3)**
10:12,13,14
**running (2)**
51:11 60:18
**RYAN (1)**
4:8

_____

**S**

**S (3)**
3:2 4:2 5:2
**sale (4)**
67:17 105:14 123:8
129:11
**salon (75)**
14:4,5,9,11,14 15:24
16:3 19:3,4,12 20:7
20:23,24 24:12,16
25:11,13,15 26:2,4
26:20 33:17,23
34:16 35:16 37:12
52:11,16,17,25 54:3
57:15 60:4,18 67:6
68:9,13 72:17 74:14
80:16 88:25 91:16
91:23 92:12,22 94:5
94:12,20 96:11
97:19 98:8 100:23
104:4,9,19 105:14
106:4,7 107:3
108:24 109:22
110:6,9,12,23 111:5
111:11 113:11,13
113:15 114:8,24
127:6,7 128:11
**salons (1)**
23:8
**SAMI (1)**
4:5
**sarcasm (1)**
77:7
**saw (5)**
12:24 13:5 48:12 51:4
108:18
**saying (12)**
16:16 31:17 37:4
39:18 40:4 44:4
65:20 81:7 86:5,9
86:21 107:4
**says (3)**
75:13 79:11 80:19
**scheduled (1)**

105:9
**second (4)**
30:19 48:25 88:16
115:10
**see (22)**
12:25 13:3,4,7,8,10
13:14,16,18 26:8
27:11 50:25 51:3
75:3 79:13 81:20
87:2,2 96:4 105:6
116:19 117:18
**sell (2)**
28:13 89:14
**seller (1)**
90:11
**selling (1)**
67:5
**sense (1)**
31:9
**sent (3)**
12:6 22:25 109:16
**separate (1)**
124:22
**September (1)**
55:12
**series (1)**
42:14
**serious (1)**
72:11
**seriously (4)**
67:20,21 68:6 73:3
**set (3)**
89:8 131:10,20
**shape (1)**
88:18
**shareholders (1)**
71:7
**SHEET (1)**
132:1
**she'd (1)**
89:9
**she'll (1)**
40:6
**shorter (1)**
42:5
**Shorthand (2)**
2:12 131:6
**show (11)**
10:22 32:13 60:20
65:25 74:5 110:9,16
110:22 111:5,10
114:23
**showed (1)**
115:24
**showing (3)**
110:11 112:5,8
**shown (1)**
126:7

**shows (2)**
113:11 114:8
**shrugging (1)**
6:15
**sibling (3)**
11:6,6 84:13
**side (2)**
76:15 121:12
**SIEW (1)**
1:3
**sign (15)**
61:24 62:5,11 64:3,15
73:6 74:9 78:6,17
79:15 80:6 114:7
115:15,20 116:6
**signature (5)**
60:25 75:21 78:4,25
79:11
**signed (28)**
61:4 62:6,14,17,22
64:5,11 67:3,15
72:16 74:5,10,10,12
74:20 75:2,16 78:8
78:15 79:2,25 80:14
97:5,13,24 113:24
116:7,10
**signing (10)**
61:10,25 62:8 63:25
67:4,14 68:8 78:7
78:10,14
**simple (2)**
90:16 122:14
**simply (5)**
72:25 90:16 95:11
97:24 98:8
**single (2)**
63:3 76:20
**sister (10)**
48:14,14,19,19 84:21
108:17 125:12,14
125:16,18
**sit (1)**
16:23
**sitting (1)**
18:18
**situation (4)**
20:2 40:21 51:18
57:12
**skill (1)**
86:18
**slightly (1)**
89:6
**slow (1)**
41:25
**slower (3)**
38:19 39:24 42:8
**sold (1)**
62:4

**soon (1)**
75:16
**sorry (12)**
17:7 38:14 43:19
44:18 56:18 71:17
76:5 77:3,16 99:20
122:18 128:8
**sort (1)**
16:24
**source (2)**
44:8,13
**so-so (1)**
92:20
**spa (19)**
1:9,10 3:13 21:19
75:11,14 79:10,21
94:18,21 96:9,12,14
96:21 97:19 98:4,9
100:6,10
**space (1)**
15:3
**speak (5)**
11:18 38:18 39:24
65:18 86:8
**speakers (1)**
102:23
**speaking (10)**
5:21,25 6:3 49:5
63:24 76:3,8,12
83:16 89:3
**speaks (2)**
38:15 117:21
**special (1)**
110:18
**specific (1)**
86:22
**specifically (1)**
7:11
**speculation (4)**
56:12 58:18 75:24
124:16
**Speculative (2)**
78:22 81:18
**speed (2)**
39:4 41:19
**spend (2)**
50:9,12
**spoke (1)**
38:24
**spoken (1)**
84:10
**spring (12)**
26:7 29:23 30:14,19
34:11,17 42:14 43:9
43:12 48:2 55:17
57:16
**ss (1)**
131:3

**stake (2)**
22:10,17
**standard (4)**
23:15,23 39:5,16
**start (17)**
21:18,20 24:14,15
25:7,12,13 26:11
36:25 48:6,25 49:16
69:6 84:3,3,4 114:2
**started (4)**
21:25 29:22 30:13
52:15
**starting (1)**
42:13
**state (7)**
2:13 17:25 95:20
121:14 129:13
131:2,7
**stated (8)**
32:9 33:13 34:11
45:23,24 85:6 123:6
127:13
**statement (9)**
38:24 41:12 42:5 56:7
63:18 98:19,21
111:24 121:21
**statements (5)**
39:10 71:10,13
109:19 110:5
**states (3)**
1:2 74:22 75:9
**stating (2)**
32:5 95:23
**station (1)**
10:19
**stop (2)**
6:20 49:8
**stopped (1)**
121:5
**store (4)**
126:8,16,19 127:20
**story (3)**
120:15,21,22
**straightfully (1)**
122:5
**strained (3)**
123:7,10,14
**strange (1)**
110:20
**Street (2)**
3:14,20
**strike (23)**
25:14 28:3 47:24
56:12 57:19 58:13
67:14 70:18 73:13
75:20,23 77:17
88:21 99:20 104:8
112:7 119:18 123:8
123:11 125:4,7

126:13 128:9
**structure (1)**
28:5
**structured (1)**
28:18
**subject (4)**
7:20 16:14 22:22 45:8
**submitted (1)**
7:14
**Subscribed (1)**
128:20
**sued (1)**
92:13
**suffer (1)**
51:21
**sufficient (2)**
22:11 47:13
**suggest (6)**
35:10 53:19,20 54:7
88:20 91:4
**suggested (2)**
88:17 89:10
**suit (2)**
11:21 12:12
**Suite (1)**
3:20
**summer (2)**
43:20,21
**summertime (1)**
30:21
**SUPPORT (1)**
130:1
**supposed (2)**
22:10 74:8
**sure (8)**
8:5 20:4 68:3 103:6
118:7 119:13,24
123:25
**Susan (61)**
1:11 3:18,22 12:14
14:19,22 25:16 27:9
27:22 28:16 29:6,18
32:8,19,24 33:2,3,4
33:6,20 34:12 35:2
35:7,17,23 36:20,21
42:11 44:21 48:2
51:20 52:11 57:14
59:21 63:9 73:14,18
82:25 83:4 88:6
89:21 90:21 92:12
92:17 96:19 101:4,7
101:9,18 104:7
105:9 121:12 123:3
123:7,10,15 125:6,8
127:14 128:4,10
**SWEENEY (1)**
4:8
**sworn (4)**
5:3,7 128:20 131:11

**sympathetic (3)**
23:19 46:9 48:21

---

**T**

**take (7)**
25:22 31:8 35:10
36:14,15 43:24 54:4
55:16 58:22 73:2
77:6 80:19 83:12
92:5 103:2 104:20
124:10
**taken (5)**
9:4 38:22 83:14 94:10
103:4
**talk (8)**
11:10 14:3 16:21 17:3
18:22 113:22,23
121:22
**talked (6)**
10:16,17,20 11:15
51:4 113:10
**talking (5)**
42:10 46:11 47:3
55:22 84:4
**television (4)**
10:18,22 11:4 108:12
**tell (15)**
34:10 37:13 43:6
57:14 58:19 59:24
63:9 80:12 82:25
84:6 97:3 119:3,9
120:15,21
**tendency (1)**
44:11
**terms (3)**
39:7 73:25 124:8
**testified (9)**
5:8 9:8,11 10:3 123:9
123:14 124:7,21
125:11
**testify (1)**
8:18
**testifying (3)**
7:3 9:10 87:8
**testimony (5)**
7:7 8:8 75:24 96:5
131:12
**thank (15)**
5:12 8:20 10:9 21:17
43:23 44:20 55:14
66:7,17 103:23
109:5 119:16
122:21 125:21
128:14
**thick (1)**
23:2
**thing (10)**
50:11 56:20 63:3
72:12 73:4 101:24

111:9 115:6 121:4
128:3
**things (6)**
18:21 23:10 35:4
116:10 122:8,10
**think (62)**
6:10 7:6 8:7 9:19
13:20,21 18:9 19:2
19:20 23:9,17 25:12
26:23 30:5 31:19
33:6 34:4,5,8 41:9
41:16 45:10 46:10
48:6,10 52:4 53:25
55:12 56:8,9,13,21
56:21 65:17 66:12
67:20,21 69:8 73:13
82:4,7 84:22 86:13
86:25 89:16 90:4,14
94:15,24 97:15
98:12 105:25
106:20 108:21
111:22 113:6
116:20,20,24
118:12 121:6
122:13
**thinking (2)**
49:2 67:24
**thinks (1)**
33:4
**third (3)**
30:21 43:19 86:17
**Thong (3)**
1:3 4:5 132:2
**thought (18)**
18:22 33:11 37:21
48:12 49:10 53:18
54:2 56:19 67:23
72:25 86:7 89:9
90:15 110:19
122:15 124:18
126:22 127:3
**three (2)**
118:13,14
**threw (5)**
32:14,19 35:16,23
36:4
**time (75)**
5:23 6:3 9:6,7 11:9
12:23 20:25 27:14
29:19 30:6,18,19,21
36:4,24 37:25 39:20
40:12 43:13,16,17
43:18,19,22 44:15
46:7,19 47:11,25
48:12,18,20,22,24
49:5,7,24 50:10,18
50:19,20,21 51:14
51:19 53:2 55:11
56:3 57:21 58:23,25

58:25 59:2,21 60:17
62:7 63:15 64:7,18
75:22 87:18 88:12
88:22 89:16 93:8
95:4 97:25 98:2
99:5 103:25 108:13
108:14 118:22
121:23 122:13
128:15
**times (15)**
3:5 10:16 30:8,10,11
30:13,24 31:4 32:8
34:13 43:4,7 52:16
52:17 125:2
**title (5)**
64:14 70:14 71:13
78:19 115:3
**today (18)**
5:18 6:25 7:6 8:7,22
17:5 56:3 90:19
92:3 93:17,18 97:23
110:16,17 121:15
122:12,17 126:7
**today's (2)**
8:21 90:14
**told (26)**
10:13,23 11:3,6 24:15
29:18 37:9 38:11,13
47:19 61:21,24
62:11,19 63:25 64:2
74:8 94:24 97:3,6,6
97:11 108:4 115:3,5
121:12
**totaled (1)**
34:13
**totally (1)**
52:8
**trail (1)**
113:12
**transaction (20)**
27:23 28:6,10,17 29:9
29:13,17 32:23
33:17,23 35:15,23
60:10,14 61:15,16
67:24 80:7 90:16,25
**transcription (1)**
132:7
**transfer (22)**
25:22 26:2 27:14 29:2
32:3 37:12,19 54:4
54:15 55:16,21,24
55:25 56:6 57:15,17
61:22 63:16 94:20
104:19 112:6,9
**transferred (13)**
25:11,15,17 27:12
31:13 34:16 55:13
74:15,15 104:18
111:5,11 114:24

**transferring (3)**
54:3 61:23 74:6
**translate (5)**
6:3 40:15,17 42:7
75:5
**translated (1)**
95:22
**translation (12)**
11:8 53:7 60:7 65:6
65:16 66:4 85:12,17
85:24 86:6,14,21
**translator (4)**
38:18 83:19,20 85:9
**travel (1)**
38:8
**trick (2)**
23:25 25:2
**tried (2)**
64:13 121:4
**trouble (6)**
32:2,2 35:9 39:25
46:8 92:15
**true (3)**
80:5,25 131:12
**trust (6)**
51:25 52:4 76:25 77:5
123:18 124:8
**truthful (2)**
7:7 8:8
**try (5)**
19:20 38:17,18 97:2
106:23
**trying (10)**
19:24,25 23:5,24 25:2
47:8 55:18 68:8
112:25 122:3
**Tuesday (2)**
108:8 127:22
**turn (2)**
78:4 87:10
**TV (3)**
10:16,23 108:18
**twisted (1)**
91:2
**two (6)**
9:19 30:3 44:14 54:25
76:14 89:15
**type (1)**
8:3

**U**

**understand (62)**
6:19,25 8:10 14:19,24
19:25 20:11 21:24
30:5 32:18 34:9
37:6 38:15 40:6,9
40:10,16,17,18,22
40:22 41:4,7,9,14

42:3 55:4 56:5,13
56:22 57:2 64:24
66:13 67:4,13,16
68:8,12,19 69:3
72:14,16,24 73:11
74:13 77:9 80:15
86:17 96:24,25 98:5
98:15,16 100:25
106:17,21 107:7
108:2 113:9 114:14
116:4 126:9
**understanding (4)**
65:19 113:24 126:12
126:14
**understood (6)**
6:22 39:11 67:8 68:11
91:14 94:9
**unfair (1)**
44:6
**unfounded (1)**
95:24
**UNITED (1)**
1:2
**Urban (2)**
4:6,7
**USA (1)**
15:17
**use (3)**
35:13 46:14,16
**U.S (1)**
21:22

**V**

**v (2)**
1:3 132:2
**Vague (1)**
121:17
**value (1)**
88:25
**verbal (1)**
6:15
**version (1)**
121:14
**view (1)**
61:3
**visit (2)**
52:17,18
**Viva (2)**
1:10 3:13
**voiced (1)**
83:20

**W**

**wages (3)**
93:8,12,13
**wait (1)**
61:8
**waiting (1)**

28:4
**Wall (1)**
17:21
**want (23)**
14:17 17:20 21:13
24:6 25:4 27:12
35:13 36:15 45:13
49:8 56:4 59:6
87:10 89:9 91:5,22
101:5 113:9 114:22
118:10 120:21
121:7,13
**wanted (8)**
27:7 36:14 37:22
46:11 86:7 115:17
120:15 126:24
**wanting (1)**
121:7
**wasn't (6)**
45:25 63:25 64:14
85:12 91:6 105:5
**waste (1)**
92:9
**wasting (1)**
95:4
**water (1)**
50:14
**way (18)**
18:20 21:7 28:12 33:5
34:3 35:5 36:8
38:13 48:16,24
58:10 81:2,8,10
117:25 122:14
124:13 131:17
**Wednesday (1)**
1:18
**week (3)**
13:11,15,17
**weeks (2)**
118:13,14
**went (26)**
12:9 16:3 24:10 26:4
26:5,7,15 27:11
54:8 57:21 61:22
69:14,14,22,23 74:7
92:9 107:21 113:13
115:2,4,16 116:18
118:15,16 119:2
**weren't (1)**
109:13
**West (2)**
3:14,20
**we'll (5)**
39:22 40:8,17 86:25
125:5
**we're (10)**
17:6 41:5 42:7 47:3
59:6 87:4 97:15
103:5 116:14

**we've (3)**
64:4 87:5 121:14
**whereof (1)**
131:19
**whining (4)**
46:7,8 48:23 51:9
**wise (1)**
77:2
**wish (5)**
21:6,10 23:5 24:3
102:19
**withdraw (1)**
117:16
**witness (25)**
3:19 9:13,15 20:16
39:3,13 40:13 45:17
56:25 65:19 66:5,13
76:19 84:11,16
106:19,21,25
107:18 129:2 130:2
131:9,13,19 132:4
**witnesses (1)**
39:8
**woman (1)**
12:14
**wonder (2)**
72:11,12
**word (1)**
39:15
**words (3)**
86:10,22 102:2
**work (14)**
5:15 19:2,9 20:6,7,23
21:2 24:10 25:12
40:5 52:11,18
107:21 128:4
**worked (5)**
23:12 44:14 52:21
93:9 128:7
**workers (3)**
36:11 37:24 93:7
**working (15)**
15:24 21:18,20,25
24:14,15 25:7 26:11
48:10 52:15 69:6
81:21 92:3 97:4,13
**worried (1)**
49:12
**worth (2)**
33:23 34:17
**wouldn't (7)**
7:6,21 31:8 36:9,22
51:7 53:14
**write (1)**
31:5
**writing (2)**
6:14 31:7

**written (4)**
10:15 26:3 31:2
111:24
**wrong (3)**
41:17 59:2 75:22
**wrote (3)**
31:4,22 42:19

——————
**X**
**Xia (1)**
1:3

——————
**Y**
**Y (4)**
5:7 64:21 129:3 132:4
**YA (1)**
64:22
**yeah (6)**
64:22 77:13 82:4 84:5
85:22 102:24
**year (19)**
21:20 27:18,20 30:20
30:20,22 34:17
43:15,16,18 49:15
55:9 58:6,6 88:15
99:14,23 100:6
108:22
**years (5)**
9:20 22:5 23:8 30:3
39:7
**yesterday (1)**
7:14
**yielded (1)**
57:6
**Yim (83)**
3:11,16 6:7 11:8 15:4
20:13 22:7,12,13
27:16 41:13,24 44:2
45:23 47:23 52:2
54:19 56:11 57:4
58:4,17 61:7,19
62:10 66:8,17 67:19
68:10,17 70:8 71:16
72:21 73:21 74:18
74:23 75:23 76:5,9
76:14 77:23 78:21
79:22 80:22 81:4,7
81:18 83:18,23 84:4
84:8 85:11,15,19,23
86:5,9,20 88:24
89:2 91:24 94:13
97:20 98:6 102:21
104:5,21 111:14
112:13 113:18
114:12 117:7,12,16
117:20 121:9,17
122:23 123:2,20,23
124:2 125:21 129:4
**Ying (10)**

1:16 2:8 3:19 15:9
75:11,15 79:11
128:18 131:9
132:23
**York (18)**
1:2,17,17 2:10,10,13
3:5,7,7,15,15,21,21
17:24 129:13 131:2
131:3,7
**younger (4)**
11:6 84:13,19 108:16
**Yue (1)**
1:3
**Y.A (30)**
68:22,24 69:11,18
70:15 71:16,18,20
94:18,21 96:9,12,21
97:19 98:9 100:6,10
104:3,19,25 110:9
110:13,23 111:6,12
111:23 112:10
113:15 114:9,24

——————
**$**
**$10,000 (3)**
90:4,21 91:8
**$108,000 (7)**
26:21 33:11,24 34:18
35:13 62:5 87:16
**$12,000 (3)**
34:19 35:2,6
**$120,000 (5)**
30:4,6 33:14,15 34:14
**$135,000 (4)**
87:18,21 88:5,23
**$20,000 (1)**
43:17
**$30,000 (1)**
43:16
**$40,000 (1)**
43:18
**$50,000 (2)**
43:9,13

——————
**0**
**08-CV-3469(TCP(...**
1:6

——————
**1**
**1 (5)**
60:22 87:11,11
129:11 132:6
**1st (19)**
19:15 20:8,10,23 21:4
21:14,16 24:7,12
25:8 26:12,13 52:16
65:4,10,14 69:7
104:14,17

**1:34 (1)**
59:5
**10th (1)**
77:20
**10,000 (1)**
90:7
**10:09 (1)**
2:5
**10001 (1)**
3:15
**10018-1405 (1)**
3:7
**10027 (1)**
3:21
**101 (1)**
130:4
**108 (1)**
89:13
**116 (1)**
129:15
**117 (1)**
129:16
**12 (1)**
3:14
**12,000 (1)**
34:22
**12:21 (1)**
59:4
**121 (1)**
3:20
**122 (2)**
3:14 129:4
**125 (1)**
129:5
**135 (1)**
89:13
**135,000 (2)**
33:9 35:12
**15 (4)**
1:18 2:4 26:16,16
**16 (3)**
100:7 130:3,4
**16th (7)**
99:14,15,23 100:6
104:10,11 105:5
**19th (8)**
67:4 74:14 104:10,11
105:8 113:12,13,14

——————
**2**
**2 (6)**
3:20 75:9 77:19,21
129:12 132:6
**20 (2)**
3:20 43:17
**20th (1)**
131:20
**20,000 (1)**

43:20
**2001 (2)**
15:18 22:2
**2003 (2)**
48:7,9
**2005 (7)**
29:24 30:14,19 34:11
42:14 43:12 48:3
**2006 (2)**
34:12 43:20
**2007 (3)**
37:3 49:15,17
**2009 (4)**
1:18 2:4 128:22
131:20
**22 (1)**
130:3
**23712 (1)**
1:25
**240 (7)**
14:13,14 19:7 70:2
106:11 127:6 128:8
**27th (1)**
3:14

——————
**3**
**3 (5)**
95:15,16 129:13
130:3 132:7

——————
**4**
**4 (4)**
116:15,16 129:15
130:3
**45 (1)**
130:3

——————
**5**
**5 (3)**
117:10 129:3,16
**5:12 (1)**
128:15

——————
**6**
**6 (1)**
130:3
**60 (1)**
129:11
**620 (2)**
2:9 3:6

——————
**7**
**7 (1)**
130:3
**7/15/09 (1)**
132:3
**77 (1)**
129:12

| 8 | | | | |
|---|---|---|---|---|
| **8th (1)** | | | | |
| 112:4 | | | | |

| 9 | | | | |
|---|---|---|---|---|
| **95 (1)** | | | | |
| 129:13 | | | | |
| **98 (1)** | | | | |
| 130:3 | | | | |