BEFORE: WILLIAM D. WALL                    DATE: 11-18-2009

UNITED STATES MAGISTRATE JUDGE            TIME: 2:00 p.m.

DOCKET NO.  CV 08-3469            ASSIGNED JUDGE:  PLATT

CASE NAME: THONG,  ET AL V. MAJOONGMOOL CORP.,  ET AL

_____ CIVIL CONFERENCE

Initial _____ Status _____ Settlement _____ Pretrial _____ Other  Motion

APPEARANCES:     Plaintiff     John Han
_____
_____ Carmela Huang
_____
_____ Defendant     Michael Yim

_____ Susan Ghim (Ying Ai Che)


**SCHEDULING:** The next__conference will be held on __ at __.

**THE FOLLOWING RULINGS WERE MADE:**

☐     Scheduling Order entered.

☐     The court has adopted and So Ordered the joint proposed scheduling order submitted by the parties.

☐     Referred to mediation by separate order.

☐     The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial.  The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

X     Other:   The defendants' motions for protective orders ( DE 78 and 81 ) are DENIED.  The plaintiffs are awarded $500.00 in costs payable by the defendants.  All future depositions will be videotaped with one camera and be conducted in this court's jury room, scheduling to be arranged through Mr. Talbot. All discovery shall be completed no later than January 29, 2010. The pretrial conference is adjourned from January 12, 2010 to February 12, 2010 at 11:00 am.

                              SO ORDERED

                              /s/William D. Wall
                              WILLIAM D. WALL
                              United States Magistrate Judge