United States District Court for the
Eastern District of New York

---

Siew V. Thong, Yue F. Xia, Qiao F. Chen
                                    Plaintiffs,

-against-                                  **AFFIDAVIT OF SERVICE**
                                                        Civil Action # 2:08-cv-03469-TCP-WDW

Lovely Nails NY, Inc., et al.
                                    Defendants.

---

COUNTY OF ALBANY  SS:
STATE OF NEW YORK

Denise L. Dooley being duly sworn, deposes and says that she is over the age of eighteen years, is not a party to this action and is acting as agent of **EMPIRE CORPORATE AND INFORMATION SERVICES, INC.**

That on the 22nd day of December, 2009, at approximately the time of 2:00 p.m., at the office of Secretary of State, of the State of New York, in the City of Albany, New York, deponent served a Second Supplemental Summons in a Civil Action of Second Amended Complaint and Second Amended Complaint   (with Civil Action No. endorsed thereon) upon **J H DIVA NAIL & SPA INC.**, a defendant in this action, by delivering to and leaving with Donna Christie an agent of the Secretary of State, of the State of New York, two (2) true copies thereof and at the time of making such service deponent paid said Secretary of State a fee of forty dollars. That said service was made pursuant to Section, 306, of the Business Corporation Law.

Deponent further says that she knew the person so served as aforesaid to be the individual in the Office of the Secretary of State of New York, duly authorized to accept such service on behalf of said defendant.

Donna Christie is a white female, approximately 37 years of age, stands approximately 5 feet 3 inches tall, weights approximately 140 pounds with blonde hair

                                                                      Denise L. Dooley

Sworn to before me
this 22nd day of December, 2009

_____
FRANK J. PANUCCI
Notary Public, State of New York
Qualified in Albany County
No. 4721156
Commission Expires July 31, 2010

```
                    State of New York - Department of State
                              Receipt for Service


Receipt #:  200912230202                          Cash #: 200912230214
Date of Service:  12/22/2009                      Fee Paid: $40 - DRAWDOWN
Service Company:  12 EMPIRE CORPORATE & INFORMATION SERVICES,

Service was directed to be made pursuant to:  SECTION 306 OF THE BUSINESS
    CORPORATION LAW

Party Served:  J H DIVA NAIL & SPA INC.



Plaintiff/Petitioner:
         THONG, SIEW V




Service of Process Address:
J H DIVA NAIL & SPA INC.
240 GLEN HEAD ROAD
GLEN HEAD,  NY 11545


                                                  Secretary of State
                                                  By   DONNA CHRISTIE
```