UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____x
SIEW V. THONG, YUE F. XIA, QIAO F. CHEN,

                Plaintiffs,

-against-

LOVELY NAILS NY, INC., d/b/a "Lovely Nails",
NEW ALWAYS NAILS CORP. d/b/a "Always is Nails,"
MAJOONGMOL CORP. d/b/a "Always is Nails,"
JH DIVA NAIL & SPA, INC. d/b/a "Diva Nails,"
VIVA NAILS & SPA, INC. d/b/a "Diva Nails,"
QIXING LI a/k/a "John Lee,"GUINING CUI a/k/a
"Susan Lee," and YING AI CHE a/k/a "Cha Young He,"

                Defendants.
_____x

ECF CASE
08-CV-3469 (TCP)(WDW)

STIPULATION

It is hereby stipulated by the parties through their respective attorneys as follows:

Whereas, Susan Ghim counsel for defendant Ying Ai Che has represented that she will serve a withdrawal motion by the week ending June 25, 2010 pursuant to Local Civil Rule 1.4 and the individual rules of the Honorable Thomas C. Platt, and

Whereas, Plaintiffs have served on defendant Ying Ai Che a Fed. R. Civ. Proc. 12(b)(6) motion to dismiss Ms. Che's counter-claims on June 15, 2010 with an opposition due on June 29, 2010.

Therefore, counsel for all appearing parties agree to extend the time for defendant Ying Ai Che to serve an opposition to plaintiffs' 12(b)(6) motion to dismiss to twenty (20) days from the date of the Court's determination of Susan Ghim's withdrawal motion.

No previous request was made by defendant Ying Ai Che for an extension pertaining to plaintiffs' 12(b)(6) motion.

Dated: June 23, 2010

_____
Susan Ghim

1261 Broadway
Suite 201
New York, New York 10001
(646) 403-9894
ghimlaw@gmail.com

*Counsel for Defendant Ying Ai Che*

Dated: June 23, 2010

_____
Michael Yim

122 West 27th Street
Floor 10
New York, NY 10001
(212) 256-1552
michael@yimlawgroup.com

*Counsel for Defendants Majoongmool Corp., Viva Nails & Spa, Inc., and Guining Cui*

Dated: June 23, 2010

_____
John Han
Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
(212) 841-1061
jhan@cov.com

*Counsel for Plaintiffs Siew V. Thong, Yue F. Xia, and Qiao F. Chen*

**SO ORDERED:**

_____
U.S.D.J. Thomas C. Platt