UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
SIEW V. THONG, YUE F. XIA, QIAO F. CHEN,

                Plaintiffs,

-against-

LOVELY NAILS NY, INC., d/b/a "Lovely Nails",
NEW ALWAYS NAILS CORP. d/b/a "Always is Nails,"
MAJOONGMOL CORP. d/b/a "Always is Nails,"
JH DIVA NAIL & SPA, INC. d/b/a "Diva Nails,"
VIVA NAILS & SPA, INC. d/b/a "Diva Nails,"
QIXING LI a/k/a "John Lee,"GUINING CUI a/k/a
"Susan Lee," and YING AI CHE a/k/a "Cha Young He,"

                Defendants.
---------------------------------------------------------------x

ECF CASE
08-CV-3469 (TCP)(WDW)

STIPULATION

      It is hereby stipulated by the parties through their respective attorneys as follows:

      Whereas, Susan Ghim counsel for defendant Ying Ai Che has represented that she will serve a withdrawal motion by the week ending June 25, 2010 pursuant to Local Civil Rule 1.4 and the individual rules of the Honorable Thomas C. Platt, and

      Whereas, Plaintiffs have served on defendant Ying Ai Che a Fed. R. Civ. Proc. 12(b)(6) motion to dismiss Ms. Che's counter-claims on June 15, 2010 with an opposition due on June 29, 2010.

      Therefore, counsel for all appearing parties agree to extend the time for defendant Ying Ai Che to serve an opposition to plaintiffs' 12(b)(6) motion to dismiss to twenty (20) days from the date of the Court's determination of Susan Ghim's withdrawal motion.

      No previous request was made by defendant Ying Ai Che for an extension pertaining to plaintiffs' 12(b)(6) motion.

| | | |
|---|---|---|
| Dated: June 23, 2010 | Dated: June 23, 2010 | Dated: June 23, 2010 |
| _____ | _____ | _____ |
| Susan Ghim | Michael Yim | John Han |
| | | Covington & Burling LLP |
| 1261 Broadway | 122 West 27th Street | The New York Times Building |
| Suite 201 | Floor 10 | 620 Eighth Avenue |
| New York, New York 10001 | New York, NY 10001 | New York, New York 10018 |
| (646) 403-9894 | (212) 256-1552 | (212) 841-1061 |
| ghimlaw@gmail.com | michael@yimlawgroup.com | jhan@cov.com |
| | | |
| *Counsel for Defendant Ying Ai Che* | *Counsel for Defendants Majoongmool Corp., Viva Nails & Spa, Inc., and Guining Cui* | *Counsel for Plaintiffs Siew V. Thong, Yue F. Xia, and Qiao F. Chen* |

**SO ORDERED:**                                                6/25/01

_____
U.S.D.J. Thomas C. Platt