## COVINGTON & BURLING LLP

| | | |
|---|---|---|
| THE NEW YORK TIMES BUILDING<br>620 EIGHTH AVENUE<br>NEW YORK, NY 10018-1405<br>TEL 212.841.1000<br>FAX 212.841.1010<br>WWW.COV.COM | BEIJING<br>BRUSSELS<br>LONDON<br>NEW YORK<br>SAN DIEGO<br>SAN FRANCISCO<br>SILICON VALLEY<br>WASHINGTON | JOHN HAN<br>TEL 212.841.1061<br>FAX 646.441.9061<br>JHAN @ COV.COM |

October 19, 2011

BY ECF AND FIRST CLASS MAIL

The Honorable Judge Thomas C. Platt
Long Island Courthouse
1044 Federal Plaza
P.O. Box 9014
Central Islip, NY 11722-9014.

  Re: *Thong et al. v. Lovely Nails et al.* (08-cv-3469).

Dear Judge Platt:

  I am counsel to Plaintiffs in the above-titled litigation. I write to notify you that on September 15, 2011, Defendant Guining Cui in the above titled matter, also known as Susan Lee, filed a Chapter 7 bankruptcy petition in the United States Bankruptcy Court for the District of New Jersey. I attach a copy of the petition filed in *In re Guining Cui*, 11-37098-MS, for your convenience. Exhibit A. Plaintiffs respectfully request that the Court schedule a status conference to address issues in this action arising from Ms. Cui's bankruptcy filing, including the automatic stay provided for in 11 U.S.C. 362.[1]

  Plaintiffs believe that a status conference would also be productive because Plaintiffs have reason to believe that Defendants no longer intend to respond to filings made in this litigation. Based on conversations with Mr. Michael Yim, Ms. Cui's counsel of record, Plaintiffs have reason to believe that Ms. Cui and the corporate defendants that she controls -- New Always Nails Corp., Majoongmool Corp, J H Diva Nail & Spa Inc. and Viva Nails & Spa, Inc. -- no longer intend to respond to filings in this action. Two of the other Defendants -- John Lee and Lovely Nails NY, Inc. -- have not responded to the Second Amended Complaint, which were properly served on them on September 15 and December 22, 2009 respectively. Exhibits B

---

[1] Plaintiffs are providing the court with notice of the bankruptcy proceedings because Ms. Cui has to date not done so. As the bankruptcy petitioner, Ms. Cui has the responsibility to notify the Court of her petition and of the automatic stay in connection therewith. Ms. Cui is represented by counsel in the Chapter 7 proceeding.

COVINGTON & BURLING LLP

October 19, 2011
Page 2

& C.  The remaining defendant -- Ying Ai Che -- is no longer represented by counsel.  Plaintiffs have reason to believe that she also no longer intends to respond to filings made in the case.

We look forward to discussing these matters with the Court.

Sincerely yours,

John Han

Enclosures

cc:    Ying Ai Che (by first class mail)