United States District Court for the
Eastern District of New York

---

Siew V. Thong, Yue F. Xia, Qiao F. Chen

Plaintiffs,

-against-

**AFFIDAVIT OF SERVICE**
Civil Action # 2:08-cv-03469-TCP-WDW

Lovely Nails NY, Inc., et al.

Defendants.

---

COUNTY OF ALBANY  SS:
STATE OF NEW YORK

Denise L. Dooley being duly sworn, deposes and  says that she is over the age of eighteen years, is not a party to this action and is acting as agent of **EMPIRE CORPORATE AND INFORMATION SERVICES, INC.**

That on the 22nd day of December,  2009, at approximately the time of 2:00 p.m., at the office of Secretary of State, of the State of New York, in the City of Albany, New York, deponent served a Second Supplemental Summons in a Civil Action of Second Amended Complaint and Second Amended Complaint  (with Civil Action No. endorsed thereon) upon **LOVELY NAILS NY, INC.,** a defendant in this action, by delivering to and leaving with Donna Christie an agent of the Secretary of State, of the State of New York, two (2) true copies thereof and at the time of making such service deponent paid said Secretary of State a fee of forty dollars. That said service was made pursuant to Section, 306, of the Business Corporation Law.

Deponent further says that she knew the person so served as aforesaid to be the individual in the Office of the Secretary of State of New York, duly authorized to accept such service on behalf of said defendant.

Donna Christie is a white female, approximately 37 years of age, stands approximately 5 feet 3 inches tall, weights approximately 140 pounds with blonde hair

Denise L. Dooley

Sworn to before me
this 22nd day of December, 2009.

FRANK J. PANUCCI
Notary Public, State of New York
Qualified in Albany County
No. 4721156
Commission Expires July 31, 2010

State of New York - Department of State
Receipt for Service

Receipt #:  200912230205                    Cash #: 200912230219
Date of Service:  12/22/2009                Fee Paid: $40 - DRAWDOWN
Service Company:  12 EMPIRE CORPORATE & INFORMATION SERVICES,

Service was directed to be made pursuant to:  SECTION 306 OF THE BUSINESS
  CORPORATION LAW

Party Served:  LOVELY NAILS NY, INC.


Plaintiff/Petitioner:
        THONG, SIEW V


Service of Process Address:
LOVELY NAILS NY, INC.
744 OLD BETHPAGE ROAD
OLD BETHPAGE,  NY 11804

                                            Secretary of State
                                            By  DONNA CHRISTIE

Case 2:08-cv-03469-TCP-WDW   Document 173-3   Filed 02/09/11   Page 3 of 3 PageID #: 1394

AFFIDAVIT OF SERVICE

Index #: 2:08-cv-03469-TCP-

Date Purchased: **December 22, 2009**

Date Filed: _____

Court Date: _____

# UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK COUNTY

ATTORNEY(S): JOHN HAN ESQ. : COVINGTON & BURLING LLP    PH: 212-841-1000
ADDRESS:   620 EIGHTH AVENUE  NEW YORK  NY  10018    File No.:

*SIEW V. THONG, YUE F. XIA, QIAO F. CHEN,*
vs.
*LOVELY NAILS NY, INC. d/b/a "Lovely Nails", et al.,*

*Plaintiff(s)/Petitioner(s)*

*Defendant(s)/Respondent(s)*

STATE OF NEW YORK, COUNTY OF NASSAU        SS.:

_____ PAUL MARTINEZ _____, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York state. On ___December 22, 2009___  at ___1:14 PM___
at 744 OLD BETHPAGE ROAD  OLD BETHPAGE, NY 11804 _____, deponent served the within

**Second Supplemental Summons In A Civil Action of Second Amended Complaint ,Addendum 1,  Second Amended Complaint**

with Index Number  2:08-cv-03469-TCP-WDW , and Date Purchased ___December 22, 2009___ endorsed thereon,
on:**LOVELY NAILS NY, INC. d/b/a "Lovely Nails"** _____, **Defendant** therein named.

| | | |
|---|---|---|
| #1 INDIVIDUAL ☐ | By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein. | |
| #2 CORPORATION ☒ | By delivering to and leaving with ___"JANE DOE"___ and that deponent knew the person so served to be Managing Agent of the corporation, and authorized to accept service on behalf of the corporation. | |

*Service was made in the following manner after your deponent was unable, with due diligence, to serve the witness/defendant in person, and an attempt to locate the defendant's place of employment.*

| | |
|---|---|
| #3 SUITABLE AGE PERSON ☐ | By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's  [  ] actual place of business   [  ] dwelling house (usual place of abode) within the state. |
| #4 AFFIXING TO DOOR ☐ | By affixing a true copy of each to the door of said premises, which is recipient's:   [  ] actual place of business [  ] dwelling house (place of abode) within the state. |
| #5 MAIL COPY ☐ | On _____, deponent completed service under the last two sections by depositing a copy of the _____ to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York. Certified Mail No. |

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called
thereat on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____

| | |
|---|---|
| #6 NON-SRVC ☐ | After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following:  [  ] Unknown at Address   [  ] Evading   [  ] Moved left no forwarding [  ] Address does not exist   [  ] Other: |
| #7 DESCRIPTION ☒ (use with #1, 2 or 3) | A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows: Sex _Female_   Color of skin _____   Color of hair _Black_   Age _21 - 35 Yrs._   Height _5' 0" - 5' 3"_ Weight _100 - 130 Lbs._   Other Features: Glasses |
| #8 WIT. FEES ☐ | the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient. |
| #9 MILITARY SRVC ☐ | Deponent asked person spoken to whether the defendant was presently in military service of the United States Government or on of the State of New York and was informed that defendant was not. |
| #10 OTHER ☒ | "JANE DOE" REFUSED TO GIVE HER NAME  AND TITLE . SHE APPEARED TO BE OF THE ASIAN DESCENT. SHE HAD DIFFICULTY SPEAKING ENGLISH. |

Sworn to before me on this ___23___ day of ___December, 2009___

PAUL MARTINEZ
Server's Lic #  1218648
Work Order #  0960530

BARBARA  A. SHURGIN
NOTARY PUBLIC, State of New York
No. 30-5004737, Qualified in Nassau County
Commission Expires November 23, 2010

STEVEN M SHURGIN
NOTARY PUBLIC, State of New York
No.01SH6190498, Qualified in Nassau County
Commission Expires July 28, 2012

STEPHANIE GALLIGAN
NOTARY PUBLIC, State of New York
No. 01GA6190672, Qualified in Nassau County
Commission Expires July 28, 2012

*CAPITAL PROCESS SERVERS, INC. 265 POST AVENUE SUITE 150,  WESTBURY, NY 11590 –TEL  516-333-6380 • FAX 516-333-6382*