**COVINGTON & BURLING** LLP

BEIJING   BRUSSELS   LONDON   NEW YORK
SAN DIEGO   SAN FRANCISCO   SEOUL
SHANGHAI   SILICON VALLEY   WASHINGTON

COLIN P. WATSON
THE NEW YORK TIMES BUILDING
620 EIGHTH AVENUE
NEW YORK, NY 10018-1405
T 212.841.1261
cpwatson@cov.com

September 26, 2013

**By ECF and First Class Mail**

The Honorable Thomas C. Platt
Long Island Courthouse
1044 Federal Plaza
P.O. Box 9014
Central Islip, New York 11722

Re:   *Thong et al. v. Lovely Nails et al.* (08-CV-3469)

Dear Judge Platt:

I write regarding our letter dated September 23, 2013, which, among other things, requested a conference at which the Court might facilitate Plaintiffs' efforts to secure opposing counsel's agreement to a stipulation dismissing all outstanding claims between the parties that have appeared in this action.

Soon after we electronically filed that letter, opposing counsel contacted us, stating that their clients would agree to the proposed dismissals. Moreover, Tuesday, counsel provided us with an executed copy of the stipulation that we submitted as Exhibit A to our letter to the Court.

Accordingly, Plaintiffs respectfully withdraw as no longer necessary their request for a telephone or in-court conference. Instead, consistent with the course outlined in our September 23 letter, Plaintiffs will continue their efforts to bring this litigation to a close in an efficient manner, including by filing a fully executed stipulation of dismissal as soon as practicable.

Respectfully submitted,

Colin P. Watson

cc:   Michael D. Yim, Esq.
      Diane H. Lee, Esq.
      Ying Ai Che
      Lovely Nails NY, Inc.
      J.H. Diva Nails & Spa, Inc.
      New Always Nails Corp.
      Qixing Li a/k/a John Lee