**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SIEW V. THONG, YUE F. XIA, QIAO F. CHEN, <br><br>                                   Plaintiffs, <br><br>        v. <br><br> LOVELY NAILS NY, INC. d/b/a "Lovely Nails", NEW ALWAYS NAILS CORP. d/b/a/ "Always is Nails", MAJOONGMOOL CORP. d/b/a "Always is Nails", J H DIVA NAIL & SPA INC. d/b/a "Diva Nails", VIVA NAILS & SPA, INC. d/b/a "Diva Nails", QIXING LI a/k/a "John Lee", GUINING CUI a/k/a "Susan Lee," and YING AI CHE a/k/a "Cha Young He", <br><br>                                   Defendants. | 08-CV-3469 (TCP)(WDW) <br><br><br> **NOTICE OF DISMISSAL AS TO CERTAIN DEFENDANTS ONLY** |

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, plaintiffs Siew V. Thong, Yue F. Xia, and Qiao F. Chen ("Plaintiffs") hereby dismiss all claims asserted in Plaintiffs' Second Amended Complaint against defendants Lovely Nails NY, Inc., New Always Nails Corp., and JH Diva Nail & Spa Inc. only, without prejudice and without costs to any party, by filing this Notice of Dismissal prior to the service of an answer or motion for summary judgment by these defendants.  The action continues against all other parties.

Dated: New York, New York
          October 14, 2013

                              Respectfully Submitted,

                              s/ Colin P. Watson_____
                              Colin P. Watson

                              COVINGTON & BURLING LLP
                              The New York Times Building
                              620 Eighth Avenue

New York, New York 10018-1405
Phone: 212.841.1000
cpwatson@cov.com

David A. Colodny
URBAN JUSTICE CENTER
123 William Street, 16th Floor
New York, New York 10038
Phone: 646.602.5600
dcolodny@urbanjustice.org

*Attorneys for Plaintiffs*

TO:    MICHAEL D. YIM, ESQ.
c/o Felicello Law P.C.
605 Third Avenue
Suite 1600
New York, NY 10158

*Attorney for Defendants Majoongmool Corp., Viva Nails & Spa, Inc., and Susan Lee*

THE LAW OFFICES OF DIANE H. LEE
158 Linwood Plaza
Suite 304–307
Fort Lee, NJ 07024

*Attorneys for Defendants Majoongmool Corp., Viva Nails & Spa, Inc., and Susan Lee*

YING AI CHE
240 Glen Head Road
Glen Head, NY 11545

LOVELY NAILS NY, INC.
744 Old Bethpage Road
Old Bethpage, NY 11804

J.H. DIVA NAILS & SPA, INC.
240 Glen Head Road
Glen Head, NY 11545

NEW ALWAYS NAILS CORP.
744 Old Bethpage Road
Old Bethpage, NY 11804

QIXING LI a/k/a JOHN LEE
36-20 Bowne Street, Apt. 5F
Flushing, NY 11354