UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SIEW V. THONG, YUE F. XIA, QIAO F. CHEN,<br><br>　　　　　　　　　　　　Plaintiffs,<br>　　v.<br><br>LOVELY NAILS NY, INC. d/b/a "Lovely Nails", NEW ALWAYS NAILS CORP. d/b/a/ "Always is Nails", MAJOONGMOOL CORP. d/b/a "Always is Nails", J H DIVA NAIL & SPA INC. d/b/a "Diva Nails", VIVA NAILS & SPA, INC. d/b/a "Diva Nails", QIXING LI a/k/a "John Lee", GUINING CUI a/k/a "Susan Lee," and YING AI CHE a/k/a "Cha Young He",<br><br>　　　　　　　　　　　　Defendants. | 08-CV-3469 (TCP)(WDW)<br><br><br>ECF CASE |

## CERTIFICATE OF SERVICE

I hereby certify that I caused true and correct copies of the **Stipulation of Voluntary Dismissal as to Certain Defendants Only** filed October 14, 2013 and Plaintiffs' **Notice of Dismissal as to Certain Defendants Only** dated October 14, 2013 to be served electronically by operation of the Court's electronic filing system upon the following counsel of record in the within action on the 14th day of October, 2013:

　　MICHAEL D. YIM, ESQ.
　　c/o Felicello Law P.C.
　　605 Third Avenue
　　Suite 1600
　　New York, NY 10158

　　THE LAW OFFICES OF DIANE H. LEE
　　158 Linwood Plaza
　　Suite 304–307
　　Fort Lee, NJ 07024

　*Attorneys for Defendants Majoongmool Corp., Viva Nails & Spa, Inc., and Susan Lee*

I further certify that I caused true and correct copies of the **Stipulation of Voluntary Dismissal as to Certain Defendants Only** filed October 14, 2013 and Plaintiffs' **Notice of Dismissal as to Certain Defendants Only** dated October 14, 2013 to be served by regular mail upon the following parties to the within action at their last known addresses on the 14th day of October, 2013:

>YING AI CHE
>240 Glen Head Road
>Glen Head, NY 11545
>
>LOVELY NAILS NY, INC.
>744 Old Bethpage Road
>Old Bethpage, NY 11804
>
>J.H. DIVA NAILS & SPA, INC.
>240 Glen Head Road
>Glen Head, NY 11545
>
>NEW ALWAYS NAILS CORP.
>744 Old Bethpage Road
>Old Bethpage, NY 11804
>
>QIXING LI a/k/a JOHN LEE
>36-20 Bowne Street, Apt. 5F
>Flushing, NY 11354

Dated: New York, New York
October 14, 2013

COVINGTON & BURLING LLP

By: s/ Colin P. Watson
         Colin P. Watson

The New York Times Building
620 Eighth Avenue
New York, New York  10018-1405
(212) 841-1000
cpwatson@cov.com

*Attorneys for Plaintiffs*