

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
OCT 21 2013
LONG ISLAND OFFICE

SIEW V. THONG, YUE F. XIA, QIAO F. CHEN,

        Plaintiffs,

v.

LOVELY NAILS NY, INC. d/b/a "Lovely Nails", NEW ALWAYS NAILS CORP. d/b/a/ "Always is Nails", MAJOONGMOOL CORP. d/b/a "Always is Nails", J H DIVA NAIL & SPA INC. d/b/a "Diva Nails", VIVA NAILS & SPA, INC. d/b/a "Diva Nails", QIXING LI a/k/a "John Lee", GUINING CUI a/k/a "Susan Lee," and YING AI CHE a/k/a "Cha Young He",

        Defendants.

08-CV-3469 (TCP)(WDW)

NOTICE OF DISMISSAL AS TO CERTAIN DEFENDANTS ONLY

        PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, plaintiffs Siew V. Thong, Yue F. Xia, and Qiao F. Chen ("Plaintiffs") hereby dismiss all claims asserted in Plaintiffs' Second Amended Complaint against defendants Lovely Nails NY, Inc., New Always Nails Corp., and JH Diva Nail & Spa Inc. only, without prejudice and without costs to any party, by filing this Notice of Dismissal prior to the service of an answer or motion for summary judgment by these defendants. The action continues against all other parties.

Dated: New York, New York
      October 14, 2013

        Respectfully Submitted,

        s/ Colin P. Watson
        Colin P. Watson

        COVINGTON & BURLING LLP
        The New York Times Building
        620 Eighth Avenue

So Ordered.
/s/ Thomas C. Platt

Thomas C. Platt, U.S.D.J.   October 21, 2013

New York, New York 10018-1405
Phone: 212.841.1000
cpwatson@cov.com

David A. Colodny
URBAN JUSTICE CENTER
123 William Street, 16th Floor
New York, New York 10038
Phone: 646.602.5600
dcolodny@urbanjustice.org

*Attorneys for Plaintiffs*

TO:   MICHAEL D. YIM, ESQ.
      c/o Felicello Law P.C.
      605 Third Avenue
      Suite 1600
      New York, NY 10158

*Attorney for Defendants Majoongmool Corp., Viva Nails & Spa, Inc., and Susan Lee*

THE LAW OFFICES OF DIANE H. LEE
158 Linwood Plaza
Suite 304–307
Fort Lee, NJ 07024

*Attorneys for Defendants Majoongmool Corp., Viva Nails & Spa, Inc., and Susan Lee*

YING AI CHE
240 Glen Head Road
Glen Head, NY 11545

LOVELY NAILS NY, INC.
744 Old Bethpage Road
Old Bethpage, NY 11804

J.H. DIVA NAILS & SPA, INC.
240 Glen Head Road
Glen Head, NY 11545

NEW ALWAYS NAILS CORP.
744 Old Bethpage Road
Old Bethpage, NY 11804

QIXING LI a/k/a JOHN LEE
36-20 Bowne Street, Apt. 5F
Flushing, NY 11354