

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

SIEW V. THONG, YUE F. XIA, QIAO F. CHEN,

         Plaintiffs,

 v.

LOVELY NAILS NY, INC. d/b/a "Lovely Nails", NEW ALWAYS NAILS CORP. d/b/a/ "Always is Nails", MAJOONGMOOL CORP. d/b/a "Always is Nails", J H DIVA NAIL & SPA INC. d/b/a "Diva Nails", VIVA NAILS & SPA, INC. d/b/a "Diva Nails", QIXING LI a/k/a "John Lee", GUINING CUI a/k/a "Susan Lee," and YING AI CHE a/k/a "Cha Young He",

         Defendants.

08-CV-3469 (TCP)(WDW)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ DEC 19 2013 ★

LONG ISLAND OFFICE

---

### [~~PROPOSED~~] PARTIAL DEFAULT JUDGMENT IN FAVOR OF PLAINTIFFS AGAINST DEFENDANT QIXING LI a/k/a JOHN LEE

Upon application of plaintiffs Siew V. Thong, Yue F. Xia, and Qiao F. Chen ("Plaintiffs"), and for good cause shown, it is hereby ORDERED, ADJUDGED, and DECREED that:

1. Plaintiff Siew V. Thong shall have judgment in her favor on Counts I, II, III, IV, VI and VII in the Second Amended Complaint against Defendant Qixing Li a/k/a John Lee in the amount of $33,414.11,[1] consisting of:

| | |
|---|---|
| Minimum Wages | $790.00 |
| Overtime Wages | $2,902.00 |
| Spread of Hours Wages | $2,633.00 |
| Liquidated Damages – Fair Labor Standards Act | $3,693.00 |
| Liquidated Damages – New York Labor Law | $1,581.00 |
| Retaliation Damages (lost wages and tips) | $15,312.00 |
| Pre-judgment Interest up to November 12, 2013 | $6,503.11 |
| **Total** | **$33,414.11** |

---

[1] All damages sought by Plaintiffs are set forth in detail in the Affidavit of Carmela Huang, at Paragraphs 4–14 and exhibits cited therein, attached to the Declaration of Colin P. Watson, dated November 12, 2013 (the "Watson Declaration"), as well as the Watson Declaration at Paragraph 8 and Exhibit G.

2. Plaintiff Yue F. Xia shall have judgment in her favor on Counts I, II, III, IV, VI and VII in the Second Amended Complaint against Defendant Qixing Li a/k/a John Lee in the amount of $25,563.29, consisting of:

| | |
|---|---|
| Minimum Wages | $558.00 |
| Overtime Wages | $6,332.00 |
| Spread of Hours Wages | $3,869.00 |
| Liquidated Damages – Fair Labor Standards Act | $6,890.00 |
| Liquidated Damages – New York Labor Law | $2,690.00 |
| Retaliation Damages (lost wages and tips) | $2,212.00 |
| Pre-judgment Interest up to November 12, 2013 | $3,012.29 |
| **Total** | **$25,563.29** |

3. Plaintiff Qiao F. Chen shall have judgment in her favor on Counts I, II, III, IV, and VI in the Second Amended Complaint against Defendant Qixing Li a/k/a John Lee in the amount of $51,102.00, consisting of:

| | |
|---|---|
| Minimum Wages | $1,190.00 |
| Overtime Wages | $14,185.00 |
| Spread of Hours Wages | $8,473.00 |
| Liquidated Damages – Fair Labor Standards Act | $15,375.00 |
| Liquidated Damages – New York Labor Law | $5,962.00 |
| Pre-judgment Interest up to November 12, 2013 | $5,917.00 |
| **Total** | **$51,102.00** |

SO ORDERED:

Dated: December 19, 2013
Central Islip, NY

/s/ Thomas C. Platt

---
Hon. Thomas C. Platt
United States District Judge